# FILED

Plaintiff's Name _Eric Wheeler_
Inmate No. _E82064_
Address _P.O. Box 7100_
_Corcoran, CA 93212 - 7100_
_in Pro Se_

MAY 25 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

ORiginAL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

_Eric Wheeler_
(Name of Plaintiff)

_1:12 cv 0861 GBC (PC)_
(Case Number)

vs.

COMPLAINT

_K. Alieson, Warden, SATF S.P., D. Duck,_
_R. Lowder, A. Marquita, J. Lottiz,_
_M. Ross, B. Mui, A. Wu, Mercy_
_hospital, J. Newbarth, M. Muchelp_
_et. al._

(Names of all Defendants)

Civil Rights Act, 42 U.S.C. § 1983

I. Previous Lawsuits (list all other previous or pending lawsuits on back of this form):

A.   Have you brought any other lawsuits while a prisoner? Yes ___ No ✓

B.   If your answer to A is yes, how many? ___ _N/A_
     Describe previous or pending lawsuits in the space below.
     (If more than one, use back of paper to continue outlining all lawsuits.)

     1. Parties to this previous lawsuit:

     Plaintiff _____ _N/A_ _____

     Defendants _____

     2. Court (if Federal Court, give name of District; if State Court, give name of County)

     3. Docket Number _____   4. Assigned Judge _____

     5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)

     6. Filing date (approx.) _____   7. Disposition date (approx.) _____

1

II.    Exhaustion of Administrative Remedies

    A.    Is there an inmate appeal or administrative remedy process available at your institution?

    Yes ✓  No___

    B.    Have you filed an appeal or grievance concerning <u>ALL</u> of the facts contained in this complaint?

    Yes ✓ No___

    If your answer is no, explain why not _____

_____

_____

_____

    C.    Is the process completed?

    Yes ✓    If your answer is yes, briefly explain what happened at each level.
    *partially granted at first, second levels - fully granted at first level (overbook) and Rejected at all levels of administrative Reviews of Appeal process at third level*

    No___    If your answer is no, explain why not.
*42 U.S.C. 1997 e (h) Failure of state to adopt or adhere to administrative grievance procedure. The failure of a article to adopt or adhere to an administrative grievance shall not constitute the basis for any actions under 1997 e or 1997c of this title. The COCR 602 grievance procedures are inadequate, extreme delays, 602 forms do not provide enough space to write issues, Appeal coordinators intentionally, intentionally harass, change content of 602 issues - delays causes due process denial of access to courts. Writ active. CALIFORNIA (2004) 122 Cal. App. 4th 659, 668*

NOTICE:    Pursuant to the Prison Litigation Reform Act of 1995, "[n]o action shall be brought with respect to prison conditions under [42 U.S.C. § 1983], or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." 42 U.S.C. § 1997e(a). If there is an inmate appeal or administrative remedy process available at your institution, you may not file an action under Section 1983, or any other federal law, until you have first completed (exhausted) the process available at your institution. You are required to complete (exhaust) the inmate appeal or administrative remedy process <u>before</u> filing suit, regardless of the relief offered by the process. Booth v. Churner; 532 U.S. 731, 741 (2001); McKinney v. Carey, 311 F.3d 1198, 1999 (9th Cir. 2002). Even if you are seeking only money damages and the inmate appeal or administrative remedy process does not provide money, you <u>must</u> exhaust the process before filing suit. Booth, 532 U.S. at 734.

III. Defendants

    (In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

    A.    Defendant <u>Kathleen Allieson</u> is employed as <u>Warden</u>
        at <u>SATF State Prison, 900 Quebec Ave, Corcoran, CA 93212</u>

B.   Additional defendants _D. Duck. Correctional officer, SATF S.P. goo Quebec Ave. CORCORAN, CA. 93212; A. Moreira, Correctional officer, SATF S.P. Badge# 44486 SATF S.P. 900 Quebec Ave, Corcoran, CA 93212; Roger B. Lawder, Correctional officer, Badge# 32286, SATF S.P. 900 Quebec Aver Corcoran, CA 93212; Steve Loftis, Correctional officer, Badge# 47530, SATF S.P. 900 Quebec Ave, Corcoran, CA 93212; Michael A. Ross, PA-C #PA 14386, SNTF S.P. 900 Quebec Ave, Corcoran, CA; Byron Mui, Medical Doctor, 2222 19th Street, Bakersfield, CA, PA# 661-328-0800; Agnes Wu, medical Director, Mercy Hospital CHW Central Calif, 2215 Truxtun Ave, Bakersfield, CA Ph# 661-632-5000; Jeffrey Neubarth, M.D. lic# G50732, SATF S.P. 900 Quebec Ave, Corcorany, CA; M. Ancheta, D.D.S, SATF S.P. 900 Quebec Ave, Corcoran, CA 93212_

## IV.   Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

K. Alixson Failed to hire staff enough custody officers in G-4, C-1 yard area to provide safety, security to plaintiff to prevent harm/injury. Alixson failed to protect plaintiff From Assault/battery happening From this year. Dick, Lawder, Moreatte and Loftis used excessive force, fabricated documents of assault on a peace officer to cover up excessive force. plaintiff received severe injuries, pain, suffering and emotional stress M. Ross, B. Mui, A. Wu, Mercy hospital, J. Neubarth, M. Ancheta, medical staff, Failed to provide medical care/treatment at all times for injuries received/suffered during this incident. See attached pages 14 thru 34 Eno Full Further Facts, statement of Claims, plaintiff incorporates pages 14 thru 34 attached complaint.

## V.   Relief.

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

Adjudge and declare that the acts, omissions, policies, and conditions, facts described above constitute a attacked pages 1 thru 34 are in violation of the First, Eighth and Fourteenth Amendments vulin h grant constitutional protections to the plaintiff; preliminary and permanently enjoin defendants, their agents, employees and all persons acting in concert with them, From subjecting the plaintiff to the unconstitutional and unlawful acts, omissions, policies and conditions described herein; Award monetary damages, compensatory and punitive in the amounts described on attached pages as to each defendant, Award costs of suit and reasonable attorney's fees and litigation expenses; and Further Relief, see attached pages 1 thru 34.

I declare under penalty of perjury that the foregoing is true and correct.

Date _May 23, 2012_          Signature of Plaintiff _Eric Wheeler_

(revised 6/01/04)

3

Plaintiff's Name _Eric Wheeler_

Inmate No. _E82064_

Address _P.o. Box 7100_

_CoRcoRAN, CA  93212-7100_

ORiginAL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

(Name of Plaintiff)

ERic WheeleR, Plaintiff

vs.

K. Allicesen, waRden, JATF s.R

D. Duck, R.Lowder, AmuRRieta, S. Loftis,
M.Ross, B.mui, A.Wu, mercy huspital,
J. NewBaRth, M. Ancheta, etiAL

(Names of all Defendants)

(Case Number)

COMPLAINT

Civil Rights Act, 42 U.S.C. § 1983

original

## I. JURISDICTION AND VENUE

1. This is a civil Rights action authorized by 42 U.S.C. Section 1983 to redress the deprivation, under color of state law, of Rights secured by the Constitution of the United States. The court has jurisdiction under 28 U.S.C. Section 1331 and 1343 (a) (3). The court has supplemental jurisdiction over plaintiff Wheeler's state law claims under 28 U.S.C. Section 1367. The court has jurisdiction under the Americans with Disabilities Act (ADA) under 42 U.S.C. Section 12101-12213. Plaintiff Wheeler seeks declaratory relief pursuant to 28 U.S.C. Section 2201 and 2202. Wheeler's claims for injunctive relief are authorized by 28 U.S.C. Section 2283, 2284 and Rule 65 of the Federal Rules of Civil Procedure. Plaintiff also herein makes a Jury Trial Demand pursuant to 28 U.S.C. Section 1367, and Rules 28, 38 of Federal Rules of Civil Procedure. The Seventh Amendment to the United States Constitution guarantees all parties in Section 1983 or Bivens damages lawsuits the right to a trial. Plaintiff has not brought any other lawsuits while a prisoner.

2. The Eastern District Court of California is an appropriate venue under 28 U.S.C. Section 1391 (b)(2) because it is where the events giving Rise to the claims occurred.

## II. PLAINTIFF

3. Plaintiff Eric Wheeler, is and was at all times mentioned herein a prisoner of the State of California in the custody of the California Department of Corrections, Rehabilitation. He is currently confined in California Substance Abuse Treatment Facility State Prison, hereafter "SATF" in Kings County, 900 Quebec Ave. Corcoran, California.

## III. DEFENDANTS

4. Under California law, defendant California Department of Corrections and Rehabilitation, is Responsible for conditions and operations at "SATF" State Prison. See: California Penal Code Section 5053, and 6053, California Code of Regulations, Title 15, Division 111. The warden or superintendent of an institution of the department is the chief

page 1

4. executive officer of that institution and is responsible for the custody, treatment, training and discipline of all inmates under his or her charge. See: California Penal Code Sec. 5058, Sec. 5054, Government Code Sec. 6253, California Code of Regulations, Title 15, Division III.

5. Defendant kathleen Aliceson, was at all time relevant to this action the Warden At California Substance Abuse Facility (SATF). She was legally responsible for the custody, treatment, training and discipline, welfare of all the Staff, inmates of SATF state prison, Defendant Aliceson is sued in her individual and offical capacities.

6. As Warden of SATF state peison, Aliceson is responsible for hiring correctional officers, staff, providing enough staff for the safety of inmates, including plaintiff, She is responsible as supervisor, training of custody staff working in mental health extended out patient care, G-1 EOP housing unit. Aliceson Failed to put in place daily procedures, enough staff to prevent, to protect plaintiff from Assault, from inmate, severe harm, beatings, use of excessive force at the hands of EoP custody Staff, officers that hold the state position of Peace officers. Aliceson endangered, caused harm to come to plaintiff's mental health, physical health, injuries, violated his personal safety by failing to hire, train, staff enough experienced custody staff, lack of staff, cutting the experienced staff positions at SATF state prison violating plaintiff's 8th, 14th Amendment rights of the U.S. Constitution. Aliceson's negligence, failure to protect, deliberate indifference caused plaintiff severe pain, physical injuries, suffering, emotional distress, 8th Amendment, 14th Amendment, U.S. Constitution.

7. Defendant D. Duck, is a correctional officer of the California Department of Corrections and Rehabilition who, at all times relevant in this complaint, held the rank of prison guard and was assigned to SATF State Prison. Defendant D. Duck is sued in her individual and official capacities.

8. Defendant R. Lowder, is a correctional officer of the California Department of Corrections and Rehabilition who, at all times relevant in this complaint, held the rank of prison guard and was assigned to SATF State prison. Defendant R. Lowder is sued in his individual and official capacities.

page 2

9. Defendant A. Murrieta, is a Correctional Officer of the California Department of Corrections and Rehabilitions who, at all times relevant in this complaint, held the Rank of prison guard and was assigned to SATF state Prison, Defendant A. Murrieta is sued in his individual and official capacities.

10. Defendant S. Loftis, is a Correctional Officer of the California Department of Corrections and Rehabilition who, at all times relevant in this complaint, held the RANK of prison guard and was assigned to SATF State prison. Defendant S. Loftis is sued in his individual and official capacities.

11. Defendant Michael A. Ross, PA-C is a physician Assistant employed by California Department of Corrections and Rehabilition who, at all times Relevant in this complaint was Assigned to C.T.C. SATF state prison. Defendant M. Ross is sued in his individual and official capacities.

12. Defendant Byron Mui, M.D. is a Physician at Mercy Hospital, Bakersfield, California. The California Department of Corrections and Rehabilition contracts medical service with Byron Mui, Mercy Hospital, its Staff, to provide medical treatment to prisoners at SATF state prison. B. Mui who, at all times relevant in this complaint was a physician in Mercy Hospital. B. Mui is sued in his individual and official capacities.

13. Defendants Agnes, Wu, M.D. Medical Director, Mercy Hospital, Bakersfield, California, Mercy Hospital, whom the California Department of Corrections and Rehabilition contracts medical service to provide medical treatment, care to prisoners at SATF state prison, whom at all times relevant in this complaint was a medical treatment providee. Agnes Wu, Mercy Hospital are sued in their individual and official capacities.

14. Defendant Jeffrey NeuBarth, M.D. is a physician employed by California Department of Corrections and Rehabilition who, At all times Relevant in this complaint was assigned to C.T.C. Infirmary SATF state prison. Defendant J. NeuBarth, M.D. is sued in his individual and official capacities.

15. Defendant M. Ancheta, D.D.S. was a dentist employed by the California Department of Corrections and Rehabilition, who at all times

15. Relevant in this complaint held the position of C.T.C. dentist assigned to SATF state prison. M. Ancheta is sued in her individual and official capacities.

16. Each defendant is sued individually and in his and her official capacities. At all times mentioned in this complaint each one of the defendants acted under the color of state law.

17. Paragraphs 18 thru 24 are void.

_____ IV.   FACTS

25. Plaintiff realleges and incorporates by reference the allegations of all prior paragraphs.

26. Defendants all and each of them upon information and belief have failed to respond reasonably to the plaintiff's safety, serious medical needs, care, excessive force, guard brutality, fabricated documents, cruel treatment, unjust punishment, violating his 8th, 14th, fourtheenth Amendments.

27. In Plata vs. Brown No. C01-1351 TEH, California conceded CDCR's medical violated 8th amendment.

28. At all times relevant to this complaint, plaintiff, Eric Wheeler, was incarcerated at SATF S.P.

29. Plaintiff was housed on G-Facility in G-1 E.O.P housing unit. On January 19, 2011, plaintiff was a victim of a felony battery committed by inmate Yepiz, K-36836.

30. This battery by I/m Yepiz occurred while plaintiff was returning to his assigned housing unit G-1, at 7:15 A.M. from breakfast.

31. Plaintiff was walking with, speaking to inmates R. Mitchell, P-19128, R. EsQuer, F-34001, and K. Seibert, V-61109, they were among over 40 other inmates.

32. There was not any custody, staff, yard officers present nor in the G-1 area supervising or watching over the plaintiff and any other inmates. At no time does defendant Aliceson provide any custody, supervisors, yard staff coverage for the protection and safety of inmates going to, returning from daily meals on Facility G, in front of G-1 area, prisons yard. Aliceson's negligence, failure to protect, deliberate indifference caused the plaintiff to suffer severe injuries, 11,520 hours pain, permanent impaired mobility in left knee, left leg, jaw Fractures, pain, suffering and emotional distress.

page 4

33. Around 35 Feet From the Front door entrance to G-1 housing unit, Yepiz ran up behind the plaintiff's back right side, striking plaintiff Wheeler on his right jaw area. As the plaintiff spun around, Yepiz struck plaintiff left Front jaw area causing immediate severe pain. Plaintiff suffered right ramus Fracture, left mandibular body Fracture. See paragraph 49.

34. Upon information and belief, plaintiff was personally informed by D. Paulus, CTRT, D. Hensley, CTRT, G-1, on March 24, 2011, that both of these mental health staff had reported numerous times over several months of November, December, 2010, to their Supervisors, Custody Staff that I/m Yepiz was a threat to other inmates, staff. That something was going to happen before the incident against plaintiff on January 19, 2011. Custody Staff, Supervisors S. Musgrove, Psy. Dr. M. Kurtz, LCSW, took no actions nor any necessary precautions with inmate Yepiz. K. Seibert, V-61108, personally informed plaintiff that Seibert had spoken with S. Musgrove, Psy. Dr. Regarding Yepiz's violent, unsafe, unstableness towards D. Paulus, D. Hensley, inmates in December, 2010. It was at this time plaintiff was informed by Staff, inmates that L. Ellis, Murrieta, R. Kerr, LCSW, M. Uruchurtu, LPT, R. Garcia, MSW, Ervin, LPT were giving out inmates conditions of incarceration, confidential client/patient mental health information of inmates with, to other inmates, custody staff. That these Staff intentionally smutted the plaintiff up with Yepiz so that plaintiff would be attacked, harmed, removed from G-1.

35. I/m Yepiz immediately ran away, headed towards the Front door entrance to G-1 housing unit, and into G-1 Rotunda.

36. Plaintiff Wheeler, dazed, in severe pain, then pursued Yepiz into G-1 housing unit Rotunda.

37. Wheeler pursued Yepiz pass the G-1 officer's control station, towards B-cluster front door entrance.

38. As Yepiz ran pass the G-1 officer's station, Wheeler noticed on his right, on the back far side, D. Duck and A. Murrieta were immersed in conversation with M. Ervin, LPT, in front of C-Cluster, by nurse's office.

39. Upon information and belief, Wheeler was personally informed by R. Mitchell, P-18128, that he heard Duck state to Murrieta, "Push the Alarm". "We need to stop that" A. Murrieta told Duck, "No, wait till they're fighting, Yepiz hits Wheeler." Upon information and belief, Wheeler was informed by inmates, staff that I/m Yepiz was Murrieta, Loftis, C/o Phillips, Lowder's "pet" snitch, and worked for them.

40. There was not any other officer in the area of G-1 officer's station control other than Duck and Murrieta.

41. Inside G-1, B cluster, there was not any officer present.

42. Yepiz ran into G-1 B cluster dayroom with Wheeler just behind Yepiz. Just inside B cluster, while Wheeler was a few feet behind Yepiz, Wheeler reached out, attempting to grab the back collar of Yepiz's blue jacket. However, Wheeler was not successful.

43. There was several other inmates standing, sitting in the dayroom, and over 20 other inmates in dorms looking out their windows, doors in B cluster during the entire incident watching everything.

44. Inside dayroom, Yepiz ran to the dayroom T.V., suspended upon the front wall of B cluster classroom, facing the dayroom, next to dorm by stairs. Yepiz then laid down on his stomach, against classroom wall, door. Yepiz lay facing approximately 8 feet distant from Wheeler. Yepiz remained in this exact position during the whole incident until Murrieta placed Yepiz in handcuffs, escorted him out several minutes later. Yepiz was absolutely at no time pepper sprayed by any officer, staff during the incident of January 19, 2011.

45. Wheeler and Yepiz absolutely did not, at no time, during

45. the incident on the morning of January 19, 2011, engage in any mutual combat. Wheeler absolutely did not strike Yepiz. Wheeler absolutely did not, at no time, kick Yepiz during the incident January 19, 2011. Wheeler at all times, stood with his arms, hands at Wheeler's side, Non-Aggressive, 9 feet away from Yepiz in the dayroom during the incident. With Wheeler's mental health disorders, PTSD, Wheeler was Frozen with panic. Refer to Exhibit A, page 184

46. Within seconds of Yepiz laying down on the dayroom floor, Facing Wheeler, Wheeler felt a human presence at his immediate left back side area. Wheeler was facing Yepiz, dorm 6, stairs, with Wheeler's back towards B cluster front door, approximately 30 feet away.

47. Wheeler Frozen, PTSD attack, in serious shock, pain, turned his head left, in time to see Duck's black, Right hand, take out her baton, extend it at a floor angle. Duck then leaned forward from her waist up, taking her baton into a full baseball batter's arch type, single Right hand swing, Right hand crossing high up left in front of her upper body, then bringing it down, the baton end, tip struck the plaintiff's left outside center knee. See exhibit A, pg, diagram left leg baton blows. Wheeler was in immediate, extreme, severe pain.

48. Wheeler sustained significant, severe knee injuries (left), thigh, causing severe pain, suffering, physical injuries and permanent impaired mobility to left knee, left thigh, emotional distress, 11, 520 hrs thus far.

49. Wheeler incorporates each page of the attached medical Records in Exhibit A, pg, thru pg, 37 ___, as the stated facts contained in this paragraph relating to Wheeler's injuries, pain and suffering he received from the severe beating, excessive force by Duck, Louder, Murrieta.

A MRI dated May 5th, 2011, significant finding: There is diffuse bone bruising and edema involving the distal lateral left femur

page 7

49. And the Internal Femoral condyle. Evidence of bone trauma with edema and Fracture distal lateral left femur. Wheeler was in a wheelchair over 3 months, use of cane over 14 months, now permanently mobility impaired, pain to left thigh, left knee continually. Wheeler incurred a left hernia requiring surgery due to knee, thigh injuries, beating, Exhibit A, p.111, 138, 137. The medical records start January 19, 2011, continue thru April 30, 2012, the present. These medical records substantiates Wheeler's claims of excessive Force, serious beating, culpable state of mind to do harm, with deliberate indifference to Wheeler by Duck, Lowder, Murrieta, and Loftis, violating Wheeler's Eighth Amendment prohibition against cruel and unusual punishment And due process of law secured by the Fourteenth Amendment.

50. Duck continued her beating on Wheeler with baton by attacking and striking Wheeler a second time with a similar type baton swing as Duck's First baton blow, on Wheeler's lower, center outter left thigh. Causing immediate severe, extreme pain, suffering, physical injuries and emotional distress.

51. Wheeler turned more to his Right, attempting to avoid Duck's beating, because she was inches From Wheeler's left side, Six area. Duck was beside Wheeler From the very start to the end of the incident.

52. Wheeler immediately became aware of a second person, A. Murrieta approximately eight feet Right, he begin assaulting Wheeler by spraying pepper spray into Wheeler's eyes, Face, all Around Wheeler's Face numerous times. Causing severe pain, severe skin burning sensations immediately.

53. A. Murrieta out of control, wildly peppered sprayed every prison guard entering into And inside B-Cluster day room, including Wheeler.

54. At this period of time, S. Loftis entered B-cluster, and was pepper sprayed approaching. Duck, Wheeler from behind to attack Wheeler, when A. Murrieta struck S. Loftis directly in his eyes, face, and chest area.

55. Loftis was immediately blinded, overcome from the pepper spray. Loftis immediately turned and exited B-cluster to the staff bathroom. For water. M. Ervine, LPT, rendered medical aide to Loftis.

56. S. Loftis absolutely did not return to the incident in B-cluster on the morning of January 19, 2011.

57. Duck continued her beating on Wheeler with her baton by. Attacking and striking Wheeler a third time with a similar type baton swing as her first, second, on Wheeler's upper left thigh below left hip, because Wheeler was slowly moving his body right. Causing immediate severe, extreme pain, suffering, physical injuries and emotional distress.

58. R. Lowder standing to the far left side of Duck and Wheeler, seven to eight feet, continued to assault Wheeler by spraying pepper spray at left side hair area of Wheeler's head numerous times. Causing severe pain, severe skin burning sensations. Exhibit A, p.3.

59. Wheeler continued turning his body right, towards Murrieta to avoid Duck's battery of baton blows. Murrieta continued his assault on Wheeler, spraying pepper spray into Wheeler's face.

60. Wheeler, blinded, unable to breath, in fear, extremely severe pain, dropped his head down.

61. During this event, Duck struck Wheeler a fourth time with her baton, baton striking left neck area, tip striking top back of Wheeler's head. Causing severe pain and suffering, emotional distress. Wheeler received a fracture just below the left condylar neck.

page 9

62. Wheeler immediately felt sharp, severe pain to left face, however, the source of this is unknown to Wheeler.

63. Duck was immediately struck on her right face with pepper spray, causing Duck to cry out, Duck's right eye closed shut from Murrieta's continual spraying of pepper spray when Wheeler dropped his head down. See Exhibit A, p.146,147

64. At this time, Duck's severe beating of Wheeler ceased. Lowder had stopped his assault on Wheeler, having been overcome from being hit with pepper spray from Murrieta. Murrieta stopped assaulting Wheeler, Handcuffed Yepiz and escorted him out.

65. Duck blind, left B-cluster with officer Hughes assistance.

66. Lowder left B-cluster blinded, overcome with pepper spray exposure to his eyes, face, body area. See Exhibit A, p.150,151,152.

67. Murrieta handcuffed Yepiz, escorted Yepiz from B-cluster.

68. Wheeler in extremely severe pain, not under attack, with no officers present, laid down on dayroom floor, uncuffed facing dorm 32.

69. Wheeler was assisted to his feet, uncuffed by Officer Hughes And Wheeler limped, uncuffed, to the B Cluster shower, see Exhibit A, p.153

70. Wheeler absolutely did not at any time attempt to defend himself. Wheeler did not raise his arms, hands from his sides at all. Wheeler absolutely did not at any time make a Fist, Wheeler absolutely did not at any time swing his arm towards R. Lowder. Wheeler was not aggressive, nor acting disruptely in any way towards any of the defendants Duck, Lowder, Murrieta, Lohtis. Refer to Exhibit A, p.157

71. Wheeler was never a threat, was never placed in hand-cuffs by any of the defendants, during, after the incident. Officer Hughes placed Wheeler in cuffs in B-cluster shower, and escorted Wheeler out after.

72. Inmate Yepiz stated to K. Estes, officer, that Yepiz only got overspray

72. on his jacket, and refused decontamination. See Exhibit A, p. 150, 151, 152

73. Yepiz was medically examined by M. Ervin, LPT, No injuries
to Yepiz were found. See Exhibit A, p. 45. Robbins stated he observed "no injuries."

74. Yepiz when questioned by M. Ervin, LPT, Yepiz stated, "He came
after me and I balled up." See Exhibit A, p. 4, 5

75. Defendant R. Lowder authored, signed False, Fabricated allegations
of Reports against Wheeler on cdcr documents, Forms of incident
Reports (SATF-0007-11-01-0021), cdcr 115, G-11-01-014, For the
specific act of Assault on a Peace officer. See Exhibit A, p. 158

76. R. Lowder entered into a conspiracy with defendants
D. Duck, A. Murrieta, S. Loftis to Falsely Accuse Wheeler of
Assault on Lowder and fighting with I/m Yepiz, Attempting to cover
up the excessive Force, gunned battery, assault done against
Wheeler. Lowder stated in his written Reports that plaintiff and
Yepiz drew Lowder's Attention as he observed them Fighting.
(truthfully, Lowder was actually sitting in D-cluster-office,
Lowder's Assigned position at the time) Lowder stated Yepiz
And Wheeler were striking each other with clenched Fists. Lowder
shouted Get Down, but both, Wheeler and Yepiz ignored his order
And continued to fight. Fighting, moving to center of dayroom.

77. Lowder stated he used pepper spray to each Wheeler's and Yepiz's Face.

78. Lowder stated he and Murrieta used their pepper spray and sprayed
both Wheeler and Yepiz to the Facial Area Numerous times.

79. Lowder stated Yepiz went down on his back with Arms
Above his head. Lowder stated Wheeler then kicked Yepiz in the
Right Rib cage Area in center of dayroom.

80. Lowder claims he was between plaintiff and Yepiz.

81. Lowder states plaintiff turned to Lowder and said "Come on."

page 11

82. Lowder stated plaintiff then swung his right fist at him, attempting to strike Lowder, from a bladed stance.

83. Lowder stated he moved his body backwards, and plaintiff missed him.

84. Lowder stated D. Duck came to his aid, that Duck observed the assault and assisted Lowder by utilizing her baton by using a reverse power strike to the back of plaintiff's upper right thigh to prevent his advancement towards Lowder. That plaintiff was struck twice with a baton by Lowder to plaintiff's right thigh. That plaintiff immediately proned out. Response staff arrived and assisted by placing both plaintiff and Yepiz in handcuffs.

85. These entire statements, all Lowder's statement of facts of the incident on January 19, 2011, involving Wheeler, Yepiz and all defendants Lowder, Duck, Murrieta, Loftis, that were made, authored and written by R. Lowder are completely false, bogus. The fabrications Lowder made was to cover-up the excessive force, guard brutality, felony battery, and attack to Wheeler because of Wheeler's conditions of incarceration, by Duck, Lowder, Murrieta January 19, 2011, caused "chilling effects" of severe harm, endangered Wheeler's life, unlawful detainment, punishment in Administrative Segregation, a 6 month SHU term, case U.S., false documents in Wheeler's C-file to be considered by staff at all proceedings associated with Wheeler's imprisonment in COLR. Embarrassment, pain, suffering, and emotional distress.

86. Defendant S. Loftis authored and signed false, fabricated reports against plaintiff on COLR documents, forms incident reports (SATF-UUD7-11-01-0021). Loftis stated he responded to B-cluster on the morning of January 19, 2011, that Loftis observed Yepiz, laying on his back with Wheeler standing beside him. That Lowder and Murrieta were standing approximately ten feet from them, yelling Get down. Wheeler

86. kicked Yepiz on the right side of his body with his right foot.
Louder sprayed plaintiff in the chest and facial area's. Plaintiff
turned and swung his Right Fist towned Louder and missed. Then
on January 20, 2011, Loftis stated plaintiff was approximately
two feet from Louder when he swung his Right Fist toward Louder.

87. These entire statements made by Loftis, Loftis' statement
of facts of the incident are completely false, bogus. Loftis
entered into a Conspiracy with Louder, Murrieta to cover-up the
excessive force, guard brutality, battery, and Loftis' direct involvement
in having Yepiz attack Wheeler. See Exhibit A, p. 139, 140, 141.

88. The only correct statement Loftis made in his Report was:
"As I approached Wheeler from behind, Louder and Murrieta
began spraying Wheeler in the chest and Facial area's with
O.C. Pepper Spray. I was hit in the chest and Facial area
by the excess O.C. Pepper Spray impairing my vision. I
existed the section for decontamination using running water."

89. S. Loftis clearly did not observe the events. Loftis
was immediately over powered with O.C. pepper spray when
Loftis entered B cluster dayroom and approached from behind
Duck, plaintiff's positions. Loftis's false, bogus Report caused
Wheeler "chilling effects", harm, pain, suffering and emotional distress.

90. Defendant A. Murrieta Authored, signed false, bogus, Fabricated
Reports Against plaintiff on CDCR documents, Forms incident Report (SATF
0007-11-01-0521), CDCR 115 Supplemental Report #G-11-01-014. Murrieta
Stated that he saw plaintiff strike Yepiz in his back with
his Right Fist As Yepiz was walking into B-section. Murrieta
Activated his personal Alarm and ordered plaintiff and Yepiz
to "Get Down." Yepiz proned out near the television.

90.  Plaintiff continued to strike by kicking Yepiz in the Right side of his body as he was getting down. Lowder used his O.C. pepper spray striking plaintiff in the side of the Face from six feet away. Murrieta cannot Remember what side of the Face. Murrieta sprayed plaintiff in the facial area. Plaintiff turned towards Lowder with his Right Fist clenched. D. Duck Responded to the area and ordered plaintiff to get down. with her baton in the expanded position. Duck struck plaintiff in the right upper thigh area with a reverse strike. Lowder struck plaintiff in the Right thigh area twice with his baton, but Murrieta don't Remember if it was a forward and Reverse strikes or two forward strikes. They on January 20, 2011, where asked to clarify these questions. Murrieta stated he heard Wheeler and Yepiz Arguing with each other before Wheeler hit Yepiz. Murrieta was asked, when Wheeler turned towards Lowder with a Right Fist clenched, did Wheeler say anything; did he make a bladed stance towards Lowder; and what was the distance between Wheeler and Lowder? Murrieta stated: " No, I did not hear Wheeler say anything." He don't Remember if Wheeler made a bladed stance towards Lowder because he was focus on Yepiz, distance between Lowder and Wheeler was Five Feet. See Exhibit A, p. 142, 143, 144, 145.

91. The only truth to any of Murrieta's statements in his reports is that Wheeler and Yepiz was arguing with each other before entering B-cluster, Yepiz had just attacked Wheeler moments before and was running away. That Yepiz was proned out under the television. That Lowder did spray Wheeler's left back-Face. That Duck Responded to the area, however it was before Lowder did and it was with Murrieta. That Duck did strike Wheeler with a baton,

91. but not on right thigh. Wheeler was never struck at anytime on right leg. Murrieta was not paying attention to Lowder, because was too far away left of Duck, Wheeler and Murrieta, and Yepiz.

92. Wheeler submits other than the above paragraph 91 statements of Murrieta, all of Murrieta's other statements, Facts in his report are completely false, bogus. The reported fabrications Murrieta authored was made to cover up the excessive force, gunned brutality, battery, unnecessary and wanton infliction of pain done to Wheeler at the hands of Peace Officers Duck, Lowder, Murrieta, in B-Cluster dayroom on January 19, 2011, at 0717 hrs. Causing Wheeler "chilling effects" of harm, unlawful detainment, punishment in administrative Segregation, a 6-month SHU term, CDCR-115, false documents in C-File to be considered in all present, future proceedings relating to Wheeler's imprisonment in CDCR, and embarrassment, pain, suffering, reckless, callous indifference of Wheeler's Rights and emotional distress by Duck, Lowder, Murrieta.

93. Defendants Lowder, Murrieta did not state in their reports that they immediately reported to their Supervisor, the force they used, what they observed, nor that they attempted to stop Duck's, their use of excessive force against plaintiff.

94. In a handwritten report authored by K. Estes, Correctional officer, on January 19, 2011, 0717 hrs. Estes states," while performing my duties as facility G. S+E as I was conducting the morning meal release an alarm was activated in housing unit G-1. I responded to housing unit G-1 B-section. I observed officer R. Lowder standing in the dayroom in B section in which appeared to be obviously contaminated with O.C. pepper spray. I relieved officer Lowder so he could decontaminated. I was relieved by responding staff. I went to the rotunda area where officer A. Murrieta was with inmate Yepiz, (K-36836, G1-132L). I took over

PAGE 45

94. the escort and escorted Yepiz to facility G medical Clinic to be
medical evaluated. At completion of officer T. Hill senech of the Holding
cell. I placed Yepiz in Holding cell #1. I conducted a unclothed body senech
on Yepiz. At approximately 0935 I was called to escort inmate Wheeler
CE81064, G1-246L) to TTA for further medical evaluation. myself and
officer F. Herrera escorted Wheeler to TTA from facility G. Wheeler was
sent out to an outside hospital (mercy hospital) via Transportation Team."

95. On January 24, 2011, K. Estes was asked these questions 1.) when you entered
building G-1, B section, you stated it was obviously contaminated with O.C. pepper
spray. What was contaminated with O.C. pepper spray? Answer by C/o K.
Estes, Correctional Officer R. Louder. Question 2.) What did Officer
Louder decontaminate? Answer by C/o K. Estes, Himself, Correctional
Officer R. Louder. Question 5.) Did you or anybody else decontaminate
inmate Yepiz? Answer by C/o K. Estes, No, He claimed he only
got overspray on his jacket and refused decontamination. See Exhibit A, p. 150, 151, 152.

96. Plaintiff submits that what is apparent From C/o. K. Estes and other
Responding Staff, is that I/m yepiz had no injuries to any part of his body,
that yepiz was never sprayed with O.C. pepper spray, that R. Louder
was sprayed with O.C. pepper spray, indicating Louder was behind
Wheeler and Duck, taking shots of pepper spray. From Murrieta, who
was in Front of Wheeler and Duck, who were being engolied with pepper spray,

97. Plaintiff submits that had Murrieta activated his alarm at the
time he stated, Responding officers would have arrived within a few minutes.
And indicates that the beating by Duck started immediately when she and
murrieta entered B-cluster, lasting just a short time, and clearly shows
Wheeler was not fighting nor swinging at Louder at all.

98. In a handwritten Report authored by A. Hughes, Correctional officer,
on January 19, 2011, 0717 hrs. Hughes states, " While assigned to

page 16

98. facility G as E.O.P Escort #2, I responded from G Diving to building G-1 B section to a personal alarm. Upon arriving into B section, I observed several inmates in the prone position. I was informed by C/o A. Murrieta that inmates Yepiz and Wheeler were involved in a physical altercation. I was instructed to escort inmate Wheeler to the shower For decontamination of O.C. spray. An unclothed body search was performed, inmate was then placed in cuffs and escorted to facility G program office, and placed in cage# 1. For a medical evaluation." C/o Hughes was the assigned officer on 2nd watch For B-section, Housing unit G-1. Hughes should have been in B-section, not the G-1 dining room. However, the severe shortage of officers, needs, to watch a overcrowded inmate population, supervisors, per orders of Warden Aliceson placed C/o Hughes away from his job assignment. See Exhibit A, p. 153

99. In a handwritten report authored by D. Duck, Correctional Officer, she stated, On January 18, 2011, 07:17 hrs, "while observing G, bld, C section inmates return From morning meal. I heard G blg 1 alarm sound. I heard officers yell, "get down". I ordered C section inmates to get down and responded to the incident. As I proceeded to the Rotunda, I heard staff yelling get down in B section. I proceeded to B section. In B section, I observed C/o Murrieta and C/o Lowder ordering I/m Wheeler, E82044, to get down. (I also observed that I/m Wheeler was bleeding from the mouth.) C/o Murrieta and C/o Lowder pointed their O.C. pepper spray towards I/m Wheeler' face and sprayed. The O.C. pepper spray hit I/m Wheeler in the face area and myself in the glasses, right eye and face, As I responded to the incident with I/m Wheeler back to me, I/m Wheeler was not affected by the O.C. pepper spray. I ordered I/m Wheeler to get down. I used a power draw to extend my MEB. I/m Wheeler refused to get down mouthing something to C/o Murrieta and C/o Lowder and stepping back with his leg, right into an aggressive stance. I used a reverse power strike

99, to the back of I/m wheeler right upper thigh striking him one time with the extended portion of the MEB, my target area was the back of the Right upper thigh,. I/m wheeler got down. Sgt. Staub and other staff Responded to the incident. C/o Hughes Relieved me From the incident so that I could decontaminate my Right eye which was sprayed closed and my face area. I decontaminated and Reported to my Supervisor s Sgt. Staub and Lt. Rivera the force I used and what I observed."

100. On February 2, 2011, D. Duck was asked these questions. 1.) you utilized Acronyms for the C/o, Sgt., Lt., O.C. and M.E.B. Please clarify the proper meaning of Acronyms: C/o D. Duck answered, C/o - Correctional officer, Sgt. Sergeant, Lt. Lieutenant, I/m - inmate, O.C. - Oleoresin Capsicum, and MEB - Monadnock. Question 2.) You stated officers Murrieta and Lowder sprayed O.C. pepper spray in the Face of inmate wheeler, and you were sprayed in the facial area. Where were you standing in relation with the officers and inmate wheeler? Answer by C/o D. Duck," I was standing (Responded) behind (Inmate wheeler back) Inmate Wheeler's Right side. Correctional officer Murrieta and Correctional officer Lowder were facing me in Front of inmate wheeler." Question 3.) Did you use a Reverse power strike or a Reverse strike to the back on inmate wheeler's Right upper thigh." Answer by C/o D. Duck, I used a Reverse strike to the back of inmate wheeler's Right upper thigh." Question 4.) Did you use a power draw to extend your MEB, use a draw to the extended position pointed to the floor, or a draw to the extended position to the shoulder? Answer by C/o D. Duck, I used an open to the ground draw to extend my Monadnock." Question 5.) Did you see inmate wheeler swing his Right arm with a fist at officer R. Lowder? Answer by C/o D. Duck," I did not see inmate wheeler swing his Right arm with a fist at officer R. Lowder." Question 6.) what do you mean when inmate wheeler mouthed something to officers Murrieta and Lowder? Answer by C/o D. Duck," inmate Wheeler moved his mouth, said some words, but I could not hear

page 102/8

100. the words that came from his mouth." See Exhibit A, p.146,147,148,149.

101. Plaintiff was never struck anywhere on his right thigh, right leg.

D. Duck struck Wheeler's left knee, left lower-outter center thigh, upper thigh, while standing to Wheeler's left back-side. The medical evidence supports Wheeler's facts on where Duck struck him with her baton. Refer to paragraph 49, see Exhibit A, p.2, 7, 8, 13, 15, 33, 111.

102. On January 20, 2011, inmates in G-1 housing unit were interviewed by staff. Confidential information received from inmates revealed this incident was a "Battery on an Inmate Wheeler resulting in Serious Bodily injury." See Exhibit A, p. 138

103. Inmate Yepiz was charged, written a CCR-115 for Battery on I/m Wheeler, resulting in serious Bodily injury, on January 19, 2011.

104. Inmates Siebert, V-61109, Mitchell, P-19158, and Esquer, F-34001, gave statements that each inmate witnessed Yepiz hit Wheeler outside G-1 Building, then run on the morning, January 19, 2011.

105. I/m Pierson, AA-7997, gave a statement that he was in G-1, B cluster, he witnessed Wheeler and Yepiz running around in dayroom, no fighting ocurred, he witnessed D. Duck strike Wheeler numerous times with her baton, January 19, 2011 at 0717 hrs.

106. I/m Schriver, D-55998, gave a statement that he was in G-1, B cluster, he witnessed Wheeler and Yepiz running in dayroom, Yepiz laid down out on floor under T.V., no fighting occurred, he witnessed D. Duck strike Wheeler numerous times with her baton, January 19, 2011 at 0717 hrs.

107. G. Saavedra, G-28236, gave a statement that he was in G-1 B cluster, he witnessed Wheeler and Yepiz running in dayroom, Yepiz laid out on floor under T.V. that no fighting occurred, he witnessed D. Duck strike Wheeler numerous time with baton, January 19, 2011 at 0717 hrs.

108. On January 24, 2011, J. Rivero, Lieutant, conducted a video interview on Wheeler due to him making allegations of staff using excessive force, hitting Wheeler in the head during an incident that happened on January 19, 2011.

109. During this video interview, Wheeler gave the exact statement of facts, and occurrences of events involving Yepiz, Duck, Lowder and Murrieta in B-cluster relating to the incident Wheeler istated in the above paragraphs concerning January 19, 2011. All of the injuries from baton strikes to Wheeler's left knee, left thigh were videotaped in this DVD video. See Exhibit A, p. 155, 156

110. Wheeler filed a grievance on September 9, 2010, stating that the California Substance Abuse Treatment Facility (SATF) Cutting staff positions, shortage of staff, mental health staff was endangering/violating the personal safety, protection of Wheeler, and all inmates in G-1, and not enough clinicians for his mental health care, denying Wheeler adequate treatment, safety. See Exhibit A, see p. 169 thru 118

111. At First level response, October 4, 2010, staff admitted to Wheeler that the SATF institution is unable to staff enough clinicians for Wheeler mental health needs and that additional officers would be hired once the clinicians were hired. This did not occur for Wheeler's treatment, safety, protection denying him adequate mental health care, treatment, his safety, endangered Wheeler's life from prisoners, Rogue officers, pain, suffering, severe injuries, and emotional distress, on January 19, 2011, 0717 hours.

112. Defendant K. Aliceson was negligent in failing to provide enough trained staff to protect Wheeler, prevent the battery against him by I/m Yepiz, the excessive force, battery committed by D. Duck, R. Lowder, and A. Murrieta against Wheeler. Shortages of, the lack of enough staff in a overcrowded prison is unsafe prison conditions, unsafe situations, and unnecessary. Risks for harm to Wheeler. The lack of clinicians, free from interences;

page 20

112. pressures of Officers telling the Clinicians how to act, to do their mental health job duties, providing the daily treatment, care, groups, in a unstressful environment, without interference from unprofessional officers, for Wheeler is "chilling" mistreatment, deliberate indifference, and callous indifference to Wheeler's rights. Ignoring Wheeler's mental health needs, disorders causes irrepairable harm, severe trauma, pain, suffering and emotional distress.        +R. Coffin was aware of the lack of, and the shortage of Mental health staff as Alicesour, Coffin shares equally in the responsibility, blame, for failing to provide, treat, care and protect Wheeler.

113.        J. Rivero authored false reports, incident reports #SATF-007-11-01-0021, memos utilizing the bogus written reports by R. Lowder, A. Murrieta, and S. Loftis concerning the incident on January 19, 2011. J. Rivero created a false incident report which aided R. Lowder's, A. Murrieta's and S. Loftis' intentional cover-up of the excessive Force, battery against plaintiff, and R. Lowder's, A. Murrieta's failure to stop the excessive Force by them and D. Duck. Causing Wheeler harm, pain and suffering. see Exhibit-A, p.139, 156, 165-167

114. J. Rivero failed to follow the rules, protocol, federal, state laws, CCR Title 15 section 3268.1 Reporting and investigating the use of Force for institution/facility staff. Rivero acting as the Incident Commander responsibilities was to notify the Office of Internal Affairs (OIA) and the Bureau of Independent Review (BIR) as soon as possible, but no later than one hour from the time the incident is discovered of any use of deadly Force and every death or Great Bodily Injury (GBI) that could have been caused by a staff use of Force. Rivero failed to do this. Thereby preventing a investigation and review by OIA, BIR into the GBI, excessive Force by Duck, Lowder, Murrieta. Wheeler received bone trauma with edema and Erosion distal lateral Femur, lateral femoral condyle of the left knee from Duck's baton strike.

115. Plaintiff was escorted to SATF C.T.C. on January 19, 2011, at approximately 0945 hrs. Wheeler was examined J. DelRosario, TTA Nurse. J. DelRosario wrote notes of Wheeler's statements, his severe trauma, injuries to his jaw; left thigh, left knee, back of head. Wheeler discribed the same events, facts contained in this complaint. That Wheeler was struck on right jaw from behind by Yepiz, a second time when Wheeler turned, left front jaw. That Duck struck him on his outside left knee, twice on left thigh, top of head. see Exhibit A, p.7, 8

116. DelRosario stated to Wheeler, officer E. Herrera, After the examination of injuries, that medical evidence of the injuries corroborated Wheeler's statements of battery by Yepiz, excessive force by D. Duck, A. Murrieta, R. Lauder.

117. On January 19, 2011 at approximately 10:eches. C.T.C. Michael A. Ross, PA-C, PA#14386, visually examined Wheeler. Wheeler explained the same circumstances, facts, injuries and pain of 9 out 10 to jaw, left knee, left thigh, neck, head. Defendant Ross consulted dentist, Dr. Le, who ordered jaw x-rays, reveanling two jaw fenctures. Wheeler needed to be transported A.S.A.P. to Mercy hospital. See Exhibit B, p. 8

118. Ross stated to Wheeler, "No treatment for neck, left knee, left thigh, nothing, you were assaulted by Staff." Ross continued to say he was not treating, giving anything for these injuries. Ross failed to refer Wheeler's left knee, left thigh injuries to mercy hospital for treatment. Ross refused to provide adequate medical care for the injuries he sustained by Duck, Lauder, Murrieta. Ross was fully informed of the serious, painful 9/10 conditions of Wheeler's injuries caused by excessive force, lack of being able to walk. This demonstrates Ross's knowledge and culpable state of mind to deprive Wheeler adequate medical treatment, care for injuries. Ross willfully and knowingly acted with disregned

page of 22

118. For Wheeler's sustained left knee, left thigh, neck injuries, Ross did so with deliberate indifference and a culpable state of mind. Ross's Negligence caused Wheeler to suffer severe pain, delayed treatment, a permanent disability to left knee, thigh and emotional distress.

119. Officer F. Herrera stated to the plaintiff before leaving C.T.C. that upon information and belief M.Ross did not refer Wheeler for treatment, care of his left knee, thigh, neck after reading the paperwork to Mercy hospital. Herrera stated, "you must tell the doctors at Mercy so that you will get treatment."

120. On January 19, 2011, at approximately 1245 hrs. (same S. was neck injuries) Wheeler was transported to Mercy hospital, in severe pain, unable to walk via state vehicle under care of Byron Mui, M.D. at Mercy hospital for left mandible Fx.

121. Wheeler arrived, with the use of a wheelchair, was taken into the Mercy hospital Emergency Room.

122. Upon speaking to Emergency Room medical staff, Wheeler explained the events, facts, injuries he sustained, severe pain, Wheeler explained that he sustained left knee, left thigh, top of head injuries from Duck, Duck's use of a baton. Severe pain 9/10.

123. Christopher Bradburn, M.D. Emergency Room, examined Wheeler. Bradburn made a Illm Emergency Room Report. In his report it states: Chief Complaint: Assault. History of present illness: A 32 year old male who was assaulted at the prison facility where he is currently housed. The patient was hit from behind. He admits to 9/10 pain sudden onset to his left jaw. The patient chased the assailant and was subsequently clubbed with a baton to the left knee and the back of the head. He is complaining of 9/10 pain to his left knee. see Exhibit A, p. 12 thru 17.

"Physical Examination: Note that patient's left knee has a "bilow strike

123. With mild swelling to the area. Laboratory Studies: CT SCAN of the head is normal. CT SCAN of the Face shows mandibular Fracture. X-RAYS of the knee pending at the time of admission. (Wheeler states, (Note: knee x-ray exam done at 1550 hrs. January 19, 2011.)(Several hours later, knee x-ray Results: Non-displaced fracture of the distal Femur. Lateral view demonstrates a prominent effusion. Further evaluation with MRI would be of use. No MRI was done, No treatment was given.) Dr. Mui was contacted for admission to the hospital. Dr. Mui will secure ENT Consultation. 1/19/11 1. Assault 2. mandibular Fracture-open Disposition: Admit For further treatment and work-up. see Exhibit

124. Wheeler was admitted, placed on the Fifth Floor prison ward. Wheeler's left leg was handcuffed to the Foot of the bed. Wheeler informed prison guards, nurses that Wheeler left knee, left thigh was with injuries, severe pain. Staff kept Wheeler's left leg cuffed to Foot of bed 44 hours, causing severe pain, suffering and emotional distress.

125. On January 20, 2011 W. Suesberry, M.D. came to visit Wheeler. Dr. Suesberry explained the results of CT scan, there is swelling over the mid-portion of the body on left side, and there is tenderness in the subcondylar area on the right. On Review of the CT, there is a fracture of the mid body on the left and a subcondylar fracture on the right. Suesberry told him he will have to undergo fixation with application of arch bars. Treatment Plan: Surgery this p.m. Closed reduction with application of interdental fixation.

126. On January 20, 2011, Defendant B. Mui, M.D. came to see Wheeler in Room. Dr. Mui explained the results of CT scan of Facial bones revealed the patient to have a left mandibular Fracture, left condylar neck fracture, along with right ramus Fracture. Dr. Mui did not mention knee x-ray.

127. Wheeler asked Byron Mui, M.D. about treatment of the left knee, left thigh, that the pain was still 9/10, also staff had kept left leg

127. Cuffed to foot of bed, could not walk.

128. Byron Mui stated he was not treating the left knee injuries. Mui was refusing Wheeler treatment for thigh, knee injuries. Mui stated Wheeler was only admitted for left mandibular fracture.

129. Wheeler stated, Dr. Mui that this was a hospital, that the Emergency Room doctor had admitted Wheeler for all of his injuries. That x-rays had been taken on left knee. B. Mui refused to listen. Dr. Mui was aware that the knee x-ray taken the day before showed a prominent effusion, non-displaced fracture of the distal femur. A MRI would be useful. Dr. Mui was fully informed of the x-rays, the black, blue swelling of left thigh, knee, severe pain, injuries, Wheeler was in severe pain 44 hours under Mui care.

130. Dr. Mui's Refusal of care, after being fully informed, demonstrates Mui's knowledge, culpable state of mind to deprive Wheeler adequate medical treatment for knee, thigh injuries, and did so with deliberate indifference. Wheeler was admitted to Mercy hospital under its care, and Byron Mui, both have full legal responsibility for Wheeler's treatment, care. B. Mui, Mercy hospital's negligence, refusal of treatment caused Wheeler delayed treatment, severe pain, suffering, discomfort, permanent disability. See Exhibit A, p. 12 thru 31.

131. Defendant Agnes Wu, M.D. medical director for Mercy hospital, is responsible for Mercy hospital, medical staff, treatment, care of patients admitted. Wheeler was admitted on January 19, 2011, with left knee, left thigh injuries. Knee x-ray was taken. MRI recommended, with pain 9/10. Wheeler was under the care of Mercy hospital, doctor, B. Mui, willfully and knowing acted with disregard for Wheeler's sustained knee injuries and did so with deliberate indifference with a culpable state of mind. Defendants Mercy hospital, A. Wu, B. Mui, negligence, refusal of treatment of Wheeler as a patient caused delayed treatment, severe pain, suffering, 44 hrs., discomfort, permanent disability. Wheeler was in a wheelchair three months;

page 25

131. A use of cane, severe pain before a MRI was done May, 2011, at SHTF S.P., over six months before seeing a specialist, Dr. Smith. see paragraph 49.

132. On January 21, 2011, Wheeler was discharged from Mercy hospital and transported via ambulance to SATF State Prison, C.T.C.

133. On January 21, 2011, Wheeler was admitted to C.T.C. infirmary after having surgery performed by W. Suesberry, M.D., wiring of jaws closed for 5 to 6 weeks, requiring housing in C.T.C. infirmary.

134. Wheeler was placed under the care of prison doctor Jeffrey NeuBarth, M.D. license # G50732, on January 21, 2011.

135. Defendant J. NeuBarth, M.D. denied Wheeler adequate medical treatment with deliberate indifference, failed to respond appropriately to Wheeler's serious medical needs relating to the excessive force left thigh, left knee injuries during the 33 days in C.T.C. NeuBarth was fully informed by Wheeler each day of his constant, severe pain in left knee, left thigh. see Exhibit R, p. 32 thru 89.

136. J. NeuBarth was fully informed, and aware that Wheeler could not walk, bear weight on his left leg. Wheeler had to demand a wheelchair, and with the assistant of a nurse, received one. NeuBarth did not order a MRI, a referral to a specialist, any treatment. He kept ordering Wheeler to walk, exercise left leg. NeuBarth was fully aware of a left knee x-ray ordered by Dr. Bandbuen, mercy hospital on January 19, 2011, Exhibit R, p.15 Findings: shows a prominent effusion, non-displaced fracture of the distal femur. A MRI would be useful. Wheeler was totally ignored everyday in his demands for medical treatment of the staff induced left knee, thigh injuries. The daily medical reports supports Wheeler's facts see Exhibit.

137. Wheeler was in severe pain and suffering, for approximately 792 hours, laying in fetal isolation in C.T.C. infirmary, under the care of Dr. J. NeuBarth. Wheeler lay in a single cell, staring at a white wall; 792 hours, without

page 26

137. yard, going outside, without any T.V., Radio, Books, or papers. Without

602 Forms, Request for interview forms, Cock forms. During each day, many

nurses came in, wheeler continued from his bed, to report the severe pain,

lack of books, cock forms, yard, yet wheeler's requests fall on staff's

deaf ears. wheeler's Eighth, and fourteenth Amendments were violated

by Dr. NewBaeth. See Exhibit A, p. 32 thru 59

138. On February 22, 2011, wheeler was transported via State

vehicle to Dr. Suesberry in Delano, CA. Dr. Suesberry conducted

a check-up and cut the bands holding jaws closed. Dr. Suesberry

stated he would remove the wires, bars and arcs in teeth, mouth

on next visit, March 8, 2011. It was Dr. J. NewBarth's

responsibility to request the follow up on March 8, 2011.

NewBarth was fully informed from Dr. Suesberry memo dated

2-22-11, that he requested the follow up on March 8, 2011.

NewBarth acted with deliberate indifference and failed

to request treatment with Dr. Suesberry. Wheeler had to

go 55 days past the removal date of March 8, 2011. 1320 hours

with the wires, bars in teeth, mouth, causing discomfort, cutting

into gums, trouble eating, pain and suffering because of the callous

neglience of J. New Barth violating wheeler's Eight, Fourteen amendments

See Exhibit A, p. 49, 88, 89, wheeler never returned to Dr. Suesberry.

139. On February 24, 2011, wheeler was discharged from C.T.C.

infirmary, placed in Administrative Segregation (Ad.Seg.) E-1, E yard.

Wheeler had been placed on Ad.Seg. status upon returning to SATF S.P.

on January 21, 2011, because of R. Lourdes's false allegation of Assault on

a Peace Officer, incident of January 19, 2011. Wheeler was discharged

in a wheelchair, unable to walk, still in severe pain, with wires, bars

still in teeth, mouth.

140. March 8, 2011, Wheeler was not taken to see Dr. Suesberry

140. Wheeler complained to L.P.T's in Ad-Seg., made written requests.

141. On March 9, 2011, Wheeler was taken to C.T.C. to see M.
Ancheta, D.D.S. (Dentist). Wheeler explained to Dr. Ancheta he
was suppose to go see Dr. Suesberry, March 8, 2011, have wires, and the
bars removed. The wires, bars were hurting, cutting into gums, caused
Wheeler's teeth to move, damage, trauma to front-lower, upper teeth.
He wanted wires removed ASAP, damaged teeth repaired. Dr. Ancheta
stated she would take care of everything. See Exhibit A, p.90 thru 96.
However, Dr. Ancheta, was fully informed on March 9, 2011, she wrote down
in her own words to do the O.S. to Dr. Suesberry, Dr. Ancheta Failed
with deliberate indifference to request treatment for Wheeler.
Wheeler, because of Dr. Ancheta's failure to request treatment, had to go
54 days past the removal date of March 8, 2011, 1296 hours with
the wires, bars in teeth, mouth, causing discomfort, cutting into gums,
trouble eating, pain and suffering because of Dr. Ancheta negligence
violating Wheeler's Eighth, Fourteenth Amendments. See Exhibit A, p.90 thru 116.

142. On March 11, 2011, at approximately 0930 hrs. Wheeler, in a wheelchair,
was seen in Ad-Seg. by T. Byers, PA, After submitting requests, 2-23-11, RN,
3-6-11, RN. T. Byers examined Wheeler's left knee, left thigh by having Wheeler
stand up. Byers stated the only way to tell the amount of swelling, laying down,
sitting would not indicate swelling. T. Byers was the one to state this. T. Byers
stated, most definitively Wheeler had something wrong with left knee.
T. Byers stated he was ordering a MRI, that a MRI should have been done
already. Byers prescribed medication to relieve swelling of left knee, thigh.
See Exhibit A, p.97 thru 100. The MRI was not done till May 3, 2011, Dr. Kokor
on May 5, 2011 Requested Wheeler to see specialist Dr. Smith. On
July 6, 2011, Wheeler was examined by Dr. Smith. See Exhibit A p.118
Wheeler is still experiencing pain in left / lateral distal Femur area

142. As I have indicated in my previous note. He has not yet achieved full Range of motion of the left knee. Range of motion of the knee is from about 10-30 degrees. He still has some quad weakness on the left side. see Exhibit A, p. 118

143. April 3, 2012, Wheeler was medically declared Permanently mobility Impaired, left knee, thigh injuries due to excessive Force. see Exhibit A, p. 136, paragraph 49

144. As of march 30, 2012, Wheeler is approved, currently awaiting surgery for his left hernia, below stomach line, due to left knee, thigh injuries. To date; causing Wheeler 7400 hours of severe pain; suffering and physical injury; emotional distress, scar. see Exhibit A, p. 1-137, on may 9, 2012, Wheeler had hernia surgery, in severe pain.

## V. EXHAUSTION OF LEGAL REMEDIES

145. Plaintiff Wheeler used the prisoner grievance procedure, 602 appeal Form Available at SATF S.P. CDCR, to try and solve the problem. The 602 appeal Form grievances were partially granted at First Level and denied at third level, and a 602 was fully granted at first level. 602 process is Flawed/delays

## VI. LEGAL CLAIMS

146. Plaintiff Realleges and incorporates by Reference paragraphs 1-146.

147. Defendant Aliceson was fully informed, had full awareness on the shortage of prison staff, lack of custody officers on SATF Facility G. Her negligence, deliberate indifference with Failure to hire, staff enough experienced staff to protect plaintiff Wheeler's safety, caused him severe harm, and injuries when plaintiff Wheeler was Attacked, battered by I/m Yepiz. Aliceson's Reckless, callous Actions violated Plaintiff Wheeler's Rights under the Eighth and Fourteenth Amendments to the U.S. Constitution and caused plaintiff Wheeler pain, suffering, physical injuries And emotional distress.

148. Defendant Aliceson' Actions showed a Reckless, callous, deliberate indifference to Plaintiff Wheeler, when Aliceson inadequately trained staff, prison employees in departmental, ethics professional procedures, policies of: (1.) inmates Rights to be treated Respectfully, impartially and fairly, and staff will not openly display

page 29

148. disrespect or contempt to inmates in any manner intended to incite, provoke, violence against inmates, staff, (2.) The contents of inmate files are private and privileged information. Staff will not discuss the inmate file(s) with any other person(s) except as is necessary for professional reasons. The inmate, his commitment offense, contents of File(s) will not be the subject of banter between employees, and the inmate to whom it pertains or with other inmates. Information in an inmate's central file may be confidential by law or for reasons relating to institution security and the safety of persons. Her negligence, deliberate indifference to train, insure compliance of these procedures, policies by prison employees caused plaintiff Wheeler to be discriminated against for conditions of confinement, hate crimes, severe harm, and injuries. Alicesons actions, lack of actions violated plaintiff Wheeler's Rights under the Eighth and Fourteenth Amendments to the U.S. Constitution and caused plaintiff Wheeler pain, suffering, physical injuries and emotional distress.

149. Defendant D. Duck used excessive force, guned brutality against plaintiff Wheeler by striking him three times on left knee, left thigh, once in back of head when Wheeler was not acting disruptively. Defendant Duck's action violated plaintiff Wheeler's Rights under the Eighth, Fourteenth Amendments to the U.S. Constitution, and caused plaintiff Wheeler pain, suffering, physical injuries and emotional distress.

150. Defendant A. Murrieta used excessive force against plaintiff Wheeler by excessively spraying him with pepper spraying while being bathed when Wheeler was not acting disruptively. Defendant Murrieta's action violated plaintiff Wheeler's Rights under the Eighth, Fourteenth Amendments to the U.S. Constitution, and caused plaintiff Wheeler pain, suffering, physical injuries and emotional distress.

151. Defendant R. Lowder used excessive force against plaintiff Wheeler when Wheeler was not acting disruptively. Defendant Lowder's action violated plaintiff Wheeler's Rights under the Eighth, Fourteenth Amendments to the U.S. Constitution, and caused plaintiff Wheeler pain, suffering, physical injuries and emotional distress.

page. 30

152. By witnessing Defendant Duck's illegal action, failing to correct that misconduct, and encouraging the continuation of the misconduct, Defendants Murrieta, Lowder is violating plaintiff Wheeler's Rights under the Eighth Amendment to the U.S. Constitution and causing plaintiff Wheeler pain, suffering, physical injury and emotional distress.

153. By witnessing Defendant Lowder's illegal action, failing to correct that misconduct, and encouraging the continuation of the misconduct, Defendants Mullis, Duck, Murrieta is violating plaintiff Wheeler's Rights under the Eighth Amendment to the U.S. Constitution and causing plaintiff Wheeler pain, suffering, physical injury and emotional distress.

154. By witnessing Defendant Murrieta's illegal action, failing to correct that misconduct, and encouraging the continuation of the misconduct, Defendants Duck, Lowder is violating plaintiff Wheeler's Rights under the Eighth Amendment to the U.S. Constitution and causing plaintiff Wheeler pain, suffering, physical injury and emotional distress.

155. Defendant M. Ross's callous, disregard and deliberate indifference to plaintiff Wheeler's serious medical needs violated plaintiff Wheeler's Rights under the Eighth, Fourteenth Amendments to the U.S. Constitution and causing plaintiff Wheeler pain, suffering, physical injury and emotional distress.

156. Defendant Byron Mui's callous disregard and deliberate indifference to plaintiff Wheeler's serious medical needs violated plaintiff Wheeler's Rights under the Eighth, Fourteenth Amendments to the U.S. Constitution and causing plaintiff Wheeler pain, suffering, physical injury and emotional distress.

157. Defendant Agnes Wu's, Mercy Hospital's callous disregard and deliberate indifference to plaintiff Wheeler's serious medical needs violated plaintiff Wheeler

page 31

.157. Wheeler's Rights under the Eighth And Fourteenth Amendments to the U.S. Constitution And causing plaintiff Wheeler pain, suffering, physical injury And emotional distress.

158. Defendant Jeffrey NewBarth's callous disregard and deliberate indifference to plaintiff Wheeler's serious medical needs violated plaintiff Wheeler's Rights under the Eighth and Fourteenth Amendments to the U.S. Constitution and causing plaintiff Wheeler pain, suffering, physical injury and emotional distress.

159. Defendant M. Ancheta's callous disregard And deliberate indifference to plaintiff Wheeler's serious medical needs violated plaintiff Wheeler's Rights under the Eighth and Fourteenth Amendments to the U.S. Constitution And causing plaintiff Wheeler pain, suffering, physical injury and emotional distress.

160. Defendants Loftis, Lowder and Murrieta' Fabrications, calumis statements, written Reports, documents, conspiracy to cover-up excessive force, gunned beatality battery on plaintiff Wheeler, their Reckless, callous disregard, deliberate indifference caused Wheeler "chilling effects" of severe harm, pain, endangered Wheeler's mental health, physical health, life, his unlawfully detainment, punishment in Administrative Segregation, a 6 month SHU term, COCR-115, Fabe documents in plaintiff Wheeler's Central File used to consider by prison staff at, in all proceedings associated with plaintiff Wheeler's imprisonment in CDCR, causing Wheeler embarrassment, humiliation, pain and suffering, emotional distress violating plaintiff Wheeler's Right under the Eighth and Fourteenth Amendments to the U.S. Constitution.

161. Plaintiff Wheeler has no plain, adequate or complete remedy at law to Redress the wrongs described herein. Plaintiff has been and will continue to be irreparably injured by the conduct of the defendants unless this court grants the declaratory and injunctive relief which plaintiff seeks.

## VII. PRAYER FOR RELIEF

WHEREFORE, plaintiff Respectfully prays that this court enter judgment:

162. Granting plaintiff Wheeler a declaration that the acts and omissions described herein violate his Rights under the Constitution and laws of the

162. United States, And

163. A preliminary And permanent injunction ordering defendants. to cease any and all physical violence, threats, provide adequate medical, mental, treatment towards plaintiff Wheeler, And

164. Granting plaintiff Wheeler compensatory damages in the Amount of $1.5 million, plaintiff seeks $3million punitive damages, against Defendant K. Alicsson.

165. Granting plaintiff Wheeler compensatory damages in the Amount of $3 million, plaintiff seeks $7million punitive damages, against Defendant D. Duck.

166. Granting plaintiff Wheeler compensatory damages in the Amount of $1 million, plaintiff seeks $3 million punitive damages, against Defendant A. Murrietta.

167. Granting plaintiff Wheeler compensatory damages in the Amount of $1million, plaintiff seeks $3 million punitive damages, against Defendant P. Loader.

168. Granting plaintiff Wheeler compensatory damages in the amount of $1 million, plaintiff seeks $3 million punitive damages, Against Defendant S. Loftis.

169. Granting plaintiff Wheeler $650,000.00 compensatory damages, plaintiff seeks $920,000.00 punitive damages, Against Defendant M. Ross.

170. Granting plaintiff Wheeler compensatory damages in the amount of $750,000.00, plaintiff seeks $1.2 million punitive damages, Against Defendant B. Mui.

171. Granting plaintiff Wheeler compensatory damages in the Amount of $600,000.00, plaintiff seeks $475,000.00 punitive damages, against Defendants A.Wu, Mercy hospital.

172. Granting plaintiff Wheeler compensatory damages in the Amount of $950,000.00, plaintiff seeks $1.7 million punitive damages, against Defendant J. NewBarth.

173. Granting plaintiff Wheeler compensatory damages in the Amount of $560,000.00, plaintiff seeks $775,000.00 punitive damages, against Defendant M. Ancheta.

174. Plaintiff Also seek A jury trial on all issues triable by jury,

175. Plaintiff Also seek recovery of their costs in this suit, And

176. Any And all additional relief this court deems just, proper and equitable.

p Age 33

177, in the interest of justice.

Dated: MAY 23, 2012.

Respectfully submitted

Eric Wheeler

ERic Wheeler

#E82064

P.O. Box 7100

CORCORAN, CA  93212

## VERIFICATION

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and, as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed at Corcoran, California, SATF S.P. on MAY 23, 2012.

Eric Wheeler

Eric Wheeler

ERic wheeler
_____
Plaintiff or Petitioner

V.                                                    Case Number:

K. Aliceson, Warden, SATF, D. Deck, R. Lowder
A. Murriela, S. Curtis, m. Ross, B. Mui, A. Wu, J. NewBreth,
m. Anchela, Mercy hospital-A. wu.
Defendant or Respondent                          **PROOF OF SERVICE**

_____/


I hereby certify that on _May_ _23_ _____ _2012_ , I served a copy of the

attached _____ U.S.C. 1983 Complaint with Exhibit A _____

by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said

envelope in the United States Mail at _SATF State Prison, 900 Quebec Ave. Corcoran. CA_

**(List Name and Address of Each
Defendant of Attorney served)**

    Clerk of the U.S. District Court
      For the Eastern District of California
      2500 Tulare street, Suite 1501
       Fresno, California 93721-2201


I declare under penalty of perjury that the foregoing is true and correct.

                                     Eric Wheeler
                                     **(Name of Person Completing Service)**

Plaintiff's Name ___Eric Wheeler___
Inmate No. __E82064__
Address __P.O. Box 7100__
___Corcoran, CA 93212- 7100__
___in Pro. Per___

ORiginAL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

___(Name of Plaintiff)___
Eric Wheeler, Plaintiff

vs.

K. Aliceson, Whrdson, SAtf S.P.
D. Duck; R. Lowder, A. Murrieta, J. Loftis,
m. Ross, B. mui, A. Wu, J. Neubarth,
mercy hospital/mercy ucheta   et. al

___(Case Number)___

COMPLAINT

Civil Rights Act, 42 U.S.C. § 1983
memoRANDum of ExHIBITS

___(Names of all Defendants)___

memorandum of EXHIBITS

EXHIBIT'**A**

NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 1/19/11 | 0905 | | Send to TTA for further eval |
| | | | X-ray right jaw and possible |
| | | | future placement |
| | | | |
| | | | VORB: Dr. Kokor/ R. martin |
| | | | |
| | | | [signature] 01/19/11 |

| ALLERGIES: | INSTITUTION | ROOM/WING |
|---|---|---|
| NKA | CSATF | G1-246 |

CDC NUMBER, NAME (LAST, FIRST, MI)

CDC # E-82064

Wheeler, Eric

DOB: 5-14-58

Confidential
client information
See W & I Code, Sections 4514 and
5328

**PHYSICIAN'S ORDERS**

CDC 7221 (2000)
STATE OF CALIFORNIA        OSP 05 93459        DEPARTMENT OF CORRECTIONS

G1 - page 1



1  Injuries on 1-19-11

2  C/o D. Duck, GI, SATF

3  Struck I/m wheeler, E82064

4  three (3) times From left back-
   side of wheeler, with his Baton

5  to left outside knee, left thigh
   outside of wheeler's left leg.

6

7  There was No Baton strikes to

8  wheeler's Right leg - No injuries.

9

10  Admitted 1-19-11, mercy hospital

11  left thigh, left knee injuries detailed, ...
    X-Rays taken. Unable to walk

12  surgery to wheeler's two jaw bone
    fractured; ...

13  Admitted 1-21-11, SATF CTC,

14  left thigh, left knee injuries, detailed

15  X-Rays taken. SATF Refused to treat injuries
    unable to walk, climb, kneel

16  from 1-19-11, till present,

17  Future unknown, in wheelchair.

18  1-19-11 CTC - 1015 A.M.
    medical Records, exam of wheeler's

19  injuries corroborates Wheeler's

20  statements. CTC medical - J Del
    Rosario said the same statement to

21  Wheeler on 1-19-11 At CTC.
    1-19-11- knee/thigh injuries caused hernia
    left lower stomach - 7/11.

22

23

24

25

26

27

28



# CRIME / INCIDENT REPORT
## PART B1 - INMATE
CDCR 837-B1 (REV. 10/06)

Page 5 of 8

| INSTITUTION | FACILITY | | INCIDENT LOG NUMBER |
|---|---|---|---|
| SATF | 0007 - FACILITY G | | SATF-0007-11-01-0021 |

### INMATE (ENTIRE SHEET)

| NAME: LAST | | FIRST | | MI | CDC # | SEX | ETHNICITY | FBI #: | | CII # |
|---|---|---|---|---|---|---|---|---|---|---|
| WHEELER | | E████ | | ▓ | E-82064 | M | WHI | ▓▓▓▓ | | ▓▓▓▓ |

| PARTICIPANT | CLASS SCORE | PVRTC | DATE RECD BY CDC | DATE RECD BY INST | ANTICIPATED RELEASE DATE | RELEASE Date Type | EXTRACTION | DOB | HOUSING |
|---|---|---|---|---|---|---|---|---|---|
| SUSPECT | ▓▓ | NO | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | EPRD | NO | ▓▓▓8 | ▓▓▓ |

| CURRENT INMATE LEVEL | ☑ N/A | ☐ CCCMS | ☐ EOP | ☐ DMH | COMMITMENT OFFENSE | COUNTY OF COMMITMENT |
|---|---|---|---|---|---|---|
| II | ☐ MHCB | ☐ DDP | ☐ DPP | | ▓▓▓▓ | |

☐ N/A  DESCRIPTION OF INJURIES, LOCATIONS AND CAUSE

Inmate Wheeler, noting the following injuries: Active bleeding to his facial area (Mouth), OC pepper spray exposure to left side on the back of head, reports notes a number 11 noting pain, abrasion/scratch to left knee and reports of pain. (Injury Locations: 1. HEAD Cause: INMATE - 2. LEFT KNEE - INMATE - )

| ☐ N/A | ☐ TREATED AND RELEASED | ☑ HOSPITALIZED | | NAME/ LOCATION OF HOSP/ TREATMENT FACILITY |
|---|---|---|---|---|
| ☐ DECEASED DATE | | ☐ REFUSED TREATMENT  ☐ N/A | | MERCY HOSPITAL |

| Reason For Death: | Is There ASCA Serious Injury  ☑ N/A  PRISON GANG / DISRUPTIVE GROUP    VALIDATED / ASSOCIATED |
|---|---|
| | ○ No   ◉ Yes |

| NAME: LAST | | FIRST | | MI | CDC # | SEX | ETHNICITY | FBI #: | | CII # |
|---|---|---|---|---|---|---|---|---|---|---|
| YEPIZ | | L████ | | NMI | K-36836 | M | HIS | ▓▓▓▓ | | ▓▓▓▓ |

| PARTICIPANT | CLASS SCORE | PVRTC | DATE RECD BY CDC | DATE RECD BY INST | ANTICIPATED RELEASE DATE | RELEASE Date Type | EXTRACTION | DOB | HOUSING |
|---|---|---|---|---|---|---|---|---|---|
| SUSPECT | 19 | NO | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | MEPD | NO | 11/18/1972 | FBG1-132L |

| CURRENT INMATE LEVEL | ☐ N/A | ☐ CCCMS | ☑ EOP | ☐ DMH | COMMITMENT OFFENSE | COUNTY OF COMMITMENT |
|---|---|---|---|---|---|---|
| II | ☐ MHCB | ☐ DDP | ☐ DPP | | ▓▓▓▓ | ▓▓▓▓ |

☑ N/A  DESCRIPTION OF INJURIES, LOCATIONS AND CAUSE

| ☑ N/A | ☐ TREATED AND RELEASED | ☐ HOSPITALIZED | | NAME/ LOCATION OF HOSP/ TREATMENT FACILITY |
|---|---|---|---|---|
| ☐ DECEASED DATE | | ☐ REFUSED TREATMENT  ☑ N/A | | |

| Reason For Death: | Is There ASCA Serious Injury  ☑ N/A  PRISON GANG / DISRUPTIVE GROUP    VALIDATED / ASSOCIATED |
|---|---|
| | ◉ No   ○ Yes |

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

CRIME / INCIDENT REPORT
PART C – STAFF REPORT
CDCR 837-C (REV. 07/05)

Page ___1___ of ___1___

| INCIDENT LOG NUMBER |
| --- |
| SATF-OOF-11-01-0021 |

| NAME: LAST | FIRST | MI | DATE OF INCIDENT | TIME OF INCIDENT |
| --- | --- | --- | --- | --- |
| ROBBINS | R | | 1-19-11 | 0717 |

| POST # | POSITION | YEARS OF SERVICE | | DATE OF REPORT | LOCATION OF INCIDENT |
| --- | --- | --- | --- | --- | --- |
| 275107 | G PEREZ | 21 YR. | 4 MO. | 1-19-11 | C-1 B-SECT |

| RDO'S | DUTY HOURS | DESCRIPTION OF CRIME / INCIDENT | CCR SECTION / RULE | ☐ N/A |
| --- | --- | --- | --- | --- |
| S/S | 0700-1500 | BATTERY on an Inmate Resulting in BBI. FIGHTING RESULTING IN USE OF FORCE TO | 3005 (c)(1) |

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER)  INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESSES) |
| --- | --- |
| ☐ PRIMARY | (S) YEPIZ K36836 |
| ☒ RESPONDER | |
| ☐ WITNESS | |
| ☐ VICTIM | |
| ☐ CAMERA | |

| FORCE USED BY YOU | WEAPONS AND SHOTS FIRED BY YOU | | | | CHEMICAL AGENTS USED BY YOU | |
| --- | --- | --- | --- | --- | --- | --- |
| | NO: | | NO: | TYPE: | | TYPE: |
| ☐ WEAPON: | | | | | | |
| ☐ PHYSICAL | ☐ MINI 14 | ☐ 37m | | | ☐ OC | |
| ☐ CHEMICAL | ☐ 9 MM | ☐ 40 MM | | | ☐ CN | |
| ☒ NONE | ☐ .38 CAL | ☐ L8 | | | ☐ CS | |
| FORCE OBSERVED | ☐ SHOTGUN | ☐ 40 MULTI | | | ☐ OTHER: | |
| BY YOU | | ☐ HFWRS | | | | |
| ☐ WEAPON | ☒ N/A | ☐ BATON | | | ☒ N/A | |

| ☐ PHYSICAL | EVIDENCE DESCRIPTION | | EVIDENCE DISPOSITION | | BIO HAZARD | PPE |
| --- | --- | --- | --- | --- | --- | --- |
| ☐ CHEMICAL | ☒ N/A | | ☒ N/A | | | |
| ☒ NONE | | | | | ☐ Yes | ☐ Yes |
| EVIDENCE COLLECTED BY YOU | | | | | ☒ No | ☒ No |

| ☐ Yes | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL / CLINIC) | FLUID EXPOSURE | | SCIF 3301/3067 COMPLETED |
| --- | --- | --- | --- | --- | --- |
| ☒ No | | | ☐ BODILY | ☒ N/A | ☐ Yes |
| REPORTING STAFF INJURED | | | ☐ UNKNOWN | | ☒ No |
| ☐ Yes | ☒ N/A | ☒ N/A | ☐ OTHER | | |
| ☒ No | | | | | |

NARRATIVE:

I, RL ROBBINS, C-YARD PEREZ OFFICER, ESCORTED VM YEPIZ K-36836 CI-132L, AT 1115 IN HAND CUFFS FROM THE C-MEDICAL HOLDING CELL #1 TO G-PROGRAM HOLDING CELL #2. THERE WAS NO INCIDENT DURING THE ESCORT, NOR DID YEPIZ HAVE ANY VISUAL MARKINGS OR INJURIES. BEFORE PLACING VM YEPIZ IN HOLDING CELL #2, I SEARCHED IT, NOTHING WAS FOUND.

page 4

☐ CHECK IF NARRATIVE IS CONTINUED ON PART C1

| SIGNATURE OF REPORTING STAFF | TITLE C/O | BADGE # 42354 | DATE 1-19-11 |
| --- | --- | --- | --- |
| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE) J. Johnson | DATE RECEIVED 1/20/11 | APPROVED ☒ YES ☐ NO  CLARIFICATION NEEDED ☐ YES ☒ NO | DATE 1/20/11 |

| NAME OF INSTITUTION CSATF | FACILITY/UNIT GI-B section | REASON FOR REPORT *(circle)* INJURY USE OF FORCE UNUSUAL OCCURRENCE | | ON THE JOB INJURY PRE AD/SEG ADMISSION | DATE 1-19-11 |
|---|---|---|---|---|---|
| THIS SECTION FOR INMATE ONLY | NAME LAST Yepiz | FIRST Loreto | CDC NUMBER K36836 | HOUSING LOC. GB11-132L | NEW HOUSING LOC. |
| THIS SECTION FOR STAFF ONLY | NAME LAST | FIRST | BADGE # | RANK/CLASS | ASSIGNMENT/RDOs |
| THIS SECTION FOR VISITOR ONLY | NAME LAST | FIRST | MIDDLE | DOB | OCCUPATION |
| | HOME ADDRESS | CITY | STATE | ZIP | HOME PHONE |

| PLACE OF OCCURRENCE GI-B dayroom | DATE/TIME OF OCCURRENCE 1-19-11 0730 | NAME OF WITNESS(ES) | | | |
|---|---|---|---|---|---|
| TIME NOTIFIED 0727 | TIME SEEN 0730 | ESCORTED BY C/O Hill | MODE OF ARRIVAL *(circle)* AMBULATORY LITTER WHEELCHAIR ON SITE | AGE 38 | RACE mex | SEX M |

BRIEF STATEMENT IN SUBJECT'S WORDS OF THE CIRCUMSTANCES OF THE INJURY OR UNUSUAL OCCURRENCE

" He came after me and I balled up."

| INJURIES FOUND? | YES / NO | |
|---|---|---|
| Abrasion/Scratch | N | 1 |
| Active Bleeding | N | 2 |
| Broken Bone | N | 3 |
| Bruise/Discolored Area | N | 4 |
| Burn | N | 5 |
| Dislocation | N | 6 |
| Dried Blood | N | 7 |
| Fresh Tattoo | N | 8 |
| Cut/Laceration/Slash | N | 9 |
| O.C. Spray Area | N | 10 |
| Pain | N | 11 |
| Protrusion | N | 12 |
| Puncture | N | 13 |
| Reddened Area | N | 14 |
| Skin Flap | N | 15 |
| Swollen Area | N | 16 |
| Other | | 17 |
| | | 18 |
| | | 19 |



| O.C. SPRAY EXPOSURE? | YES / NO |
|---|---|
| DECONTAMINATED? | YES / NO |
| Self-decontamination instructions given? | YES / NO |
| Refused decontamination? | YES / NO |
| Q 15 min. checks | |
| Staff issued exposure packet? | YES / NO |

| RN NOTIFIED/TIME 0800 | PHYSICIAN NOTIFIED/TIME |
|---|---|

| TIME/DISPOSITION 0730 G medical holding | REPORT COMPLETED BY/TITLE *(PRINT AND SIGN)* M.I. Ervin LPT / M Ervin LPT | BADGE # O | RDOs F/S |
|---|---|---|---|

*(Medical data is to be included in progress note or emergency care record filed in UHR)*

CDCR 7219 (Rev. 11/05) DISTRIBUTION: ORIGINAL - Custody   CANARY - Inmate/Employee   PINK - Health and Safety / RTW Coordinator (only work related injury)

page 5

STATE OF CALIFORNIA

MEDICAL REPORT OF INJURY
OR UNUSUAL OCCURRENCE

| NAME OF INSTITUTION | FACILITY/UNIT | REASON FOR REPORT (circle) | | ON THE JOB INJURY | DATE |
|---|---|---|---|---|---|
| SATF | G-1 | INJURY / USE OF FORCE / **UNUSUAL OCCURRENCE** | | PRE AD/SEG ADMISSION | 1-19-11 |

| THIS SECTION FOR INMATE ONLY | NAME LAST: Wheeler, | FIRST: Eric | CDC NUMBER: E87064 | HOUSING LOC.: G1-246L | NEW HOUSING LOC.: |
|---|---|---|---|---|---|
| THIS SECTION FOR STAFF ONLY | NAME LAST: N/A | FIRST: N/A | BADGE #: N/A | RANK/CLASS: | ASSIGNMENT/RDOs: |
| THIS SECTION FOR VISITOR ONLY | NAME LAST: N/A | FIRST: N/A | MIDDLE: | DOB: | OCCUPATION: |
| | HOME ADDRESS: N/A | CITY: | STATE: | ZIP: | HOME PHONE: |

| PLACE OF OCCURRENCE | DATE/TIME OF OCCURRENCE | NAME OF WITNESS(ES) |
|---|---|---|
| G1-B Cluster Day Room | 1-19-11 @ 0720 | C/O Duck |

| TIME NOTIFIED | TIME SEEN | ESCORTED BY | MODE OF ARRIVAL (circle) | AGE | RACE | SEX |
|---|---|---|---|---|---|---|
| 0720 | 0725 | Custody | **AMBULATORY** / LITTER / WHEELCHAIR / ON SITE | 53 | W | M |

BRIEF STATEMENT IN SUBJECT'S WORDS OF THE CIRCUMSTANCES OF THE INJURY OR UNUSUAL OCCURRENCE

"I have severe pain in my mouth, knee, + head."

| INJURIES FOUND? | **YES** / NO |
|---|---|
| Abrasion/Scratch | 1 |
| Active Bleeding | 2 |
| Broken Bone | 3 |
| Bruise/Discolored Area | 4 |
| Burn | 5 |
| Dislocation | 6 |
| Dried Blood | 7 |
| Fresh Tattoo | 8 |
| Cut/Laceration/Slash | 9 |
| O.C. Spray Area | 10 |
| Pain | 11 |
| Protrusion | 12 |
| Puncture | 13 |
| Reddened Area | 14 |
| Skin Flap | 15 |
| Swollen Area | 16 |
| Other | 17 |
| | 18 |
| | 19 |
| O.C. SPRAY EXPOSURE? | **YES** / NO |
| DECONTAMINATED? | **YES** / NO |
| Self-decontamination instructions given? | **YES** / NO |
| Refused decontamination? | YES / **NO** |
| Q 15 min. checks | |
| Staff issued exposure packet? | YES / **NO** |



| RN NOTIFIED/TIME | PHYSICIAN NOTIFIED/TIME |
|---|---|
| Eric 0725 0800 | |

TIME/DISPOSITION

REPORT COMPLETED BY/TITLE (PRINT AND SIGN)

J. Montoya, CPT / [signature] CPT

| BADGE # | RDOs |
|---|---|
| 211608 | SAT Sun |

(Medical data is to be included in progress note or emergency care record filed in UHR)

CDCR 7219 (Rev. 11/05)   DISTRIBUTION:   ORIGINAL - Custody   CANARY - Inmate/Employee   PINK - Health and Safety / RTW Coordinator (only work related injury)

page 6

California Department of Corrections
Health Care Services Division

Inst: _CSATF_

**Encounter Form: Musculoskeletal Complaint** ~~(Non-Traumatic)~~
Trauma tic

Name: _Winston   Eric_   CDC# _E82060_   DOB: _5/16/53_   Date/Time _01/19/11   0952_

Fill in the blanks and check all that apply

## SUBJECTIVE:
Chief Complaint: _'facial Trauma'_
Date and time of onset: _01/19/11   0750 am_
Pain: Scale of 0-10 (0=no pain 10=worst pain): _9/10_
Area of pain: _jaw, (L) thigh, knee_
Quality of pain: _sharp_
What makes it better? _later_
History of prior pain / duration: _incurred in an_
_altercation. Got punch on the jaw, hit by baton_
☐ Low back pain   ☐ Flank pain                          _on th._
Urinary symptoms: ☐ Urinary frequency     ☐ Dysuria
    ☐ Burning on urination    ☐ Hematuria
☐ Muscle spasms   ☐ Numbness   ☐ Tingling
Other: _No LOC_
History of chronic illness: ☐ Arthritis  ☐ Cancer
☑ Diabetes  ☐ Blood dyscrasias  ☐ Renal Disease
Other: _HSP. HTN_
History of: ☐ Fever  ☐ Chills  ☐ Headache
    ☐ Nausea /Vomiting  ☐ Diarrhea  ☐ Fatigue
    ☐ Recent Trauma
Other: _Got punched on Rt jaw / mouth (L) side_
Allergies: _PCN._
Current medications: _ASA 81mg; Tylenol 325_
_2 tabs tid_

## OBJECTIVE:
    ☐ Awake, alert, oriented to person, place, time
Vital signs: BP: _128/64_ Pulse: _96_ Resp: _18_
    Temp: _97.4_ ☐ Urine dipstick   _wt 150lb_
Urinalysis: _neg._
Assess areas involved:
Extremity: ☐ Upper ☑ Lower ☐ Right ☑ Left _(L) thigh_
    Describe: Color: _redness / swelling (L) leg_   _(L) thigh, dist.)_
    ☐ Warmth  ☑ Tenderness  ☑ Swelling:
    ☐ Deformity  ☐ Circulation  ☐ Sensation
    ☐ ROM  Describe: _laceration on (L) lower gum_
_unable to fully open mouth due to pain   swelling (L) thigh_
Muscle: ☐ Atrophy ☐ Hypertrophy ☑ Weakness _(L) tht redness_
    ☐ Tremors _pain in (L) occiput   in (L) knee._
Gait / Stance (describe): _slow due to   soreness._

## ASSESSMENT:
☐ Impaired physical mobility related to: _____
☑ Pain related to / evidenced: _9/10   (L) jaw, (L) knee / dist. (L)_

## PLAN:
MD referral completed: (circle)   NO / YES  If yes:
    ☐ STAT ( Positive urine dipstick and patient has signs
    and symptoms consistent with a UTI; alterations in

---

circulation or sensation, new deformity or discoloration,
or patient appears ill or has history of fever, chills,
headache, nausea, vomiting, or diarrhea; severe muscle
cramps; muscle weakness with or without fever; warm or
acutely swollen, joints)
☐ Urgent            ☐ Routine
Physician notified (name / time) _Pa-Ros_
Physician Responded (time) _a pm   10:15pm_

## MUSCLE CRAMPS / EXTREMITY PAIN
    ☐ ASA 325 mg, 2 tabs, PO QID PRN pain x 7 days
    ☐ Tylenol 325 mg 2 tabs, PO QID PRN pain x 7 days
    ☐ Ibuprofen 400 to 600 mg PO TID PRN pain x 7 days
    ☐ Naprosyn 220 mg 2 tabs. PO BID PRN X 7 days
    ☐ Activity as tolerated.

## JOINT PAIN / LOW BACK PAIN
    ☐ Apply (circle one) ice or heat as appropriate.
    ☐ ASA 325 mg, 2 tabs, PO QID PRN pain x 10 days
    ☐ Tylenol 325 mg 2 tabs, PO QID PRN pain x 10 days
    ☐ Ibuprofen 400 to 600 mg PO TID PRN pain x 10
    days
    ☐ Naprosyn 220 mg 2 tabs. PO BID PRN X 10 days
    ☐ Activity as tolerated.
    ☐ Treatment given per RN Protocol:

## EDUCATION:
Patient instructed in:    ☐ Use of medications
☐ Level of activity
☐ Patient Health Care Education Forms given to patient:
    (specify) _____
☐ Resubmit a Health Care Service Request Form (CDC
    7362) if increased swelling or pain; decreased ROM
    or CSM; or _____
☐ Patient verbalized understanding of instructions
☐ Education deferred due to patient condition.

## DISPOSITION:
Time released _10 am pm_
☐ Condition on release: _stable_
☐ Returned to housing unit
☐ Housing reassignment to: _o_
☐ Referred for follow-up
    ☐ Physician clinic  ☐ RN clinic
☐ Referred to higher level of care: (specify) _____
    _MD re her tpas._
Person/time contacted: _____
Time/Mode of transfer: _____
ERV contacted (time) _____
ERV arrived (time) _____

_M / MD, RN._
Signature / Title

ENCOUNTER FORM: MUSCULOSKELETAL
COMPLAINTS (NON-TRAUMATIC.
CDC XXXX

3/04

California Department of Corrections — Health Care Services Division

Inst: ________ Hsg: ________ **Encounter Form: Musculoskeletal Complaint (Non-Traumatic)** Ht. 5'11 Wt. ______

Name: Wheeler, Eric CDC#: E82064 DOB: 5/14/58 Date: 01/19/11 Time: 0952

Fill in the blanks and check all that apply.

**DISPOSITION:**

Time released: 1325 / 1310 (struck)
❑ Condition on release: 1 / 18 (struck)
❑ Returned to housing unit
❑ Housing reassignment to: ______
❑ Referred for follow-up
  ❑ Physician clinic ❑ RN clinic
❑ Referred to higher level of care: (specify) Mercy Hospital via ... – Approved transfer
Person/time contacted: Dr. Mui c [illegible] 10:55
Time/Mode of transfer: State vehicle [illegible]
ERV contacted (time) ______
ERV arrived (time) ______

> I/m sent to TTA by Raf Martinez via custody. Cart. I/m present w/ trauma to face — got punched 2x. One at Rt jaw & one (L) side of his mouth — lower gum appeared w/ laceration. States got hit w/ a baton on (L) knee — appeared w/ abrasion + (L) thigh. At knee. (R) occiput was hit w/ baton per I/m.
I/m states pain allover, feels sore, denies any pain in his (R) leg. Good hand grip. PERL to pupils bil.
> Neck collar was applied by me due to I/m claims (R) occipital pain + some pain in his neck.
> Dr. Rose c TTA examined I/m
> Dr. le (GDOS) consulted — advised to do panorex X-ray.
1010 I/m to CTC Dental for x-ray
1030 X-ray result — pt showed positive lower mandible fx.
+ (L) mandible jaw fx.
1100 > Dr. Mui accepted I/m to Mercy Hospital ER.
> Still in pain — Dr. Rose approved pain reliever Ordered at this time.
> I/m appears stable — speaking full sentences. Complaining of pain on his (L) chin, ant. thigh, (L) knee, (R) jaw.

1110 I/m awaiting transport at this time.
1115 Toradol Dr. [illegible] 0.5ml IM to (R) deltoid (Lot # C3539 Ap)
1130 VS. 141/71 HR 16, RR 72.
1145 I/m maintained to NPO at this time. No pain meds at this time. No resp. distress, speaking in full sentences.
1200 Still awaiting for trans car.
v/s. 132/87 Sat 97% RR 18. T. 98.2
1215 159/83, Sat 97% RR 18.
1240 Trans c TTA — I/m dressing up.
1250 I/m feels sore. Not in resp. distress, pain — swelling to (L) jaw. No progression.
1255 Out of TTA via state vehicle. ambulatory.
v/s. 185/85, Sat 98 RR 18.
Stable condition.

TTA RN.
Signature / Title

| DATE | TIME | |
|---|---|---|
| 1/5/11 | 1020 | 5:52y. Cause 5° ī c/o being assaulted in yard, punched in face x 2 (jaw), then struck ē heater and sprayed ē OC @ 0730 today. c/o jaw to jaw, back of head, to front of ⑀ thigh and knee. |
| 4 H: HTN chdstral | | Denies LOC, dizziness, visual D, N/V |
| | | VS: BP 128/64, P 98, R18, T97.4°, O₂ sat 100% RA |
| | | D: A&O, A&Ox3. Answers questions appropriately. Skin: Has ecchymosis, mild edema to anterior |
| Meds: see recor | | aspect of ⑀ thigh @ midpoint |
| | | HEENT: Mildly tender to palpation to occiput. No edema, abrasion noted. Tender to palpation to ⑀ mandibular angle and to point of jaw. Ear: Also, has laceration/disruption of gingiva just posterior to ⑀ lower incisor. Consulted ē dentist, D. La, who ordered panorex after exam, revealing Fx to ⑀ mandibular angle as well as ⑀ lateral to point of jaw ē mild displacement. Neck: supple ē mild tenderness posteriorly. |
| | | A: S/P assault |
| | | Fx mandible |
| | | P: Idem Transport to Mercy ER via state vehicle ē Code II under care of D. Mu. |

Michael A. Ross, PA-C
~~PA 14386~~

| INSTITUTION | HOUSING UNIT. | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| | | Wheeler, Eric |
| | | E82064 |
| | | 5/14/58 |
| | | Allergy: PCN |

**INTERDISCIPLINARY PROGRESS NOTES**

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA    DEPARTMENT OF CORRECTIONS

| RESTORATIONS AND TREATMENTS (Completed during incarceration) | SUBSEQUENT DISEASES AND ABNORMALITIES |
|---|---|



| REMARKS | REMARKS |
|---|---|
| BP_____ P_____ T_____ WT_____  Pt rinsed with peridex for _____ SEC | |

Prior to each treatment, the Dentist *must* review the inmate-patient's health history, note changes or specify no change, and use S.O.A.P.E. format when applicable.

| DATE OF ACTION (month/day/year) | TOOTH NUMBER | PROGRESS NOTES (include signature at the end of each data entry) | PRIORITY AFTER VISIT | PRISON LOCATION (ACRONYM) |
|---|---|---|---|---|

THE DISABILITY EFFECTIVE COMMUNICATION(DEC) SYSTEM, UHR OR APPROPRIATE LISTS WERE REVIEWED FOR EFFECTIVE COMM NEEDS:
"S" was Identified with:

STABLE 4.0 or lower
Hearing
Vision
Speech
Learning Disability
Developmental Dis
Mobility Impairment

Assistance provided to ensure effective communication:
☐Use of Text Magnifier  ☐Sign Language Interpreter
☒Read Documents to "S"  ☐Written Notes(see attached)
☐Lip Reading  ☒Simple, Slow, Clear English
☐Foreign Lang Interptr  "S" was wearing hearing aid(s)
☐"S" stated he did not need any assistance for effective communication
☐Other_____

Method used to determine communication was effective:
☒"S" restated, what was explained to him
☒"S" provided appropriate response to questions
☒"S" asked appropriate questions regarding the information
Date_____

DATE:

| 1 / 19 / 11 | | S: Emergency visit from Tsage and Treatment | | CSATF |
|---|---|---|---|---|
| 10:45 | | Area : Mr. Ross, PA. informed DR. Le (dentist) | | |
| | | of that pt was involved in an altercation | | |
| | | and got punched in the face | | |
| | | O: HQR, Med profile reviewed, I.D.confirmed | | 1A |
| | | pt has facial trauma, limited mouth open | | |
| | | loose tooth/teeth. (premolar area.) | | |
| | | A. (L)Mandibular body fracture | | |
| | | P. Pano taken. Informed TTA nusse. | | : Le DDS |

DRUG ALLERGIES?
☐ NO   ☒ YES  pen

DENTAL PROGRESS NOTES

CDCR NUMBER, NAME (LAST, FIRST, MI), AND DATE OF BIRTH

Wheeler, Eric
5/14/1958
E 82064

Prior to each treatment, the Dentist must review the inmate-patient's health history, note changes or specify no change, and use S.O.A.P.E. format when applicable.

| DATE OF ACTION (month/day/year) | | TOOTH NUMBER | PROGRESS NOTES (include signature at the end of each data entry) | PRIORITY AFTER VISIT | PRISON LOCATION (ACRONYM) |
|---|---|---|---|---|---|
| 1 | 19 | 11. | P: (con'd note) DelRosario pt needs to be sent out to the hospital. O.S ASAP. NV: follow up after O.S visit. | 1A - | CSATF. |
| | | | | ... Lo, DDS | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

DRUG ALLERGIES?

☐ NO    ☑ YES  pen

**SUPPLEMENT TO DENTAL PROGRESS NOTES**

NAME (LAST, FIRST, MI), CDCR NUMBER, AND DATE OF BIRTH

Wheeler, Eric
5/15/1958
E 8206 L,



STATE OF CALIFORNIA
**SUPPLEMENTAL TO DENTAL PROGRESS NOTES**
CDCR 237-C-1 (Rev. 04/06)

MENT OF CORRECTIONS AND REHABILITATION

*Page 2 of 2*

## INSTRUCTIONS – SUPPLEMENTAL TO DENTAL PROGRESS NOTES

This form shall be completed by a licensed CDCR dentist.

Progress Notes:

1. Date of Action: **Using *black ink*, enter the full date (month,day,year).**

2. **Tooth Number:** Using *black ink*, enter the appropriate tooth number, (Universal System #1-32). . If more than one tooth is involved, proceed down the column until all teeth involved have been recorded. If no tooth is involved, leave the tooth number column blank.

3. **Progress Notes:** When applicable, using *black ink*, enter and complete in SOAPE format as follows:

   *Subjective:* entry is the inmate-patient's perception of the problem, using his/her own words to describe the *chief complaint.* It is non-observable/non-measurable.

   *Objective:* entry is the clinician's clinical observations or facts based on examination, radiographs, and health history.

   *Assessment:* entry is the clinician's initial impression or appraisal of the condition or problem. This is the diagnosis.

   *Plan:* entry is the proposed care or treatment required to resolve the initial complaint.

   *Education:* entry is oral hygiene instructions (OHI) or other dental education.

   - Using *black ink*, record the following: the service or treatment provided, quadrants involved, type and amount of local anesthetic used (note if no anesthetic was indicated or used), dental materials used (include brand, size, shade), any medications prescribed or given (include dosage, amount, directions, and refills).

   - Using *black ink*, document post-operative instructions given, and specify if instructions were given orally, in writing, or both.

   - Using *black ink*, print or stamp the dentist's name on the next available line after the last recorded entry. The dentist enters his or her signature beside or beneath his or her printed or stamped name. A black rubber stamp may be substituted for the dentist's printed name, but the dentist's signature must be original.

4. **Priority After Visit:** Record Dental Priority Classification After Dental Appointment in *black ink*.

5. **Prison Location:** Using upper case letters, print the prison's official acronym in *black ink*.

Drug Allergies: Using *black ink*, place an "X" or "✓" to indicate if the inmate-patient has drug allergies.

Addressograph: (if unavailable or inoperable, enter, in *black ink*, the inmate-patients following information):

CDCR NUMBER

LAST NAME, FIRST NAME

DATE OF BIRTH (MM/DD/YY)

MERCY HOSPITAL BAKERSFIELD
2215 TRUXTUN AVENUE
BAKERSFIELD, CA 93301

ACCT# J21688478  ADM IN  SV/LOC: MED  FC: IN   SVC DATE/TIME: 01/19/11 1735  MR# J764640

---

**PATIENT:**
WHEELER, ERIC E82064 OPTOUT
PO BOX 1888
BAKERSFIELD     CA  93303

TELEPHONE: 661-999-0009
BIRTHDATE: 05 14/66
SOC SEC #: 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

AGE: 52        H/S : 3        RACE: C
SEX: M         REL.: N
OTH NAME: WHEELER, ERIC OPT E82064

---

**GUARANTOR:**
WHEELER, ERIC E82064 OPTOUT
PO BOX 1888
BAKERSFIELD     CA  93303
661-999-0000   RELATIONSHIP: SELF
SS #: 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

**EMPLOYER:**
CA SUBSTANCE ABUSE TX FACILITY
P.O. BOX 5240
CORCORAN        CA  93212
559-992-7084
OCCUPATION: INMATE

DD:            DT:
ROOM: J ER0F-02  LOC: J ER0F
ACCOM: MED
ADMIT SOURCE: JAIL

---

**INSURANCE 1:** SAFTHRGN
RAD SUB ABUSE CGA 03066
PO BOX 5240
CORCORAN     . CA  93212
WHEELER, ERIC E82064 OPTOUT
E82064         V:559-992-7084  FAX:
POL: E82064
MEM:
ATH:           Eff Date: 01/19/11

**NEXT OF KIN:**
WHEELER, ERIC E82064 OPTOUT
PO BOX 1888
BAKERSFIELD     CA 93303

PERSON TO NOTIFY
WHEELER, ERIC E82064
PO BOX 1888
BAKERSFIELD     CA 93303

HOME PHONE: 661-000-0000
WORK PHONE:
RELATION: SELF

HOME PHONE: 661-000-0000
WORK PHONE: 661-000-0001
RELATION: UNKNOWN

---

**INSURANCE 2:**

V:
POL:
MEM:
ATH:

PREV ADM: YE

PREV ER: YES / NO
[ ] OMV [ ] SHER
[ ] CHP [ ] H. DEPT
B/BY: LAW OFFICER
ER CATEGORY:
CLERK: NO LJ4

LANGUAGE: ENGLISH
INTERPRETOR SERVICE:

TDD FOR HEARING IMPAIRED?
BLIND/SIGHT IMPAIRED?
ADVANCE DIRECTIVE?           N
REQUEST MORE INFO?           Y
SMOKING CESSATION EDUCATION
GIVEN TO PATIENT?            Y

---

**INSURANCE 3:**

V:
POL:
MEM:
ATH:

PHYSICIAN/MEDICAL INFORMATION
ADMIT MD: MUI, BYRON          PHONE: 329-0800
         2222 19TH STREET     BAKERSFIELD    CA
PRIM MD: CENTENNIAL MEDICAL GRP DOCTOR  PHONE: 324-3999
         1601 16TH STREET, STE A  BAKERSFIEL     CA
ATTEND MD: MUI, BYRON         PHONE: 32 - 800
         2222 19TH STREET     BAKERSFIELD    CA
ER MD: BRADBURN, CHRISTOPHER
FACILITY TRANSFERRED FROM:
SCHED PROC:          DATE:         EXP LOS:
ADMIT PRIORITY: EMERGENCY-UNSCH GEMCARE TH:

---

ACCIDENT DATE/TIME/LOCATION: 01/19/11
PROV DIAG COMPLAINT: LEFT MANDIBLE FX

COMMENT: COATS OBTAINED 01/19/11

---

**DISPOSITION**

[ ] ALIVE       [ ] SNF
[ ] OTHER ACUTE HOSPITAL
[ ] EXPIRED     [ ] AUTOPSY YES/NO
[ ] + 48 HRS    [ ] - 48 HRS

---

INFACE                    (FRC03/26/96)         IN/SDC/OBS PATIENT REGISTRATION SHEET.

page 12

WHEELER, ERIC E82064 UPTOUT    Unit #: J764640         DOB: 05/14/1958 Age/Sex: 52/M
*CDC* ER-ADMISSION from 01/19/11
Report generated at 01/21/11 09:09                                   Requested by: NEUBARTH,JEFFREY

                                        CHW CENTRAL CALIFORNIA
J764640        J21688478                 MERCY HOSPITAL BAKERSFIELD
WHEELER, ERIC E82064 OPTOUT             2215 Truxtun Avenue
J.5W        J.501-02                    Bakersfield, California 93301
BRADBURN, CHRISTOPHER

Pol #: E82064
DOB: 05/14/58
Admit Date: 01/19/11

                        INMATE EMERGENCY ROOM REPORT

DATE OF ADMIT:   01/19/2011

CHIEF COMPLAINT:   Assault.

HISTORY OF PRESENT ILLNESS:   A 52-year-old male who was assaulted at the
prison facility where he is currently housed.  The patient was hit from
behind.  He admits to 9/10 pain, sudden onset to his left jaw.  The
patient chased the assailant and was subsequently clubbed with a baton
to the left knee and the back of the head.  He is complaining of 9/10
pain to his left knee.  The patient has no fever or chills.  He admits
that this teeth are not lining up correctly.  He denies any visual
changes or visual acuity loss.  Symptoms were sudden onset earlier
today.

PAST MEDICAL HISTORY:   Hypertension.

MEDICATIONS:   Please see MAR.

ROS AND PAST HISTORY:   I personally reviewed the admission database and
nurses notes, and confirmed and supplemented the data while obtaining
the patient's history.  All other systems reviewed and are negative.

PHYSICAL EXAMINATION:   VITAL SIGNS:  Temperature 98.9, pulse 108,
respirations 20, blood pressure 155/89.  GENERAL:  A 52-year-old male in
no distress.  EYES:  The pupils are symmetrical and reactive to light.
The conjunctivae and lids appear grossly normal.  ENT:  The patient has
obvious mandibular fracture with malocclusion of his teeth as well as
defect in his gingival mucosa at the left premolar.  TMs are clear.
NECK:  The neck is supple and the trachea is midline.  RESPIRATORY:
Equal chest wall excursion.  There are no intercostal retractions or the
use of accessory muscles with respirations.  Breath sounds are clear and
symmetrical.  There are no wheezes, rales or rhonchi.  CARDIOVASCULAR:
The chest wall is normal in appearance.  The heart has a regular rate
and rhythm.  GASTROINTESTINAL:  The abdomen is soft and nondistended.
There is no tenderness to palpation, rebound or guarding.  SKIN:  There
is no significant rash or ulceration.  NEUROLOGIC:  Grossly
normal/baseline.  HEME/LYMPH:  No petechiae.  MUSCULOSKELETAL:  Strength
and tone are grossly normal to the upper and lower extremities.  Note
that the patient's left knee has a baton strike with mild swelling to
the area.  No ligamentous laxity is noted.  PSYCHIATRIC:  Normal affect.

LABORATORY STUDIES:   WBC is 16, hemoglobin 15, hematocrit 45.
Electrolytes are unremarkable and coagulation profile is normal.  CT
scan of the head is normal.  CT scan of the face shows mandibular
fracture.  X-rays of the knee pending at the time of admission.  The
patient has received Dilaudid and Zofran and Unasyn for empiric
antibiotic coverage.  Dr. Mui has been contacted for admission to the

WHEELER, ERIC E82064 OPTOUT   Unit #: J764640          DOB: 05/14/1958 . Age/Sex: 52/M
*CDC* ER-ADMISSION from 01/19/11
Report generated at 01/21/11 09:09                                    Requested by: NEUBARTH, JEFFREY

hospital.  Dr. Mui will secure ENT consultation.

IMPRESSION:


J764640        J21688478              WHEELER, ERIC E82064 OPTOUT

01/19/11
1. Assault.
2. Mandibular fracture - open.

DISPOSITION:  Admit for further treatment and workup.


JOB#438768
DATE DICT: 01/19/2011 14:37
DATE TRANS: 01/19/2011 14:59
CB:MEDQ/450620310
<<SIGNATURE ON FILE>>

                                    CHRISTOPHER BRADBURN, M.D.
                                    DATE/TIME SIGNED: 01/21/11    0743

R#:0119-0250

```
                                  Name: WHEELER,ERIC E82064 OPTOUT
                                  Phys: BRADBURN,CHRISTOPHER
    CHW CENTRAL CALIFORNIA        DOB: 05/14/1958 Age: 52      Sex: M
    MERCY HOSPITAL                Acct: J21688478    Loc: J.501 02
    IMAGING SERVICES              Exam Date: 01/19/2011 Status: ADM IN
    2215 TRUXTUN AVENUE           Radiology No:
    BAKERSFIELD, CA 93301         Unit No: J764640
    661 632-5000
```

```
EXAM#    TYPE/EXAM                     RESULT
002807043 XR/XR KNEE LEFT 3 VIEWS
```

Lateral view demonstrates a prominent effusion. There is a
nondisplaced fracture involving the medial femoral condyle. Joint
  ices preserved. Alignment is overall satisfactory including the
patella. Further evaluation with MRI would be of use.

Impression: Nondisplaced fracture of the distal femur.

  dication: Pain

```
            ** REPORT SIGNATURE ON FILE ai/ne/Font **
            Reported By: FONTAINE, ARTHUR
            Signed By: FONTAINE, ARTHUR
            Transcriptionist:  Powerscribe


            --------------------------------
            Reported By: FONTAINE, ARTHUR
```

CC: BRADBURN,CHRISTOPHER

```
Exam Completed DATE/Time: 01/19/2011 (1520)
Transcribed Date/Time: 01/19/2011(1716)
Transcriptionist: IS.IATRICS
Printed Date/Time: 01/21/2011 (0933)
```

PAGE 1            Signed Report Printed From PCI

Name: WHEELER,ERIC E82u64 OPTOUT
Phys: BRADBURN,CHRISTOPHER

CHW CENTRAL CALIFORNIA        DOB: 05/14/1958 Age: 52      Sex: M
MERCY HOSPITAL                Acct: J21688478    Loc: J.501 02
IMAGING SERVICES              Exam Date: 01/19/2011 Status: ADM IN
2215 TRUXTUN AVENUE           Radiology No:
BAKERSFIELD, CA 93301         Unit No: J764640
661 632-5000

EXAM#     TYPE/EXAM                    RESULT
002807025 CT/CT MAXILLOFACIAL WO CON

TECHNIQUE: 3MM AXIAL MULTIPLANAR WITH SAGITTAL AND CORONAL
CONSTRUCTION, IMAGES WERE SAVED RECORDED AND ARCHIVED.

FINDINGS: There are 3 fractures of the mandible as follows, namely
left mandibular body with near-anatomic alignment. There is a
fracture involving the right ascending ramus which is comminuted but
ndisplaced.There is a third fracture just below the left condylar
neck. This is in anatomic alignment as well. Orbital structures
including globes and retrobulbar components are within normal limits.
There is extensive soft tissue swelling over the left aspect of the
face. There is subcutaneous emphysema noted. No fluid collection is
seen to suggest hematoma. There are nonspecific lymph nodes of the
internal jugular chains.

Impression: Fractures of the mandibular ring as described.

Indication: Pain


            ** REPORT SIGNATURE ON FILE ai/ne/Font **
            Reported By: FONTAINE, ARTHUR
            Signed By: FONTAINE, ARTHUR
            Transcriptionist: Powerscribe


                   --------------------------------
                   Reported By: FONTAINE, ARTHUR


    CC: BRADBURN,CHRISTOPHER


    Exam Completed DATE/Time: 01/19/2011 (1507)
    Transcribed Date/Time: 01/19/2011(1612)
    Transcriptionist: IS.IATRICS
    Printed Date/Time: 01/21/2011 (0933)

    PAGE 1              Signed Report Printed From PCI

Name: WHEELER,ERIC E82064 OPTOUT
Phys: BRADBURN,CHRISTOPHER
CHW CENTRAL CALIFORNIA      DOB: 05/14/1958 Age: 52      Sex: M
MERCY HOSPITAL              Acct: J21688478    Loc: J.501 02
IMAGING SERVICES            Exam Date: 01/19/2011 Status: ADM IN
2215 TRUXTUN AVENUE         Radiology No:
BAKERSFIELD, CA 93301       Unit No: J764640
661 632-5000


EXAM#    TYPE/EXAM                     RESULT
002807024 CT/CT HEAD WO CON

Technique: 3 mm multiplanar, no intravenous contrast.

 idings: There is no evidence of hemorrhage, shift, mass effect or
 extra-axial collection. Bony calvaria and skull base are normal.

Impression: No acute findings.

 lications: Headache.


        ** REPORT SIGNATURE ON FILE ai/ne/Font **
        Reported By: FONTAINE, ARTHUR
        Signed By: FONTAINE, ARTHUR
        Transcriptionist: Powerscribe


            -------------------------------
            Reported By: FONTAINE, ARTHUR


CC: BRADBURN,CHRISTOPHER


Exam Completed DATE/Time: 01/19/2011 (1507)
Transcribed Date/Time: 01/19/2011(1554)
Transcriptionist: IS.IATRICS
Printed Date/Time: 01/21/2011 (0933)

PAGE 1              Signed Report Printed From PCI

```
J764640        J21688478
WHEELER,ERIC E82064 OPTOUT
J.EROF        J.EROF-02
MUI,BYRON
```

```
CHW CENTRAL CALIFORNIA
MERCY HOSPITAL BAKERSFIELD
2215 Truxtun Avenue
Bakersfield, California 93301
```

```
Pol #: E82064
DOB:  05/14/58
Admit Date: 01/19/11
```

**INMATE HISTORY & PHYSICAL**

DATE OF ADMISSION:  01/19/2011

REASON FOR ADMISSION:  Left mandibular fracture.

HISTORY OF PRESENT ILLNESS:  The patient is a 52-year-old white male inmate with a history of hypertension and altercation this morning.  No loss of consciousness.  The patient is complaining of left jaw pain and x-ray at the prison facility showed a left mandibular body fracture.  He was subsequently transferred to Mercy Hospital and admitted for further evaluation.

The patient denied having any loss of consciousness.

PAST MEDICAL HISTORY:  Remarkable for a history of hypertension.

CURRENT MEDICATIONS:  Include hydrochlorothiazide 25 mg p.o. daily, aspirin 81 mg p.o. daily, calcium 1 tablet p.o. daily, Naprosyn 500 mg p.o. b.i.d. and niacin 500 mg daily.

ALLERGIES:  PENICILLIN WITH HIVES.

SOCIAL HISTORY/REVIEW OF SYSTEMS:  Noncontributory except for those mentioned in history of present illness.

PHYSICAL EXAMINATION: VITAL SIGNS:  Temperature 98, pulse is 80, respiratory rate 18, blood pressure 155/88.  HEENT:  Pupils equal, react to light.  Extraocular muscles full.  The patient can currently partially open his mouth, tender in the left mandible.  LUNGS:  Clear to auscultation.  HEART:  Normal rhythm.  ABDOMEN:  Soft, nontender. EXTREMITIES:  No edema.  NEUROLOGIC:  Alert and oriented.

LABORATORY EXAMINATION:  WBC count 16, hemoglobin 15, hematocrit of 45, BUN of 5, creatinine of 0.8, glucose 109, sodium 135, potassium 3.6, chloride 97, CO2 31, INR is 0.99.  CT scan of the facial bones revealed for facial fracture including left mandible body fracture, nondisplaced right ramus fracture of the left condyle neck fracture.  CT scan of the head, no intracranial bleed.

IMPRESSION:
1. Left mandible, left condyle neck and right lower ramus fracture.
2. History of hypertension.

PLAN:  ENT consult Dr. Suesberry.

```
JOB#439504
DATE DICT: 01/19/2011 17:21
```

J764640          J21688478          WHEELER,ERIC E82064 OPTOUT
01/19/11
DATE TRANS: 01/19/2011 18:26
BM:MEDQ/450645109

_____ _____
                    BYRON MUI, M.D.
                    DATE/TIME SIGNED:

R#:0119-0280

CHW CENTRAL CALIFORNIA
J764640          J21688478          MERCY HOSPITAL BAKERSFIELD
WHEELER,ERIC E82064 OPTOUT          2215 Truxtun Avenue
J.5W          J.501-02              Bakersfield, California 93301
MUI,BYRON

Pol #: E82064
DOB: 05/14/58
Admit Date: 01/19/11

                    INMATE DISCHARGE SUMMARY

DATE OF ADMISSION:  01/19/2011
DATE OF DISCHARGE:  01/21/2011

TRANSFER TO:

ADMISSION DIAGNOSIS:  Right ramus fracture, left mandibular body
fracture.

DISCHARGE DIAGNOSIS:  Status post closed reduction of left mandibular
fracture.

HISTORY OF PRESENT ILLNESS:  Patient is a 52-year-old white male inmate
of Sutter with altercation in the morning, sustained left jaw fracture,
and subsequently transferred to Mercy Hospital and admitted and for
further evaluation.

HOSPITAL COURSE:  CT scan of the facial bones revealed the patient to
have a left mandibular fracture, left condylar neck fracture, along with
a right ramus fracture.  ENT consult with Dr. Suesberry was initiated.
Patient subsequently underwent a closed reduction.  Postoperatively,
patient was doing well.  It is felt that patient received maximum
benefit of hospitalization, so released patient back the infirmary for
continuation of care.  I have spoken with Dr. Aynechi regarding patient
discharge.

DISPOSITION:
1. Follow up with Dr. Suesberry in 2 weeks.
2. Amoxicillin 250 mg suspension p.o. t.i.d. for 5 days and Tylenol
   No. 3 elixir 1-2 teaspoons q.i.d. p.r.n. pain.
3. Soft liquid diet.


JOB#965601
DATE DICT: 01/21/2011 09:27
DATE TRANS: 01/21/2011 10:56
BM:MEDQ/450873939

                    _____
                    BYRON MUI, M.D.
                    DATE/TIME SIGNED:

R#:0121-0201



WHEELER, ERIC E82064 OPTOUT    Unit #: J764640          DOB: 05/14/1958  Age/Sex: 52/M
CONSULTATION from 01/20/11
Report:generated at 01/21/11:09:09                                    Requested by: NEUBARTH,JEFFREY

J764640        J21688478
WHEELER, ERIC E82064 OPTOUT
J.5W        J.506-01
SUESBERRY, WILBUR

CHW CENTRAL CALIFORNIA
MERCY HOSPITAL BAKERSFIELD
2215 Truxtun Avenue
Bakersfield, California 93301

Pol #: E82064
DOB:  05/14/58
Admit Date: 01/19/11

                                    CONSULTATION

OTOLARYNGOLOGY CONSULT

DATE OF CONSULTATION:  01/20/2011

REFERRING PHYSICIAN:  Byron Mui, M.D.

HISTORY OF PRESENT ILLNESS:  The patient is a 52-year-old male who
sustained facial trauma on 01/19/2011.  He was possibly involved in an
altercation and was hit about the head and face.  The patient complains
of inability to open his mouth completely.  He complains of pain with
trying to open it.  He also complains of pain over the left side of the
face.

On clinical examination, there is swelling over the midportion of the
body on the left side, and there is tenderness in the subcondylar area
on the right.  On review of the CT, there is a fracture of the mid body
on the left and a subcondylar fracture on the right.  I have advised the
patient of the findings and told him that he will have to undergo
fixation with application of arch bars.  He agrees.

DIAGNOSIS:  Fractured mandible.

TREATMENT PLAN:  Surgery this p.m.  Closed reduction with application of
interdental fixation.

JOB#440843
DATE DICT: 01/20/2011 06:30
DATE TRANS: 01/20/2011 08:19
WS:MEDQ/450681023

                        _____
                        WILBUR SUESBERRY, M.D.
                        DATE/TIME SIGNED:

R#:0120-0112

*page 21*

Mercy H   FFacility

WHEELER,ERIC E82064 OPTOUT   Unit #: J764640        DOB: 05/14/1958   Age/Sex: 52/M
OPERATION from 01/20/11
Report generated at 01/21/11 09:09                                    Requested by: NEUBARTH,JEFFREY

J764640        J21688478                        CHW CENTRAL CALIFORNIA
WHEELER,ERIC E82064 OPTOUT                      MERCY HOSPITAL BAKERSFIELD
J.5W        J.501-02                            2215 Truxtun Avenue
SUESBERRY,WILBUR                                Bakersfield, California 93301

Pol #: E82064
DOB:  05/14/58
Admit Date: 01/19/11
                                    OPERATION REPORT
DATE OF OPERATION: ( 01/20/2011 )

SURGEON:  Wilbur Suesberry, M.D.
ASSISTANT:
ANESTHESIOLOGIST:

PREOPERATIVE DIAGNOSIS:  Fractured mandible (left anterior body, right
subcondylar fracture).

POSTOPERATIVE DIAGNOSIS:  Fractured mandible (left anterior body, right
subcondylar fracture).

OPERATION PERFORMED:  Closed reduction of fractured mandible with
application of anterior dental fixation.

SURGICAL FINDINGS:  X-ray evidence of a fracture of the anterior body of
the mandible on the left side and a subcondylar fracture on the right
side.

PROCEDURE:  With the patient under adequate general anesthesia with an
nasotracheal intubation, arch bars were applied to the upper and lower
dentition using a 25-gauge wire to circle around specific and designated
teeth to attach the arch bars in a stable fashion.  Once the arch bars
were attached to the upper and lower dentition and were firm, the teeth
were brought into occlusion using Lasix and a single 25-gauge wire
looped around the lugs.  This brought the patient into occlusion and
fixation.  This completed the procedure.  The patient tolerated it well,
was subsequently awakened and extubated and transferred to recovery.
There are no intraoperative or immediate postoperative complications.

JOB#963659
DATE DICT: 01/20/2011 18:52
DATE TRANS: 01/20/2011 21:04
WS:MEDQ/450813282

                    _____
                        WILBUR SUESBERRY, M.D.
                    DATE/TIME SIGNED:

R#:0120-0421

page 22

Page 1 of 1

Mercy Hospitals of Bakersfield
A member of CHW

WHEELER, ERIC OPT E82064
ACCT:J21688478 MR:J764640
01/19/11
DOB: 05/14/58 52 M

# PATIENT'S PROGRESS RECORD
## Continued Sheet

| Date & Time | OBSERVATIONS<br>Signs, Symptoms, Condition, Behavior, Progress, etc. All entries are to be signed with name and job status. |
| --- | --- |
| 1/19/11 | [illegible] note # 439504 |
| | Patient is a 52 yo W M |
| 1750 | [illegible] this [illegible] |
| | [illegible] |
| | CT [illegible] |
| | (L) mandible fx. |
| | (L) condyle fx. |
| | (R) Ramus fx. |
| | Imp (1) (L) mandible fx, (L) condyle and (R) ramus fx. |
| | (2) [illegible] |
| | [illegible] |
| | [signature] |
| 1/20/11 | ENT Consult dictated |
| 0630 | Dx Fx mandible Rt Subcondylar, Lt Body — |
| | Scheduled for Closed Reduction This |
| | p.m. — 1700 |
| | [signature] |

page 93

**Mercy Hospitals of Bakersfield**
A member of CHW

WHEELER, ERIC E82064 OPTOUT
ACCNT#: J21688478   MR#: J764640
ADM. DATE: 01/19/11 PHY: MUI, BYRON
DOB: 05/14/58   52/M
FT: 5 IN: 8  KG: 72.576 LB: 160 OZ:
ALLG:

## PROGRESS RECORD

| DATE / TIME | NOTE PROGRESS OF PATIENT, COMPLICATIONS, CONSULTATION, CHANGE IN DIAGNOSIS, CONDITION ON DISCHARGE AND INSTRUCTION TO PATIENT. |
|---|---|
| 1/20/11 | Mr Z |
| 930 | this r out |
| | S/p D munkle fx |
| | B Rami fx |
| | 1 Condyles Neck fx |
| | N.D. Surgery per 027. |
| | |
| 1/21/11 | Bochin 9 96560/ |
| 930 | |

GN-48 9/09

**Mercy Hospitals of Bakersfield**
A member of CHW

WHEELER,ERIC E82064 OPTOUT
ACCNT#: J2168B478   MR#: J764640
ADM. DATE: 01/19/11 PHY: MUI,BYRON
DOB: 05/14/58   52/M
FT: 5 IN: 8  KG: 72.57  LB: 160 OZ:0
ALLG:

## PRE & POST-OP PROGRESS RECORD

NOTE PROGRESS OF PATIENT, COMPLICATIONS, CONSULTATION, CHANGE IN DIAGNOSIS, CONDITION ON DISCHARGE AND INSTRUCTION TO PATIENT.

**EXPLANATION OF PROCEDURAL / TREATMENT RISKS, BENEFITS AND ALTERNATIVES**

The potential risks, benefits, and alternatives to the following treatment / procedure, including, where applicable, the possible use of blood products, has been explained to the patient and / or family and accepted.

**PROCEDURE / TREATMENT:** _____

**INTERVAL MEDICAL H & P EXAM PERFORMED WITHIN PAST 24 HOURS:**

☑ No changes from previous H & P

☐ Changes include: _____

Date: 1/20/11  Time: 1845 Physician Signature: _Luesberg_  ID# 1730

**IMMEDIATE POST-OP NOTES:**

1. Pre-op diagnosis: FX mandible          J# 963659
2. Post-op diagnosis: Same

3. Procedure: Closed Reduction Fx mandible c̄ interdental Fixation

4. Anesthesiologist: Wagner M.D   Anesthesia type: General c̄ intubation
5. Surgeon: Luesberry   Assistant: 0
6. Estimated blood loss: less than 5 ML
7. Specimens removed & disposition: 0
8. Complications: 0

Date: 1/20/11  Time: 1850  Physician Signature: Luesberg   ID# 1730

SUR-04 11/02

**DO NOT USE THE FOLLOWING ABBREVIATIONS:**
QD, qod, ug, U or u, Trailing Zero (X.0), Lack of Lead Zero (.X mg), MgSO4,
IU, TIW, MS, MSO4, AS, AD, AU

Page 25



**Mercy Hospitals of Bakersfield**

A member of CHW

WHEELER, ERIC E82064 OPTOUT
ACCNT#: J21688478    MR#: J764640
ADM. DATE: 01/19/11 PHY: MUI, BYRON
DOB: 05/14/58    52/M
FT: 5 IN: 8  KG: 72.576 LB: 160 OZ:

CDC # _____ ALLG:

| X | INSTITUTION | CMO | CMO Phone/Fax | UM | UM Phone/Fax | After Hours |
|---|---|---|---|---|---|---|
| | CCI | Hirsch, Neil | (661) 822-4402, ext. 3752 Fax: (661) 823-5074 | Orrantia, Julia | (661) 822-4402, ext. 3754 Fax: (661) 823-5030 | (661) 823-5067, ext. 3758 |
| | Wasco | Songer, Michael | (661) 758-8400, ext. 5908 Fax: (661) 758-7088 | Kooken, Donna | (661) 758-8400, ext. 5058 Fax: (661) 758-76 | (661) 758-7027, ext. 5898 |
| | North Kern | Close, John | (661) 721-2345, ext. 5919 Fax: (661) 721-3124 | Coehlo, Jennifer | (661) 721-2345, ext. 5919 Fax: (661) 721-3179 | (661) 721-2345, ext. 5931 |
| | Avenal | Davis, Ross | (559) 386-6042 Pager: (559) 488-9992 Fax: (559) 386-9465 | Caryl, Karen | (559) 386-0587, ext. 7060 Fax: (559) 386-6465 | (559) 386-6034, ext. 6040 or 7009 |
| | Pleasant Valley | Sacks, David | (559) 935-4900, ext. 5431 Fax: (559) 935-7081 | Sherlock, Johnnie | (559) 935-4900, ext. 5431 Fax: (559) 935-4906 | (559) 935-4900, ext. 4948 |
| | Corcoran | Klarich, John | (559) 992-7326 Fax: (559) 992-7386 | Navalta, Barbara | (559) 992-8800, ext. 6917 Fax: (559) 992-7386 | (559) 992-6120, ext. 7927 |
| | Lancaster | Fitter, J. | (661) 729-2000, ext. 7013 Fax: (661) 729-6909 | Holder, Brenda | (661) 729-2000, ext. 7054 Fax: (661) 729-6909 | (661) 729-2000, ext. 7010 or 5551 |
| | CMC | Meyers, Robert | (805) 547-7911 Fax: (805) 547-7513 | Hand, Mike | (805) 547-7911 Fax: (805) 547-7475 | (805) 547-7856 |
| | SATF | Bhatt, Nandan | (559) 992-7194 Fax: (559) 992-7104 | McKay, Diana | (559) 992-7100, ext. 5454 Fax: (559) 992-7104 | (559) 992-7142, ext. 5498 |
| | Taft | | (661) 763-2510, ext. 1185 Fax: (661) 765-3010 | | (661) 763-2510, ext. 1185 Fax: (661) 765-3010 | |
| | KVSP | Dr. McGuinnes | (661) 979-1354 | Shirleen | (661) 721-6300, ext. 5945 Fax: (661) 721-6377 | |
| | | | | | | |
| | | | | | | |

## CONSULTATION:

| DATE | CONSULTANT'S NAME | AUTHORIZATION | | | REASON FOR CONSULT |
|---|---|---|---|---|---|
| | | DATE | CMO | OBTAINED BY INITIAL / TITLE | |
| 1/19 | Suasberry | | Vgutes | | |
| 1/21 | Oc to Inf | | Onejeye | | |
| | | | | | |
| | | | | | |

## TREATMENT / PROCEDURES / SURGERIES:

| DATE | TX / PROCEDURES / SURGERIES | AUTHORIZATION | | | REASON FOR CONSULT |
|---|---|---|---|---|---|
| | | DATE | CMO | DATE PROCEDURE PERFORMED | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

CDC-001 10/05

page 26.



Mercy Hospital Laboratory
2215 Truxtun Avenue
Bakersfield, CA 93301

Run On: 01/20/11-1047            Specimen Inquiry

PATIENT: WHEELER,ERIC E82064 OPTOUT    ACCT #: J21688478    LOC: J.5W        U.#: J764640
                                       AGE/SX: 52/M         ROOM: J.506      REG: 01/19/11
REG DR:  MUI,BYRON                     DOB:   05/14/58      BED:  01         DIS:
                                       STATUS: ADM IN       TLOC:

SPEC #: 0119:BB00114S        COLL: 01/19/11-1426    STATUS:  COMP          REQ #: 07456233
                             RECD: 01/19/11-1429    SUBM DR: BRADBURN,CHRISTOPHER

ENTERED:  01/19/11-1414                             OTHR DR:
ORD PRODS: (NO ORDERED PRODUCTS)
ORD TESTS: TYPE & SCREEN
)MMENTS: -WHAT IS PATIENT STATUS? PRE-OP

| Test | Results | | | |
|------|---------|---|---|-----|
| ABO/RH TYPE | A POS | | | MER |
| ANTIBODY SCREEN | NEG | | | MER |

MER - Mercy Hospital Lab, 2215 Truxtun Ave., Bakersfield, Ca.  93301
      Agnes Wu, M.D., Medical Director

** END OF REPORT **

2215 Truxtun Avenue
Bakersfield, CA 93301

Run On: 01/20/11-1047              Specimen Inquiry

PATIENT: WHEELER,ERIC E82064 OPTOUT        ACCT #: J21688478      LOC:    J 5W        U #: J764640
                                           AGE/SX: 52/M           ROOM: J 506        REG: 01/19/11
REG DR:   MUI,BYRON                        DOB:    05/14/58       BED:  01           DIS:
                                           STATUS: ADM IN         TLOC:

SPEC #: 11:M0003243R         COLL: 01/19/11-2000      STATUS:  RES              REQ #: 07456592
                             RECD: 01/19/11-2035      SUBM DR: MUI,BYRON
SOURCE: NARES                ENTR: 01/19/11-1843      OTHR DR: CENTENNIAL MEDICAL GRP DOCTOR
SPDESC: BILATERAL
ORDERED:  MRSA SCREEN
COMMENTS: ANTIBIOTICS: UNK

   Procedure                           Result

   MRSA SCREEN  Preliminary                                                                    ML
        NEGATIVE FOR METHICILLIN RESISTANT STAPH AUREUS
        01/20/11


        Per California law (SB 1058):  If a patient tests positive
        for MRSA, the attending physician shall inform the patient
        or the patient's representative immediately or as soon as
        practically possible.  This must be documented in the
        patient's medical record.

ML - Bakersfield Memorial Hospital Lab, 420 34th St Bakersfield, CA  93301
     Bruce P. Swinyer, M.D., Medical Director

** END OF REPORT **

**Mercy Hospitals of Bakersfield**
A member of CHW

SERV: 01/19/11
52/M
WHEELER, ERIC E82064 OPTOUT
MUI, BYRON        DOB: 05/14/58
ACCT# J21688478   MR# J764640

## INSTRUCTION FOR HOME CARE/DISCHARGE - GENERIC SURGICAL

DIAGNOSIS: ___Prolonged Radiation Immunodebi___

YOUR DOCTOR: ___MUI___         PHONE #: ___

FOLLOW UP VISIT: ___Dr. ___ ___, PLEASE CALL DOCTOR'S OFFICE FOR APPOINTMENT

REFERRAL TO: ___         CONTACT PERSON ___         PHONE #: ___

DISCHARGED:   ☐ Home   ☐ Assisted Living Facility   ☐ Skilled Facility   ☐ HealthSouth   ☑ Custodial Care
___         ☐ Subacute Facility         ☐ Homeless Shelter         ☐ Homeless (offered shelter & refused)

### CAREFULLY FOLLOW YOUR DOCTOR"S ORDERS ONCE YOU ARE AT HOME

**REASONS TO NOTIFY YOUR DOCTOR:**        Return Quecks Dr Swestern
                                                CMT
✓ Fever or chills (Temperature above 100.4°).
✓ Increased swelling, redness, pain, drainage or bleeding at incision site.
✓ Vomiting that persists for more than 2-3 hours and you are unable to retain any fluids.
✓ Drainage from your incision that smells foul and/or looks abnormal.
☐ ___

**INCISION/WOUND CARE:**
✓ Keep dressing clean and dry at all times, change or remove dressings per your doctor's instruction.
✓ Do not wear tight or restrictive clothing over your incision.
✓ If your doctor says you may shower, you should pat dry your incision and leave it open to air unless otherwise instructed.
   Do not use soap or powder on or around your incision.
✓ Steri-strips are to remain in place until they fall off or your doctor removes them.
☐ Dressing: ___

**ACTIVITY:** ___         ✓ **STOP SMOKING (Call California Smokers' Helpline: 1-800-662-8887)**
✓ You should continue with your deep breathing exercises and walking to keep your blood circulating.
✓ Rest frequently. Do not do any heavy lifting or vigorous exercises.
✓ Ask your doctor about resuming sexual activity.
✓ Do not drive until your doctor says you can.         ☐ ___
✓ Ask your doctor about when you will be able to return to work.
✓ Elevate the affected extremity above the level of the heart.
☐ Weight bearing as tolerated ___         ☐ No weight bearing = use crutches or walker

**DIET:**
✓ You may experience some gas pain and other discomfort while your digestive system begins to return to normal.
✓ Eat light, low fat meals for a while and then try eating normal.
✓ Resume any special diet you were on before your surgery. Be sure to check with your doctor first if its ok.
☐ Diet restriction: ___Liquid Solid diet___

**MEDICATION:** ___
✓ Take medications as ordered by your doctor. Do not take any other medications without first checking with your doctor.
✓ Pain medication may make you drowsy. **BE CAREFUL** - do not drive or operate machinery while taking pain medication.
   Alcohol may intensify drowsiness.

**HOME MEDICATIONS: Please refer to the Medication Reconciliation / Order Form (Copy sent with patient)**

I certify that I have received a copy of these instructions and have been explained to me and I understand the instructions.

___                                     ___                          ___
Patient / Designee                      Signature RN                 Date

**Written Spanish Instructions are on the back of the Pink copy (patient's copy).**
Use the Language Line (1-800-481-3293, MH Acct. # 501013278 - pin # 5000, **MSH Acct.# 501012992 - pin# 6000) to give**
Discharge Instructions for all non-English speaking patients. ___
                                        Interpreter's ID #

# Mercy Hospitals of Bakersfield
A member of CHW

WHEELER, ERIC E82064 OPTOUT
ACCNT#: J21688478    MR#: J764640
ADM. DATE: 01/15/11 PHY: MUI, BYRON
DOB: 05/14/58   52/M
FT: 5 IN: 8  KG: 72.576 LB: 160 OZ:
ALLG:

## PHYSICIAN DISCHARGE INSTRUCTIONS
Please indicate receiving facility:

| X | FACILITY | PHONE NUMBER | FAX NUMBER |
|---|----------|--------------|------------|
| | CMO CCI | (661) 822-4402, ext. 3754 | (661) 823-5030 |
| | CMO Wasco | (661) 758-8400, ext. 5906 | (661) 758-7047 |
| | CMO North Kern | (661) 721-2345, ext. 5919 | (661) 721-3124 |
| | CMO Avenal | (559) 386-0587, ext. 7060 | (559) 386-6465 |
| | CMO Pleasant Valley | (559) 935-4900, ext. 5431 | (559) 935-7051 |
| | CMO Corcoran | (559) 992-8800, ext. 6906 | (559) 992-7386 |
| | CMO Lancaster | (661) 729-2000, ext. 7054 | (661) 729-6909 |
| | CMO CMC | (805) 547-7911 | (805) 547-7475 |
| X | CMO SATF | (559) 992-7100, ext. 5454 | (559) 992-7104 |
| | CMO Taft | (661) 763-2510, ext. 1185 | (661) 765-3010 |
| | CMO KVSP | (661) 721-6300, ext. 5945 | (661) 721-6377 |

Discharge to: ☐ General Population   ☑ Infirmary

Diagnosis: ① _Closed reduction_   ② _mardible fx_.

TX/Procedures/Surgeries: _____

Suggestions for follow-up:

☐ No follow-up needed

☑ Return in _2_ weeks for: _Dr. Suesheny ENT_.

☐ Consult Dr. _____ for: _____

Additional Medications & Suggestions: _Amoxillin  250 mg  Susp. p. TID X 5 dys_
_Tylul #3  Elixir  4 tsp po & 4 hr p pn_
_Lyrmed / Supft dry_ -

Date: _12_   Time: _0730_   Physician Signature: _____   ID# _____

Accepted by CMO: _____   Date: _____



Mercy Hospitals of Bakersfield
A member of CHW

WHEELER, ERIC E82054 OPTOUT
ACCNT#: J21688478    MRN: J764640
ADM. DATE: 01/15/11 PHY: MUI, BYRON
DOB: 05/14/58    52/M
FT: 5 IN: 8 KG: 72.576 LB: 160 OZ:
ALLG:

## PHYSICIAN ORDERS

| Orders |
| --- |

$\frac{1}{2}$ to mpina

Date: _____ Time: _____ Physician signature: _____ ID#: _____

Date: _____ Time: _____ TO RB: _____ VO RB: _____

Date: _____ Time: _____ Noted by: _____

Scanned to Pharmacy by (Print Name): _____ Dept: _____

Date: _____ Time: _____ # of pages: _____

| Orders |
| --- |

Date: _____ Time: _____ Physician signature: _____ ID#: _____

Date: _____ Time: _____ TO RB: _____ VO RB: _____

Date: _____ Time: _____ Noted by: _____

Scanned to Pharmacy by (Print Name): _____ Dept: _____

Date: _____ Time: _____ # of pages: _____

PO-01- 12/10

**DO NOT USE THE FOLLOWING ABBREVIATIONS:**
qd, QD, qod, U, u, IU, Trailing Zero (X.0), Lack of Lead Zero (.X mg),
MS, MSO4, MgSO4

CALIFORNIA MEDICAL FACILITY TREATMENT & CORRECTIONAL
AND STATE PRISON AT CORCORAN

NAME  Wheeler, Eric
NUMBER  E82064

# CORRECTIONAL
# TREATMENT
# CENTER
# RECORD

PLEASE PLACE IN THE MAIN HEALTH RECORD

ADMIT DATE:            1.21.11

DIS. ADMIT DATE:       2.24.11

PAGE 032

| INSTITUTION | ADDRESS (HOSPITAL / CENTER) | | UNIT / QUAD / ROOM # | SOC # NUMBER | SEX |
|---|---|---|---|---|---|
| C - SAT - | 902 Quebec Corcoran | | 34 | | ☑ M  ☐ F |

| MARITAL STATUS | RACE | RELIGIOUS PREFERENCE | KNOWN ALLERGIES / SENSITIVITIES |
|---|---|---|---|
| ☐ M ☐ S ☐ D ☐ W | W | | DCN |

NAME / ADDRESS / TELEPHONE NUMBER OF NEXT OF KIN     RELATIONSHIP

CN File

| RESPONSIBLE PARTY | ADMITTING PHYSICIAN |
|---|---|
| STATE OF CALIFORNIA | Neubarth |

| ADMIT DATE | TIME | DISCHARGE DATE | TIME |
|---|---|---|---|
| 2/21/11 | 16 3 c | 2/24/ | 1615 |

ADMITTING LEVEL OF CARE:
☑ ACUTE      ☑ INFIRMARY      ☐ CORRECTIONAL TREATMENT CNTR      ☐ OTHER (Specify)

SERVICE ADMITTED TO:
☑ MEDICAL      ☐ SURGICAL      ☐ PSYCHIATRIC      ☐ OB / GYN      ☐ OTHER (Specify)

| ADMITTING DIAGNOSIS | ADMITTED BY |
|---|---|
| Team Fracture HTN | K Fu |

**PROVISIONAL (ADMITTING) DIAGNOSIS:**   CODE: V58.49

Jaw fracture , HTN     401.9

**PRINCIPAL DIAGNOSIS:**   CODE:

Same

**SECONDARY DIAGNOSIS OR COMPLICATIONS:**   CODE: 272.4

hyperlipidemia

**OPERATIVE / NON-OPERATIVE PROCEDURE:**   CODE:

**CONSULTANT REFERRAL OR NOTES:**

**DISPOSITION OF PATIENT / CONDITION ON DISCHARGE:**

To yard / good

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

Wheeler, Eric
CDCR E82064
DOB: 5/14/58
Allergies: Penicillin
Dr. Neubarth

| DISCHARGING PHYSICIAN'S SIGNATURE | DATE |
|---|---|
| | 2/24/11 |

**ADMITTING RECORD**

CDC 7201 (1/91)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

## MEDICAL AND SURGICAL CONSENT

The undersigned consents to the procedures which may be performed during this episode of care, which may include but are not limited to laboratory procedures, x-ray examinations, medical or surgical treatment or procedures, anesthesia services, and other clinical services rendered to the patient under the general and special instructions of the patient's physician or surgeon. The undersigned recognizes that some of the health care providers furnishing service to the patient may be independent contractors, and not employees or agents of CDC. The patient is under the care and supervision of his/her attending physician, and it is the responsibility of the institution and its nursing staff to carry out the instructions of such physician. It is the responsibility of the patient's physician or surgeon to obtain the patient's informed consent, when required, to have medical or surgical treatment, special diagnostic or therapeutic procedures.

## NURSING CARE

This institution provides only general duty nursing care unless, upon orders of the patient's physician, the patient is provided more intensive nursing care.

## RELEASE OF INFORMATION

Upon inquiry, the institution may make available to those persons with a need to know certain basic information about the patient, including name, address, age, sex, general description of the reason for treatment (whether an injury, burn, poisoning, or other condition), general nature of the injury, burn, poisoning, or other condition, and general condition. If the patient does not want such information to be released, he/she must make a written request for such information to be withheld. The institution will obtain the patient's consent and his/her written authorization to release information, other than basic information, concerning the patient, except in those circumstances when the facility is permitted or required by law to release information. Special permission is needed to release any information if the patient is treated for alcohol, drug abuse, or HIV.

PATIENT'S NAME (PLEASE PRINT)          PATIENT'S SIGNATURE          DATE/TIME

WITNESS' SIGNATURE          TITLE/RELATIONSHIP TO PATIENT          DATE WITNESSED

| INTERPRETER/READER NEEDS (Complete only if needed) |
|---|
| Every word of this form needs to be (Check the appropriate box): |
| ☐ interpreted into _____ |
| or |
| ☐ read to inmate. |
| Interpreted/Read by: _____ Date _____ |
| Signature of Interpreter/Reader |
| inmate's Signature _____ Date _____ |

CDC NUMBER, NAME (LAST, FIRST, MI), BIRTHDATE

**Distribution:**
Original: Unit Health Record
Copy: inmate-Patient

Wheeler, Eric
CDCR E82064
DOB: 5/14/58
Allergies: Penicillin
Dr. Neubarth

**CONDITIONS OF ADMISSION/PLACEMENT**
CDC 7293 (Rev 1/00)

STATE OF CALIFORNIA          DEPARTMENT OF CORRECTIONS

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
PHYSICIAN ORDERS FOR LIFE-SUSTAINING TREATMENT (POLST)
Page 1 of 1
CDCR 7465 (09/09)

## HIPAA PERMITS DISCLOSURE OF POLST TO OTHER HEALTH CARE PROFESSIONALS AS NECESSARY

### Physician Orders for Life-Sustaining Treatment (POLST)

First follow these orders, then contact physician. This is a Physician Order Sheet based on the person's current medical condition and wishes. Any section not completed implies full treatment for that section. Everyone shall be treated with dignity and respect.

EMSA #111 B
(Effective 1/1/2009)

Last Name: WHEELER
First/Middle Name: ERIC
Date of Birth: 8/11/58
Date Form Prepared:

| A | CARDIOPULMONARY RESUSCITATION (CPR): | Person has no pulse and is not breathing. |
|---|---|---|

Check One

☑ Attempt Resuscitation/CPR   ☐ Do Not Attempt Resuscitation/DNR (Allow Natural Death)

(Section B: Full Treatment required)

When not in cardiopulmonary arrest, follow orders in B and C.

| B | MEDICAL INTERVENTIONS: | Person has pulse and/or is breathing. |
|---|---|---|

Check One

☐ **Comfort Measures Only** Use medication by any route, positioning, wound care and other measures to relieve pain and suffering. Use oxygen, suction and manual treatment of airway obstruction as needed for comfort. Antibiotics only to promote comfort. *Transfer if comfort needs cannot be met in current location.*

☐ **Limited Additional Interventions** Includes care described above. Use medical treatment, antibiotics, and IV fluids as indicated. Do not intubate. May use non-invasive positive airway pressure. Generally avoid intensive care.
☐ Do Not Transfer to hospital for medical interventions. *Transfer if comfort needs cannot be met in current location.*

☑ **Full Treatment** Includes care described above. Use intubation, advanced airway interventions, mechanical ventilation, and defibrillation/cardioversion as indicated. *Transfer to hospital if indicated. Includes intensive care.*

Additional Orders:

| C | ARTIFICIALLY ADMINISTERED NUTRITION: | Offer food by mouth if feasible and desired. |
|---|---|---|

Check One

☑ No artificial nutrition by tube.   ☐ Defined trial period of artificial nutrition by tube.
☑ Long-term artificial nutrition by tube.

Additional Orders:

| D | SIGNATURES AND SUMMARY OF MEDICAL CONDITION: |
|---|---|

Discussed with:
☐ Patient   ☐ Health Care Decisionmaker   ☐ Parent of Minor   ☐ Court Appointed Conservator   ☐ Other:

**Signature of Physician**
My signature below indicates to the best of my knowledge that these orders are consistent with the person's medical condition and preferences.

Print Physician Name: NEWBARTH

Physician Signature (required): [signature]

Physician Phone Number: 559-992-7100
Physician License #: G5C7032
Date:

**Signature of Patient, Decisionmaker, Parent of Minor or Conservator**
By signing this form, the legally recognized decisionmaker acknowledges that this request regarding resuscitative measures is consistent with the known desires of, and in the best interest of, the individual who is the subject of the form.

Signature (required): [signature]
Name (print): WHEELER ERIC
Relationship (write self if patient): SELF
Office Use Only:

Summary of Medical Condition: FRACTURED JAW    HTN

## SEND FORM WITH PERSON WHENEVER TRANSFERRED OR DISCHARGED

(over)

page 35

STATE OF CALIFORNIA
PHYSICIAN ORDERS FOR LIFE SUSTAINING TREATMENT (POLST)
CDCR 7465 (09/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
PAGE 2 of 2

## HIPAA PERMITS DISCLOSURE OF POLST TO OTHER HEALTH CARE PROFESSIONALS AS NECESSARY

| Patient Name (last, first, middle) | | Date of Birth | Gender |
|---|---|---|---|
| WHEELER ERIC | | 3/1/56 | (M) F |
| Patient Address | | | |
| 900 QUEBEC AVE CORCORAN CA 93212 | | | |

| Contact Information | | | |
|---|---|---|---|
| Health Care Decisionmaker | Address | | Phone Number |
| | | | |
| Health Care Professional Preparing Form | Preparer Title | Phone Number | Date Prepared |
| NEOGARTH | MD | 559-___-1400 | |

## Directions for Health Care Professional

### Completing POLST
- Must be completed by health care professional based on patient preferences and medical indications.
- POLST must be signed by a physician and the patient/decisionmaker to be valid. Verbal orders are acceptable with follow-up signature by physician in accordance with facility/community policy.
- Certain medical conditions or medical treatments may allow for changes to orders that are considered generally for use. Use of original form is strongly encouraged. Photocopies and FAXes of signed POLST forms are legal and valid.

### Using POLST
- Any incomplete section of POLST implies full treatment for that section.
- Section A
  - No defibrillator, including automated external defibrillators, should be used on a person who has chosen "Do Not Attempt Resuscitation."
- Section B
  - When comfort cannot be achieved in the current setting, the person, including someone with Comfort Measures Only, should be transferred to a setting able to provide comfort (e.g., treatment of a hip fracture).
  - IV medication to enhance comfort may be appropriate for a person who has chosen Comfort Measures Only.
  - Non-Invasive Positive Airway Pressure includes continuous positive airway pressure (CPAP), bi-level positive airway pressure (BiPAP), and bag valve mask (BVM) assisted respirations.
  - Treatment of dehydration prolongs life. A person who desires IV fluids should indicate Limited Interventions or Full Treatment.

### Reviewing POLST
- It is recommended that POLST be reviewed periodically. Review is recommended when:
  - The person is transferred from one care setting or care level to another, or
  - There is a substantial change in the person's health status, or
  - The person's treatment preferences change.

### Modifying and Voiding POLST
- A person with capacity can, at any time, void the POLST form or change his/her mind about his/her treatment preferences by executing a verbal or written advance directive or a new POLST form.
- To void POLST, draw line through Sections A through D and write "VOID" in large letters. Sign and date this line.
- A health care decisionmaker may request to modify the orders based on the known desires of the individual or, if unknown, the individual's best interests.

This form is approved by the California Emergency Medical Services Authority in cooperation with the statewide POLST Task Force.
For more information or a copy of the form, visit www.capolst.org

### SEND FORM WITH PERSON WHENEVER TRANSFERRED OR DISCHARGED

1. LOCATION: Patient or RN marks drawing (See picture below):



2. INTENSITY: Patient rates the pain. Scale used:

0=.No pain          4= Moderate pain          8= Very severe pain

2= Mild pain          6= Severe pain          10= Worst possible pain

| Present: | | Worst pain gets: | |
|---|---|---|---|
| Best pain gets: CT. Knee | | Acceptable level of pain: | 6/10 |

3. QUALITY: (Use patient's own words, e.g., prick, ache, burn, throb, pull, sharp)

throbbing   sharp

4. ONSET, DURATION, VARIATIONS, RHYTHMS:

on walk,

5. MANNER OF EXPRESSING PAIN: (For non-verbal patients only based on staff observations)

N.D.

6. WHAT RELIEVES THE PAIN?   Test   No walk

7. WHAT CAUSES OR INCREASES THE PAIN?   walk   Stand

8. EFFECTS OF PAIN: (Note decreased function, decrease quality of life.)   limited physical mobility

| Accompanying symptoms (e.g. nausea): | No | Sleep: | not affected |
|---|---|---|---|
| Appetite: | Good | Physical activity | limited |
| Relationship with others (e.g. irritability): | | Emotions (e.g. anger, suicidal, crying): | Fine   Stable |
| Concentration: | OK | Other: | |

9. OTHER COMMENTS:

10. PLAN TO BE DOCUMENTED ON NURSING CARE PLAN.   Yes

| Diagnosis: | Left Knee | Next Monthly Review Date: | 2,21,17 |
|---|---|---|---|
| Assessing RN signature: | KAU | Tool Completion Date: | 1/21 |

ADDRESSOGRAPH:
Name, CDC#, DOB:

Wheeler, Eric
CDCR E82064
DOB: 5/14/58
Allergies: Penicillin
Dr. Neuborth-

PAIN ASSESSMENT TOOL

page 36

## NEUROLOGICAL STATUS

**LEVEL OF CONSCIOUSNESS**

| ☑ ALERT | ☐ CONFUSED | | ☐ HISTORY OF SEIZURES |
|---|---|---|---|
| ☑ ORIENTED | ☐ SLOW TO RESPOND / COMPREHEND | | |
| ☐ DISORIENTED | ☐ LETHARGIC | | IF PATIENT USES | IF WITH PATIENT |

**SENSORY LIMITATIONS**

| ☐ NONE NOTED | ☑ SMELL | ☐ GLASSES | |
| ☑ TOUCH | ☐ SIGHT | ☐ CONTACT LENSES | ☐ RIGHT ☐ LEFT |
| ☐ TASTE | ☐ SPEECH | ☐ HEARING | ☐ HEARING AID | ☐ RIGHT ☐ LEFT |

**RESPIRATORY**

| ☑ NORMAL LIMITS (RATE) | ☐ COUGH | ☐ NASAL FLARING |
| ☐ ACCESSORY MUSCLES | ☐ ABNORMAL BREATH SOUNDS | ☐ TRACHEOSTOMY |
| ☐ DYSPNEA | ☐ SEASONAL BREATHING DIFFICULTIES | ☐ SECRETIONS |
| ☐ ORTHOPNEA | ☐ OXYGEN | ☐ OTHER |

**CARDIOVASCULAR**

| ☑ REGULAR RHYTHM | ☐ ABNORMAL PULSES | ☐ JUGULAR VEIN DISTENTION |
| ☑ RATE WITHIN NORMAL LIMITS | ☐ APICAL / RADIAL / PEDAL | ☐ CALF TENDERNESS |
| ☐ ABNORMAL HEART SOUNDS | ☐ PACEMAKER | ☐ OTHER |

**ELIMINATION**

| BLADDER ☑ DENIES PROBLEM | BOWEL ☑ DENIES PROBLEM |
| ☐ NOCTURIA ☐ URINARY FREQUENCY____ | USUAL BOWEL PATTERN____ |
| ☐ BURNING ☑ CATHETER: ____ | LAST BM____ |
| ☐ URGENCY ☐ DATE PLACED____ | ☐ LAXATIVE USE (LIST UNDER MEDICATION) |
| ☑ URINARY INCONTINENCE____ | ☐ OTHER AIDS____ |
| ☐ OTHER | ☐ OSTOMY - TYPE____ |

## FUNCTIONAL STATUS (LEVEL OF SELF CARE)

**MOBILITY LIMITATIONS**   ☐ NO LIMITATIONS   **DEVICES TO AID MOBILITY**

| | | | IF PATIENT | IF WITH PATIENT |
|---|---|---|---|---|
| ☑ WALKING | ☐ STAIRS | ☐ NONE | | |
| ☐ TRANSFER | ☐ STANDING ☐ OTHER | ☐ CANE / CRUTCHES / WALKER | | |
| ☐ TURNING IN BED ☐ GENERALIZED WEAKNESS | | ☐ ARTIFICIAL LIMBS ☐ R ☐ L | | |
| **WEAKNESS/PARALYSIS** | | ☐ BRACE | | |
| ☐ UPPER EXTREMITY ☐ R ☐ L ☑ LOWER EXTREMITY ☐ R ☑ L | | | | |

**ASSISTANCE REQUIRED** ☐   ☐ HYGIENE / GROOMING   ☐ DRESSING   ☑ MEALS   ☐ OTHER____

## SKIN

☑ NORMAL TURGOR, TEMPERATURE & COLOR
☐ INTACT, MOIST MUCOUS MEMBRANES

| ☐ EDEMA | ☐ CYANOTIC |
| ☐ DRY | ☐ FLUSHED |
| ☐ DIAPHORETIC | ☐ PALE |
| ☐ JAUNDICED | ☐ RASH |
| ☐ SCALY | ☐ OTHER |

**SKIN ASSESSMENT CODE**

☐ NO PROBLEM
B - BRUISES
D - DECUBITIS
   GRADE I II III IV (CIRCLE)
L - LACERATIONS
S - SCAR
B - RASH
A - ABRASIONS
BU - BURN



**Comments** (handwritten)

was admitted fr. 77?
to C.T.C. diagnosis of
mixed jaw fracture
Hx of HTN. alert.
oriented x3 breathing
unlabored lung sound
clear abdomen soft
mixed jaw noted
difficulty swallow
ad difficulty to
open his mouth smell
(+) knee noted ed
bruises noted on (R) leg
thigh communicate
this done by nurse
by ↑ at all needs
wet allergies to
PCN  penicillin diet
non voided - complete
↓ HA ad knee pain
medicated c tylenol
z codeine PR x↑r
15 ml continue to
Brown K... Kau

---

**SIGNATURE**   2 e p yu   **RN**

**CDC NUMBER, NAME (LAST, FIRST, MI)**

| FACILITY | PHYSICIAN | ROOM NO. |
|---|---|---|
| C - SATF | Neckerth | 34 |

# ADMISSION ASSESSMENT

CONTINUED FROM REVERSE

CDC 7202 (4/93)

STATE OF CALIFORNIA   DEPARTMENT OF CORRECTIONS

0.U??

page 83-7

| ADMISSION DATE & TIME | PRIMARY LANGUAGE IF NOT ENGLISH | MODE OF TRANSFER | VITAL SIGNS | HEIGHT | INCHES | WEIGHT | LBS | MEASURED |
|---|---|---|---|---|---|---|---|---|
| 1/21/11 | | [X] AMBULATORY | PULSE 97 | 5 1 8" | | 160 | | STANDING |
| | | [X] WHEELCHAIR | BLOOD PRESSURE 150/88 | [X] STATED | | | | CHAIR |
| 1630 | [ ] SIGN LANGUAGE | [ ] GURNEY | RESPIRATORY 18  TEMP 975 | [ ] MEASURED | | [X] STATED | | BED |

**ADMITTING DIAGNOSIS** left mandible fracture

INSTRUCTION OF ROUTINES AND SERVICES TO PATIENT
- [X] NURSE CALL SYSTEM
- [X] HOSPITAL RULES & REGULATIONS
- [X] TELEPHONE
- [X] BATHROOM
- [X] BED  [X] SIDE RAILS
- [X] SMOKING POLICY
- [X] TELEVISION
- [X] PERSONAL PROPERTY

REASON FOR ADMISSION (PRIMARY SIGNS / SYMPTOMS, CHIEF COMPLAINT, HISTORY OF PRESENT ILLNESS, PERCEPTION OF ILLNESS / TREATMENT / GOALS)
Jaw fracture

PRESENT COMFORT LEVEL [X] NO APPARENT DISTRESS

CHRONIC HEALTH PROBLEMS (INCLUDE HOSPITALIZATIONS)
HTN

SURGERIES
devis wire inserted

PSYCHO/SOCIAL [ ] ANXIETY [ ] TERMINAL DIAGNOSIS [ ] FAMILY PROBLEM [ ] SUICIDE THREAT [ ] ANGER [ ] WITHDRAWN [X] HISTORY OF MENTAL ILLNESS
COMMENTS: Panic attack E o P.

ALLERGIES
[X] NONE [ ] MEDICATION  PCN

CURRENT MEDICATION (PRESCRIBED / NON-PRESCRIBED)

| MEDICATION | DOSAGE | FREQUENCY | LAST DOSE | MEDICATION | DOSAGE | FREQUENCY | LAST DOSE |
|---|---|---|---|---|---|---|---|
| See profile | | | | | | | |

NUTRITION
- [ ] DENIES PROBLEM
- [X] POOR APPETITE
- [X] DIFFICULTY CHEWING
- [X] DIFFICULTY SWALLOWING

DENTURES [X] NO [ ] YES [ ] PARTIAL

RECENT DIETARY RESTRICTIONS
pureed

PERSONAL HABITS
- [ ] CAFFEINE BEVERAGES   TYPE / AMOUNT PER DAY   [ ] DENIES USE
- [ ] ALCOHOL / DRUGS
- [ ] TOBACCO

FOOD INTOLERANCE
Solid

| FACILITY | PHYSICIAN | ROOM NO. | CDC NUMBER, NAME (LAST, FIRST, MI) |
|---|---|---|---|
| C-SATF | Neuberth | | Wheeler, Eric  CDCR E82064  DOB: 5/14/58  Allergies: Penicillin  Dr. Neubarth |

**ADMISSION ASSESSMENT**
CONTINUED ON REVERSE

CDC 7202 (4/93)
STATE OF CALIFORNIA   DEPARTMENT OF CORRECTIONS

## NEUROLOGICAL STATUS

**LEVEL OF CONSCIOUSNESS**

| | |
|---|---|
| ☑ ALERT | ☐ CONFUSED |
| ☐ ORIENTED | SLOW TO RESPOND / COMPREHEND |
| ☐ DISORIENTED | ☐ LETHARGIC |

☐ HISTORY OF SEIZURES

**COMMENTS**

was admitted from 77

hospital diagnosis of
mixed jaw & fracture

Hx of HTN. alert.

oriented x3 breathing

unlabored lung sound

clear abdomen soft

mixed jaw noted

difficulty swallen

ad difficulty to

open his mouth. Smell

(R) knee noted ed

bruises noted on (R)

thigh. communicating

was done by writi.

by him at all needs

wet allergies to

PCN . purple-red shirt

Morphine - couples

of HA and Knee pain

medicated c tylenol

c codine ph xr

15ml Contie te

Morphine to Ken

### SENSORY LIMITATIONS

| | | | |
|---|---|---|---|
| ☐ NONE NOTED | ☑ TOUCH | ☐ SMELL | ☐ GLASSES |
| ☐ TASTE | ☐ SPEECH | ☐ SIGHT | ☐ CONTACT LENSES |
| | | ☐ HEARING | ☐ HEARING AID |

IF PATIENT USES / IF WITH PATIENT

☐ RIGHT ☐ LEFT
☐ RIGHT ☐ LEFT

## RESPIRATORY

| | | |
|---|---|---|
| ☑ NORMAL LIMITS (RATE) | ☐ COUGH | ☐ NASAL FLARING |
| ☐ ACCESSORY MUSCLES | ☐ ABNORMAL BREATH SOUNDS | ☐ TRACHEOSTOMY |
| ☐ DSYPNEA | ☐ SEASONAL BREATHING DIFFICULTIES | ☐ SECRETIONS |
| ☐ ORTHOPNEA | ☐ OXYGEN | ☐ OTHER |

## CARDIOVASCULAR

| | | |
|---|---|---|
| ☑ REGULAR RHYTHM | ☐ ABNORMAL PULSES | ☐ JUGULAR VEIN DISTENTION |
| ☑ RATE WITHIN NORMAL LIMITS | ☐ APICAL / RADIAL / PEDAL | ☐ CALF TENDERNESS |
| ☐ ABNORMAL HEART SOUNDS | ☐ PACEMAKER | ☐ OTHER |

## ELIMINATION

**BLADDER** ☑ DENIES PROBLEM | **BOWEL** ☑ DENIES PROBLEM

| | |
|---|---|
| ☐ NOCTURIA ☐ URINARY FREQUENCY_____ | USUAL BOWEL PATTERN_____ |
| ☐ BURNING ☐ CATHETER: | LAST BM_____ |
| ☐ URGENCY ☐ DATE PLACED_____ | ☐ LAXATIVE USE (LIST UNDER MEDICATION) |
| ☐ URINARY INCONTINENCE | ☐ OTHER AIDS_____ |
| ☐ OTHER | ☐ OSTOMY - TYPE_____ |

## FUNCTIONAL STATUS (LEVEL OF SELF-CARE)

| | |
|---|---|
| **MOBILITY LIMITATIONS** | ☐ NO LIMITATIONS |

**DEVICES TO AID MOBILITY** — IF PATIENT USES / IF WITH PATIENT

| | | |
|---|---|---|
| ☑ WALKING | ☐ STAIRS | ☐ NONE |
| ☐ TRANSFER | ☐ STANDING ☐ OTHER | ☐ CANE / CRUTCHES / WALKER |
| ☐ TURNING IN BED | ☐ GENERALIZED WEAKNESS | ☐ ARTIFICIAL LIMBS ☐ R ☐ L |

**WEAKNESS/PARALYSIS** ☐ BRACE

☐ UPPER EXTREMITY ☐ R ☐ L ☑ LOWER EXTREMITY ☐ R ☑ L

**ASSISTANCE REQUIRED** ☐ HYGIENE / GROOMING ☐ DRESSING ☑ MEALS ☐ OTHER

## SKIN

| | |
|---|---|
| ☑ NORMAL TURGOR, TEMPERATURE & COLOR | |
| ☑ INTACT, MOIST MUCOUS MEMBRANES | |
| ☐ EDEMA ☐ CYANOTIC | |
| ☐ DRY ☐ FLUSHED | |
| ☐ DIAPHORETIC ☐ PALE | |
| ☐ JAUNDICED ☐ RASH | |
| ☐ SCALY ☐ OTHER | |

**SKIN ASSESSMENT CODE**

☐ NO PROBLEM
B - BRUISES
D - DECUBITIS
   GRADE I II III IV (CIRCLE)
L - LACERATIONS
S - SCAR
R - RASH
A - ABRASIONS
BU - BURN



Swell

| | |
|---|---|
| **SIGNATURE** | CDC NUMBER, NAME (LAST, FIRST), MD |
| 2 e p Yu    RN | |
| **FACILITY** | **PHYSICIAN** | **ROOM NO.** |
| C- SATF | Newberth | 34 |

## ADMISSION ASSESSMENT

CONTINUED FROM REVERSE

OVER

page 37

CDC 7202 (4/93)

STATE OF CALIFORNIA

DEPARTMENT CORRECTIONS

California Department    Corrections

Inst: __CSATF__    ENCOUNT    FORM: TTA SER    _E FLOWSHEET    Hsg _____ RD _____

Name: __Wheeler L. EHL__    CDC# __E82064__    DOB __5/14/58__   Date __1/21/10__   Time __1530__

## SUBJECTIVE:

Chief Complaint __R/P chronic back chain (L)__

__Mandible    Fracen___

Onset date: _____    Time: _____

Activity at onset: ☐ Rest ☒ Exertion ☐ Sleep

☐ Other: _____

Pain: Scale of 0-10 (0=no pain 10=worst pain) __9/10__

Area of pain: __jaw    mid    left    knee__

What makes it better/worse? __no__

Radiating pain? (describe) _____

Symptoms☐ Nausea ☐ Vomiting ☐ Diarrhea ☐ Constipation
☐ Dyspnea ☐ Palpitations ☐ Syncope ☐ Dizziness ☐ Cough don→
☐ Anxiety ☐ Fatigue ☐ Diaphoresis ☐ Leg cramps ☐ H/A

History ☐ Denies ☐ Diabetes ☐ ESRD ☐ AHD ☐ ESLD ☐ Hep
☐ Cardiac dis ☐ MI ☐ CHF ☐ HTN ☐ TIA ☐ Stroke ☐ pacemaker
☐ SZ ☐ PEor Thrombophlebitis ☐ COPD ☐ Asthma ☐ recent URI
☐ Smoking ☐ Chest trauma ☐ GSW to
☐ Substance abuse type
☐ Patient history of _____

Last meal _____    Time: _____

Recent illicit drug use ☐ Denies __PCN__

Allergies: ☐ NKDA _____

Current medications ☐ No Meds ☒ See Med Recon Attached

☒ Monitoring being done by custody, while housed in
treatment containment module.
☒ Grooming WNL    ☒ No New Injuries noted

### Narrative:

__of anurel the center the anuilance    M. S/P__
__Mandible deames @ mandible fr achrl__
__Vita sings DY 84/63, O.504, O CP, O__
__at SN exp. EDT    jaw walsel soul, VS taken.__
__abdomin DY    gave report to Mr. Neubarth__
__Dr. Neubarth wl pt bedside, assessing__
__Mr. Dr. Neubarth wrote orders.__
__received orders from Dr. Neubarth.__
__8 man.__
__communicate c pt ulom maint express__
__and though whithy    skin.__
__Dr. Neubarth asked    Ha P for pt.__
__transfenip pt th CTC # 34. give__
__report to RN poer. pt pt stable__
__SM enja DU__

---

## Input & Output:    ☐ None

| Time | Soln | Site | Guage | Rate | Attempts | Initials |
|------|------|------|-------|------|----------|----------|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| P0  INTAKE |  |  |  |  |  |  |
| TOTAL | | INTAKE | | | | OUTPUT |

## Assessment:

☐ Pain evidenced by/related to: __pt    Accul: experenio__
__facial    pommaur__

☐ Alteration in tissue perfusion, related to/evidenced by:
_____

☐ Other: _____

## PLAN:

MD referral completed ☒ STAT ☐ Urgent ☐ Routine
Physician called by __Neubarth__   time __Buspic__
Medications ☐ New Rx ☐ Changed ☐ D/C'd ☐ No changes
☐ Labs ☐ X-Ray Date to be done
☐ Referred for follow up ☐ MD ☐ RN ☐ Other new orders:
_____

## EDUCATION:    ☐ Deferred due to patient condition

Patient instructed in: ☐ use of medication ☐ Activity
☒ Other __OTC    of condition. Warren / activity to crc__
☒ Resubmit Health Care Service Request Form 7362 PRN
☒ Patient verbalized understanding of inst. & plan of care
☒ Effective communication achieved without special needs
or via _____

## DISPOSITION:    ☐ RTC

Time released __1720__   via ☐ Walker ☐ W/C ☒ Gurney
☒ Condition on release ☒ Stable ☐ Unstable ☐ Deceased
☐ Same Housing ☐ Housing reassignment to: _____
☒ Higher Level of Care ☒ Admit to CTC __24__ ☐ MHCB
☐ Outside Hospital _____
☐ UHR ☐ Meds ☐ MARS ☒ Paperwork ☐ faxed ☒ sent
☒ Report Given to: __RN    Kou__   Time __approx 1720__
Accepting RN: _____   Time _____
Mode of transfer: ☐ Ambulance ☐ State Vehicle ☐ Cart
Ambulance Called _____ Arrived _____ Departs _____

__Rlenva    RN__

Signature / Title

# TRIAGE & TREATMENT FLOW SHEET
CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

Category: ☐ Non-Urgent ☐ Urgent ☐ Emergent

| NOTIFICATION TO | TIME | BY | ARRIVAL TIME | DEPARTURE TIME | PATIENT DISPOSITION | DISCHARGE CONDITION |
|---|---|---|---|---|---|---|
| TTA | | | 1530 | 1722 | RTC / CORONER | STABLE |
| WATCH COMM | | | | | OHU ADMIT / COMMUNITY HSP | UNSTABLE |
| EMS | | | | | CTC ADMIT via | CRITICAL |
| PCP | | | | | GACH ADMIT | |
| SUPERVISOR | | | | | MH REFERRAL / AMBULANCE CODE | DECEASED TIME |

**CHIEF COMPLAINT:** Otium — R/P Closed Reduction! Manual INCIDENT TIME — INCIDENT LOCATION — MODE OF ARRIVAL

| RESPIRATORY | SKIN | EENT | GU | TRAUMA |
|---|---|---|---|---|
| X EQUAL | X PINK/NORMAL | X NO COMPLAINT | X NO COMPLAINT | DENIES |
| X CLEAR | X WARM / X DRY | EYE R L | URGENCY | MECHANISM OF INJURY |
| X NORMAL | MOIST/DIAPHORETIC | EAR R L | FREQUENCY | GSW |
| RAPID | CYANOTIC | NOSE | RETENTION | SPORTS INJURY |
| DECREASED | JAUNDICED | THROAT | HEMATURIA | ON THE JOB INJURY |
| SHALLOW | ASHEN / PALE | PAIN REDNESS | BLADDER INCONT | ALTERCATION |
| DEEP | FLUSHED | DRAINAGE | PAIN ON URINATION | FALL |
| LABORED | HOT | FOREIGN BODY | URETHRAL DISCHARGE | BURN |
| RETRACTIONS | MOTTLED | | FLANK PAIN R L | |
| NASAL FLARE | COLD | | | LAST TETANUS: |
| RHONCHI | RASH | X NO COMPLAINT | EMOTIONAL | OB/GYN |
| CRACKLES | CIRCULATION | NAUSEA VOMITING | COOPERATIVE Y N | NOT APPLICABLE |
| HEMOPTYSIS | PULSE R L R L | DIARRHEA CONSTIPATION | ANXIOUS | NO COMPLAINT |
| COUGH | A L | REBOUND GUARDING | COMBATIVE | LMP |
| WHEEZING | | TENDERNESS | DELUSIONAL | VAGINAL DISCHARGE |
| PRESENT | | BOWEL INCONTINENCE | HALLUCINATIONS | VAGINAL BLEEDING |
| VISUAL ACUITY | | BOWEL SOUNDS 1 2 3 4 | SUICIDAL IDEATION | CRAMPING |
| | CAPILLARY REFILL | HYPER NORMAL ABSENT | SUICIDE THREAT | FHT |
| OS | BRISK / DELAYED | MELENA RECTAL BLEED | | PREGNANT |
| CORRECTED | | HEMATEMESIS | | GR P AB |

| NEUROLOGICAL | | | | |
|---|---|---|---|---|
| X ALERT / X LETH | EYE | TIME | 1530 | |
| X ORIENTED X | SPONTANEOUS | 4 4 4 4 | | |
| LOC x MIN | OPENING / TO VOICE | 3 3 3 3 | | |
| CONFUSED | RESPONSE / TO PAIN | 2 2 2 2 | | |
| DROWSY | NONE | 1 1 1 1 | | |
| DECREASED LOC | ORIENTED | 5 5 5 5 | | |
| UNCONSCIOUS | VERBAL / CONFUSED | 4 4 4 4 | | |
| HEADACHE | RESPONSE / INAPPROPRIATE WORDS | 3 3 3 3 | TIME | |
| DIZZINESS | INCOMPREHENSIBLE | 2 2 2 2 | PUPIL R L | |
| ETOH ODOR | NONE | 1 1 1 1 | RESPONSE L | |
| GRIPS: R L | OBEYS COMMANDS | 6 6 6 6 | PUPIL SIZE R | |
| S=STRONG W=WEAK | MOTOR / LOCALIZES PAIN | 5 5 5 5 | | |
| POST-ICTAL | RESPONSE / WITHDRAWS FROM PAIN | 4 4 4 4 | | |
| | ABNORMAL FLEXION | 3 3 3 3 | | |
| | ABNORMAL EXTENSION | 2 2 2 2 | | |
| | NO MOTOR RESPONSE | 1 1 1 1 | | |
| | GCS SCORE | | | |

KEY: C = CLOSED
B = BRISK
F = FIXED
SL = SLUGGISH

AB= ABRASION ED= EDEMA
AMP= AMPUTATION F= FRACTURE
B= BURN % HE= HEMATOMA
DF= DEFORMITY L= LACERATION
E= ECCHYMOSIS P= PUNCTURE

| VITAL SIGNS | | | | | | | | PARTICIPANTS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ORTHO VS | BP | P | BP | P | BP | P | | NAME | TITLE | INITIALS | NAME | TITLE | INITIALS |
| TIME | T | BP | P | R | P. OX % | PAIN | | | LVN | | | | |
| 1535 | 98 | 140/72 | 90 | 18 | 98% RA | 9/10 | | | | | | | |
| 1700 | | 140/91 | 78 | 18 | 97 RA | | | | | | | | |

MEDICATIONS GIVEN/INITTA

| SUPERVISOR'S REVIEW | | | |
|---|---|---|---|
| NAME | | TITLE | DATE |
| NAME: LAST, FIRST | | CDC# | |
| Whaler, Ba— | | E82064 | |

| DOB | AGE | FB CODE | INSTITUTION | HOUSING |
|---|---|---|---|---|
| 5/11/58 | 53 | 22 | CXPTF | C-8 214 |

STATE OF CALIFORNIA
NTAKE HISTORY AND PHYSICAL FORM
CDCR 196-B (Rev. 08/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

DATE: //2:/: TIME: 652   Age: CC:

UHR Present: ☑Yes ☐No   MAR Present: ☑Yes ☐No
Signature/Title:

Purpose: ☐ Reception Center  ☑ OHU/CTC/SACH:Admit  ☐ Chronic Care  ☐ Dept. of MH  ☐ Out of State/Camp Placement:  ☐ Other:

HPI: 52 y.o. A/A wkke fixation of jaw fracture 1/20/11

| PMH/ROS: | WNL* | ABN | *Checking "WNL" documents that all exam elements listed in the Primary Care Provider Clinical Decision Support dated June 11, 2009 are within normal limits. | | | WNL* | ABN | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. General | ☐ | ☐ | | 7. | Musculoskeletal | ☐ | ☐ | | | | | |
| 2. HEENT/Neck | ☐ | ☐ | | 8. | Skin/Ext. | ☐ | ☐ | | | | | |
| 3. Cardio/HTN | ☐ | ☐ | | 9. | Neurological | ☐ | ☑ | | | | | |
| 4. Pulmonary | ☐ | ☐ | | 10. | Psychiatric | ☐ | ☐ | | | | | |
| 5. Gastrointestinal | ☐ | ☐ | | 11. | Endocrine/DM | ☐ | ☐ | | | | | |
| 6. Genito-Urinary | ☐ | ☐ | | 12. | OB/GYN | ☐ | ☐ | G  P  TAB  SAB  Abn Pap | | | | |

HTN
HL

Allergies/Medication Intolerances: ☐ NKA  multipl. lipomas
DCN
☐ See problem list   After spine

Hospitalizations & Surgeries: ☐ See problem list  ☑ No surgeries  ☐ No non-surgical hospitalizations
→ motal X  0615 jaw 1/20/11

Other Significant Illnesses or Injuries: ☑None  ☐HIV ☐Hep C ☐Hep B ☐Cocci  STI/STD: ☐GC ☐CT ☐Syph ☐Trich

pre hosp meds (O/P): HCTZ 25 mg daily
meclizine 500 mg tab: ½ tab q4 prn z dimmer
la carbonate / Chol. calciferol 500-200 tab : + PID

Medications/Dose/Frequency (note if not taking as prescribed):
☐ See medication list  ☐ None
ASA 81 mg 1 pm before meal
MAPAP 325 mg  tab : 2 PO TID prn pain

Family History: Father: ↓ ......... 3's A  Mother: heart  Maprozin 55/bings PO BID c food prn pain
Social Hx/Habits: Tobacco ☑Yes ☐No ___ packs/day ____ pack/years  Alcohol ☐Yes ☑No _____ drinks/day _____ years
Illicit Drugs: ☐ Yes ☑No (list) ____   Injection Drug Use ☐Yes ☑No _____ last use

Pertinent Sexual History:
Highest Grade Completed _____  Prior Occupation _____   Marital Status _____   Children N/A
Primary Care Provider (Print Name/Title):                    CDC Number, Name (Last, First, MI), Date of Birth, Institution/Housing
Primary Care Provider Signature:  M. Baritla                 WHEELER, ERIC
                                                             E82664
                                                             5/14/58   page 39



TE OF CALIFORNIA
AKE HISTORY AND PHYSICAL FORM
CR 196-B (Rev. 08/09)

DE    MENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

### Physical Exam

| Temp | Pulse | BP | RR | Ht | Wt | BMI | Snellen ☐ Glasses |
|---|---|---|---|---|---|---|---|
| | | | | | | | With: —Isi - -/   -Ri - -/  —B -—/— |
| | | | | | | | Without  Li___/___  Ri -/    B___/ |

Completed Vaccination/Prior Exposure/Last Vaccination:
☐ Hep A  ☐ Hep B  ☐ Varicella  ☐ Td  ☐ Influenza  ☐ Pneumovax  ☐ TB Code

Signature/Title:

*Checking "WNL" documents that all exam elements listed in the Primary Care Provider Clinical Decision Support dated June 11, 2006 are within normal limits.

| | | WNL* | ABN | | | | WNL* | ABN |
|---|---|---|---|---|---|---|---|---|
| 1. | General | ☐ | ☐ | 7. | Musculoskeletal | ☐ | ☐ |
| 2. | HEENT/Neck | ☐ | ☐ | 8. | Skin/Ext. | ☐ | ☐ |
| 3. | Cardiovascular | ☐ | ☐ | 9. | Neurological | ☐ | ☐ |
| 4. | Pulmonary | ☐ | ☐ | 10. | Psychiatric | ☐ | ☐ |
| 5. | Abdomen | ☐ | ☐ | 11. | Rectal/Prostate | ☐ | ☐ |
| 6. | Genito-Urinary | ☐ | ☐ | 12. | Breast/Pelvic | ☐ | ☐ |

Specialty notes/other results/other diagnostic studies:
☐ N/A

Assessment/Plan: For all chronic conditions list degree (G, F, P) of control and clinical trend (I, S, W)

**Labs Requested**
☐ RPR ☐ Urine GC
☐ FOB x 3 > 50
☐ ♂ Cholesterol > 35
☐ Mammo > 50 ☐ Pap
☐ HIV    ☐ Declined
☐ Hep C  ☐ Declined

Next visit: _____ Days ☐ PRN    ☐ Patient acknowledged and is able to verbalize understanding of assessment/plans (If not, document why).

Patient Education was accomplished on the following topics:

| ☐ Assessment/Plans Listed Above | ☐ Exercise | ☐ Smoking Cessation/Risks | ☐ Breast Self Exam |
|---|---|---|---|
| ☐ Medication Use/Management | ☐ Lab/Study Results | ☐ Health Diet/Limit Canteen | ☐ Prostate Screen |
| ☐ Self-Management Goals | ☐ Weight Management/Loss | ☑ Advanced Directive | |

Primary Care Provider (Print Name/Title):

Primary Care Provider Signature:

CDC Number, Name (Last, First, MI), Date of Birth, Institution/Housing

WHEELER   ERIC

E82067

5/14/58

| DATE | TIME | |
|------|------|---|
| 1/24/11 | | unable to eat some of the pureed food — doesn't pass through banded teeth |
| | | alert, N+V [illegible] chest clear COR RRR abd soft, NT : [illegible] thigh + knee area : VV swelling wired jaw   HTN   almost no swelling left, some [illegible] |
| 142/89 | | ↓ |
| 136/84 | | aox pain control   diuretic |
| [illegible] | | diet   Neubarth |
| HR 79 | | labs today |
| 1/25/11 | | [largely illegible handwritten notes] |
| | | alert, N+V [illegible] |
| | | [illegible handwritten notes] |
| | | chest XR [illegible] |

INSTITUTION: CSATF
PHYSICIAN: [illegible]
ROOM NO: 34
CDC NUMBER, NAME (LAST, FIRST, MI):

Wheeler, Eric
CDCR E82064
DOB: 5/14/58
Allergies: Penicillin
Dr. Neubarth

1/26/11
[illegible] US: no compressibility of popliteal vein at [illegible] and common femoral vein from [illegible] create [illegible] about 20-30 cm

PHYSICIAN'S PROGRESS NOTES

Neubarth

CDC 7230 (7/80)

| DATE | TIME | |
|---|---|---|
| 1/17/11 | | still can't tolerate pureed food; too many |
| 0855 | | chunks in it; doing OK ⓔ Boost - ↓ leg |
| | | especially ⓛ leg. knee still hurts |
| | | N/V, alert; chest clear; COR RRR; abd soft, NT |
| | | ⓛ knee thigh - no swelling; has same sl |
| | | ecchymotic pattern ⓒ green tint; nl DP pulses |
| | | ⓐ wired jaw.   ⓟ TN |
| 134/96 | | |
| 134/91 | | |
| 120/70 | | ⓟ ↓   ↓ |
| HR 96 | | ⓔ ⓑ x   diuretic |
| | | ⓔ diet |
| | | ⓔ   Mr. Bartl |
| 1/30/11 | | ⓢ  ⓡ CP/SOB; ⓛ thigh ⓛ leg, knee still |
| 0810 | | painful |
| | | ⓞ ⓛ knee - no swelling, √ecchymoses; alert; chest clear; |
| | | COR - RRR; abd soft, NT; nl radial pulses; nl DP pulse |
| | | ⓐ foot   no pedal edema |
| 123/72 | | ⓐ wired jaw;   ⓟ TN   HL   ⓛ thigh ⓛ ⓛ knee contusions |
| 138/80 | | |
| 72/82 | | |
| HR 70 | | ⓟ ↓   ↓   ↓   ↓ |
| | | ⓔ ⓑ x finished   diuretic   statin   improving |
| | | ⓔ diet   AJH   Mr. Bartl |

| INSTITUTION | PHYSICIAN | ROOM NO. | CDC NUMBER, NAME (LAST, FIRST, MI) |
|---|---|---|---|
| CSATF | | 34 | |

Wheeler, Eric
CDCR E82064
DOB: 5/14/58
Allergies: Penicillin
Dr. Neubarth

PHYSICIAN'S PROGRESS NOTES

CDC 7230 (7/90)

| DATE | TIM. | |
|---|---|---|
| 2/2/11 | | still has pain L knee ; "adrenaline" stimulation from his " PT SD " ; prefers ibuprofen q 8 hrs instead of TIP. |
| 54?5 | | |
| | | alert, NAD |
| | | chest clear ; COR RRR ; abd soft, NT × for small area L side (no change) ; no guarding, L leg: no swelling ; nl DP pulse L foot wire fixation, |
| 13/62 | | |
| 156/58 | | |
| 139/86 | | |
| HR69 | | |
| | | Dr. Duesberry |
| | | he states that he has 100T meeting tomorrow for his psych problems |
| 2/4/11 | | still c/o pain L knee |
| 0855 | | |
| | | alert, NAD L knee ; no swelling, pl ecchymosis — knee PROM performed chest clear ; COR RRR ; abd soft, NT, nl BS; nl redical pulses; nl DP pulses L foot |
| 134/77 | | |
| 131/56 | | |
| 148/66 | | |
| HR68 | | |



| INSTITUTION | PHYSICIAN | ROOM NO. | CDC NUMBER, NAME (LAST, FIRST/MI) |
|---|---|---|---|
| CSATP | Dr. Newbarth | 34 | |

Wheeler, Enz
E 82064
5.14.58
allergic Penicillin

PHYSICIAN'S PROGRESS NOTES

page 43

| DATE | TIME | |
|------|------|--|
| 3/11 | 1030 | IM patient has his Jaw Wired due to an altercation on the yard. He is stating his meals via a straw well. He is still having some discomfort but otherwise is doing well. No s/s of any infection @ this time. Will continue to monitor. [signature] |

| INSTITUTION | PHYSICIAN | ROOM NO | CDC NUMBER, NAME (LAST, FIRST, MI) |
|-------------|-----------|---------|-------------------------------------|
| CSATF | | 34 | Wheeler, Eric |
| | | | E82064 |

PHYSICIAN'S PROGRESS NOTES

5/14/55

CDC 7230 (7/90)

STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

| DATE | TIME | |
|---|---|---|
| 2-1-11 | 1111 | still has pain L leg |
| | 0920 | don't NAD
L leg – no swelling or deformity, nl DP pulse
chest clear; COR RRR; abd soft, NT, + BS;
ml radial pulses
June. erection
                    HTN      HL      L leg pain
                     ↓        ↓        ↓
                  diuretic  statin     ↓   mertbartl
                    ADA              neuropathy
                                     ↓
                                 encourage ROM |
| 2.10.11 | | S   Pt. denies any significant Δ in his body
health.
Pt is housed in CTC, s/p wired jaw
on pureed diet
O: 133/82  P 73   R 70
Alent & oriented, W HD
N: supple
C: S₁+ S₂+ RRR
lungs: clean to auscultation
Ext: no edema
A. S/p wired jaw, Pt. weight issue |

INSTITUTION
CSATF

PHYSICIAN

ROOM NO.

CDC NUMBER                  IST physician

WHEELER   ERIC

E82069

5/14/55

PHYSICIAN'S PROGRESS NOTES

CDC 7230 (7/90)

| DATE | TIME | |
|------|------|---|
| 2/12/11 | | S/P Jan injury - Horned in CTC |
| 18 31/hr | A. nursing needs - |
| | | W new complaint - |
| | | In no obvious Injuries |
| | | W. 140'1 71, 18, 98 97-2 |
| | Chest CTA | |
| | Heart RRR | |
| | 4/D intubated wrong |
| | | No ant isc - |
| | | Cont Nursing Care |
| | | compliance |

| 2/14/11 | S CT but still has | Godwin Ugwueze, MD Physician - Surgeon |
| 1025 | lots of pain L lat knee + swelling |
| | L knee area — no swelling no edly moes |
| | Chest clear cor RRR abd soft NT |
| | al BS nl DP pulses |
| | A wised jam bur pain |
| | | | |
| | | cont diet monitor |
| | | XR showed new bxtt |
| INSTITUTION CSATF | PHYSICIAN | ROOM NO. B4 no | CDC NUMBER, NAME (LAST) FIRST, MI) acute fxo NEUBARTH |

Wheeler, Eric
CDCR E82064
DOB: 5/14/58
Allergies: Penicillin
Dr. Neubarth

PHYSICIAN'S PROGRESS NOTES

| DATE | TIME | |
|---|---|---|
| 2/16/14 | | S: L leg, lat side just above knee, still very tender |
| | 0830 | w/ radial pulses; jaw — rubber bands; |
| | | O: alert NAD; chest clear; COR RRR; abd soft, NT; |
| | | L leg tender laterally just above knee jt is very tender w/ DP pulses; no swelling or redness |
| 134/9 | | A: "wired" jaw — L knee pain — HL — HTN |
| 150/74 | | |
| 114/80 | | P: ↓ per oral surgeon — probable tendon injury — ↓ repeat XR today — HL ↓ statin — HTN ↓ HCTZ add ACEi |
| 137/96 | | |
| | | |
| 2/18/14 | | S: L knee still hurts when he walks — J Meulbarth |
| 0855 | | O: alert, NAD |
| | | chest clear; COR RRR; abd soft, NT; L knee — tender at same spot on lat knee just above joint |
| | | A: wired jaw — HL — HTN — L knee pain |
| 163/81 | | |
| 134/... | | |
| 143/81 | | P/E: ↓ await oral surgeon's decision — HL ↓ statin — HTN ↓ HCTZ, ACEi — L knee pain ↓ await XR report ↓ probable injured tendon — J Meulbarth |
| 4467 | | |
| Jun/14/14 | | |

| INSTITUTION | PHYSICIAN | ROOM NO. | CDC NUMBER, NAME (LAST, FIRST, MI) |
|---|---|---|---|
| CSATF | | 24 | WHEELER ERIC<br>E82064<br>5/14/58 |

PHYSICIAN'S PROGRESS NOTES

CDC 7230 (7/90)

page 47

| DATE | TIME | |
|------|------|---|
| 2/2/11 | | 5/16 incidental injuries. |
| | | involving with explosion in his diet |
| 13:5 1hr | | continue in the file 6 thoughts issues. |
| | | D 38 65 9 97 47.2 |
| | | Chicu C → But |
| | | Rent R Rx |
| | | Ic 8/9 incidental ruling. |
| | | At new issues |
| | | continue pervious diet |
| | | Thurs |
| 3/23 | | SK willing to go to yard McBride 2C |
| | | |
| | | O effe to open mouth ~ 3 cm |
| | | chart NAD chest clear cor RRR abd soft NT ml BS |
| | | released L knee - ml swelling just |
| 12/1.0 | | minimal to cat knee joint |
| 13/4/96 | | Hc |
| 11.5 | | contention Mon Kar |
| HCal | | |
| mAs/c | | ACL |
| ( ) 3rd 4th1 | | FU PCP on yard |
| | | discharge to yard |

| INSTITUTION | PHYSICIAN | ROOM NO | CDC NUMBER, NAME (LAST, FIRST, MI) |
|-------------|-----------|---------|------------------------------------|
| CSATF | | 34 | Wheeler, Eric |
| | | | CDCR E82064 |
| | | | DOB: 5/14/58 |
| | | | Allergies: Penicillin |
| | | | Dr. Neubarth |

PHYSICIAN'S PROGRESS NOTES

CDC 7236 (7/90)
STATE OF CALIFORNIA          DEPARTMENT · CORRECTIONS

NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 2/18/11 | 0730 | | fasting CMP on Weds. 2/23/11 |
| | | | Newberth |
| | | | inital ... |
| 2/9/11 | /W | | 24° front ✓ done |
| | /R | | 24 chart ✓ done |
| 2/21/11 | /W | | 24° chart ✓ done |
| 2/12/11 | /W | | 24 chart ✓ done |
| 2/21/11 | rW | | 24° chart ✓ done |
| 2/21/11 | | 1. | H/a Dr. Dunberry 3/8/11 |
| | | 2. | change to regular diet |
| | | | Newberth |
| 2/23/11 | 0810 | | B Lossler P.A. |
| | | 1. | discharge to yard E1 - 113 L |
| | | 2. | discharge meds ⓐ ASA 81mg PO daily KOP 30 days |
| | | ⓑ | HCTZ 25mg PO daily KOP |
| | | ⓒ | simvastatin 20mg PO qHS KOP |
| | | ⓓ | enalapril 5mg PO daily KOP |
| | | ⓔ | NAPROXEN 500mg PO BID prn pain KOP |
| | | 3. | F/U CSATF |
| | | 4. | PCP 5 days |
| | | | whackchair outside of cell for 30 days |
| | | | WHEELER ERIC |
| | | | D.O.C. E82064 |
| | | | 5/14/58 |

ALLERGIES:

INSTITUTION ___ ROOM/WING ___
CDC NUMBER, NAME (LAST, FIRST, MI)

Confidential
Client Information
See W & I (Code, Sections 4514 and
5328

**PHYSICIAN'S ORDERS**

| INSTITUTION | HOSPITAL | DATE REPORT |
|---|---|---|
| CSATF | | 2/23/ |

## CONTENT GUIDELINES

**CHIEF COMPLAINT**

jaw pain

**PRESENT ILLNESS**

as above

**PHYSICAL FINDINGS** (include)
- Lab
- X-ray
- Path

jaw fixation

**PRELIMINARY DIAGNOSIS**

fracture jaw

**HOSPITAL COURSE TREATMENT**

rec'd fractured jaw diet

**PROCEDURES PERFORMED**

**DISCHARGE DIAGNOSIS**

none / HCV / HTN / contusion L knee

**CONDITION ON DISCHARGE**

good

**RECOMMENDATIONS**
- Follow-up
- Treatment

f/u PCP

CDC NUMBER, NAME (LAST, FIRST, MI)

WHEELER    ERIC

E820E4

5/14/58

SIGNATURE

REPORT PREPARED BY (PRINT OR TYPE NAME AND TITLE)          DATE

2/23/

## PATIENT DISCHARGE SUMMARY

CDC 7218 (7/90)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

CDC HCSD-ASU MED/MAR FORM: Style   (01/93)

MEDICATION ADMINISTRATION RECORD          For the Month of:                                      Year:

| NAME | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

1-21-11
DB
Yea wie culler available
for emergency
18
20

1-21-11
00
V/S q shift
12
18
20

1-21-11
08
diet pureed
12
18
20

1-21-11
F/up DR susbery
in 2 wks
2-4-11
18
20

1-21-11
Tasting w/ p d = cbc
Tasting Chif
Monday 1/24/11
08
12
18
20

1/29/11
X-ray Series (L) Knee
08
12
18
20

08
12
18
20

08
12

Wheeler, Eric
CDCR:E82064
DOB: 5/14/58
AUDITED
BY
ALLERGIES
Allergies: Penicillin
BY

| NAME | | | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

B Lowder RN     01

Allergs

J muñoz     LVN

**2/1/11**
Keep wire cutters
available for
emergency

**2/1/11**
V 1s 9 shift

diet puree

F/U p. dr. Susberry
M 2 week 4 F/U

2/8/11
p/s obtain
labs ordered
Dr/TC/l

2/8/11
RFS ENT
done

N med MD
Saw Silt

2/14/11
X-ray of ©
knee today

MEDICATION ADM:   :TRATION RECORD (CONTROLLED SUBSTANCE)

NAME OF RN/LVN/LPT   INITIAL   NAME OF RN/LVN/LPT   INITIAL   NAME OF RN/LVN/LPT   INITIAL   NAME OF RN/LVN/LPT   INITIAL

**ACETAMINOPHEN WITH CODEINE PHOSPHATE 120 MG-12 MG/5 ML ELIXIR**
(acetaminophen-codeine elixir)
TAKE 15 ML BY MOUTH 4 TIMES A DAY AS NEEDED FOR PAIN FOR 3 DAYS **CTC**
**CONTROLLED-FLOORSTOCK-DOT**

Fill Date: 1/21/2011   Orig Fill Date: 1/21/2011   Expire Date: 1/24/2011   Rx#: 174013986   Doctor: J. NEUBARTH-MD
Days Supply: 3883

**ASPIRIN 81 MG TABLET DR** (aspirin 81 mg tablet ec)
TAKE 1 TABLET BY MOUTH EVERY DAY **CRUSH AND FLOAT) **CTC**

Fill Date: 1/21/2011   Orig Fill Date: 1/21/2011   Expire Date: 2/20/2011   Rx#: 176461720   Doctor: J. NEUBARTH-MD
Days Supply: 30

**CLINDAMYCIN HCL 150 MG CAPSULE** (clindamycin hcl 150 mg caps ud)
TAKE 2 CAPSULES BY MOUTH 4 TIMES A DAY FOR 5 DAYS **(CRUSH AND FLOAT)**
**CTC**

Fill Date: 1/21/2011   Orig Fill Date: 1/21/2011   Expire Date: 1/26/2011   Rx#: 176461718   Doctor: J. NEUBARTH-MD
Days Supply: 5

Name: WHEELER, ERIC
DOB: 6/4/1958
Allergies: PENICILLIN
2/21/2011 7:07:52 PM

Building:   SATF-CTC   CDCR #: E82064   Housing: CTC 0-034

Additional Pages in Use: Yes   No

PAGE 15 OF

1/21/11 - Pro Tyl - codeine elixir given for pain to relief at 1800 - [signature]
1/22/11 - 2011 - 15 ml of Tyl-codeine elixir given for pain - [signature]
1/22/11 - 0530 - Tyl 2/1/12 15mcc per 6 low pain - [signature]
@ 0635 [signature]

1/23/11 - 1215 - Tyl-elixir 15mL po w/o pain 5/10 - [signature]
1/23/11 2000 Tyl elixir given per 1/hr require for pain and c relief - [signature]
1/23/11 0530 Tyl 15ml given for pain - [signature]
1/24/11 09.30 - Tyl elixir - 15mL O.D. c/o pain - [signature]

Tyl-codeine elixir 15 ml given for pain - [signature]
at 2110 - [signature]

MEDICATION ADMINISTRATION RECORD (CONTROLLED SUBSTANCE)

| NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL |
|---|---|---|---|---|---|---|---|

**HYDROCHLOROTHIAZIDE 25 MG TABLET** (hydrochlorothiazide 25 mg tab)
TAKE 1 TABLET BY MOUTH EVERY DAY **(CRUSH AND FLOAT) **CTC**

Rx# 17461779
Orig Fill Date: 1/21/2011    Expire Date: 2/20/2011    Day Supply: 30
Doctor: J. NEUBARTH MD

| Admin Time | 1/1 | 1/2 | 1/3 | 1/4 | 1/5 | 1/6 | 1/7 | 1/8 | 1/9 | 1/10 | 1/11 | 1/12 | 1/13 | 1/14 | 1/15 | 1/16 | 1/17 | 1/18 | 1/19 | 1/20 | 1/21 | 1/22 | 1/23 | 1/24 | 1/25 | 1/26 | 1/27 | 1/28 | 1/29 | 1/30 | 1/31 | 2/1 | 2/2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | | | | X | | X | | | | | | | | | | | | |

**NAPROXEN 500 MG TABLET** (naproxen 500 mg tablet)
TAKE 1 TABLET BY MOUTH TWICE A DAY AS NEEDED FOR PAIN WITH FOOD
**(CRUSH AND FLOAT) **CTC**

Rx# 17461722
Orig Fill Date: 1/21/2011    Expire Date: 2/20/2011    Day Supply: 30
Doctor: J. NEUBARTH MD

| Admin Time | 1/1 | 1/2 | 1/3 | 1/4 | 1/5 | 1/6 | 1/7 | 1/8 | 1/9 | 1/10 | 1/11 | 1/12 | 1/13 | 1/14 | 1/15 | 1/16 | 1/17 | 1/18 | 1/19 | 1/20 | 1/21 | 1/22 | 1/23 | 1/24 | 1/25 | 1/26 | 1/27 | 1/28 | 1/29 | 1/30 | 1/31 | 2/1 | 2/2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | X | X | X | X | X | | | | | | | | | | | | | | |

**MYASTATIN 20 MG TABLET** (simvastatin 20 mg tablet)
TAKE 1 TABLET BY MOUTH AT BEDTIME **(CRUSH AND FLOAT) **CTC**

Rx# 17461721
Orig Fill Date: 1/21/2011    Expire Date: 2/20/2011    Day Supply: 30
Doctor: J. NEUBARTH MD

| Admin Time | 1/1 | 1/2 | 1/3 | 1/4 | 1/5 | 1/6 | 1/7 | 1/8 | 1/9 | 1/10 | 1/11 | 1/12 | 1/13 | 1/14 | 1/15 | 1/16 | 1/17 | 1/18 | 1/19 | 1/20 | 1/21 | 1/22 | 1/23 | 1/24 | 1/25 | 1/26 | 1/27 | 1/28 | 1/29 | 1/30 | 1/31 | 2/1 | 2/2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | | X | | | | | | | | | | | | |

Name: **WHEELER, ERIC**
DOB: 5/14/1958
Allergies: PENICILLIN
1/21/2011 07:53 PM

Building: SATF-CTC
CDCR # E82064
Housing: CTC 0-034

Additional Pages in Use    Yes    No

11/11 - 0800 - Naproxen SID urs/tabs . c/o (R) knee pain - thigh . Refuse grant .
11/27/11 - 0800 - Naproxen SID us/T pb . c/o (L) knee + jaw - thigh .

1-25-11 - 0800 - NAPROXEN 500 mg/T (tabs) c/o jaw pain —— Afiss. — Allpd @ 0900 —
1-27-11 - 0800 - naproxen 500 mg/T (tabs) c/o jaw pain 5/10 - at report of 2001 - richard. B % p/t , meds long
1-27-11 - 0803 - NAPROXEN 500 mg/T shaky c/o jaw pain —— Afren —— Afren.
12-17 - 1630 naproxen 500 mg/T tab so c/o pain @ 5/10 - a.m.finter —— 2-050 Naproxen. Ca 9/11
1-28-11 - 0806 NAPROXEN 500 mg/T tab, for c/o jaw pain —— Afinc
1-28-01 - 1650 naproxen 500 mg/T tab so c/o jaw pain/slid @ 5/10 - a.mphew v 500B % pain . at report
1/29/11 - 0800 Naproxen 500 mg/T us - jaw pain - 1/9/Mhn -
1/30/11 1700 Naproxen 500 mg - + no crush for jaw - Refgrful - 6903/
1/30/11 0800 Naproxen c/o jaw pain - 1/9/Mhn -
11/18/11 1000 NAPROXEN 500mg/ jaw pain 11/10 - 170 effective - elcr

MEDICATION ADMINISTRATION RECORD

| NAME OF RN.LVN/PT | INITIAL | NAME OF RN.LVN/PT | INITIAL | NAME OF RN.LVN/PT | INITIAL | NAME OF RN.LVN/PT | INITIAL |
|---|---|---|---|---|---|---|---|

Wheeler, Eric
CDCR E82064
DOB: 5/14/58
Allergies: Penicillin
Dr. Neuharth

Orig Fill Date
Expire Date

Rx#:
Doctor:

Additional Pages in Use   Yes   No.

Housing

CDCR

Name:

DOB:

# MEDICATION ADMINISTRATION RECORD

NAME OF RN/LVN/LPT

INITIAL | NAME OF RN/LVN/LPT

INITIAL | NAME OF RN/LVN/LPT

**ASPIRIN 81 MG TABLET DR** (aspirin 81 mg tablet ec)
TAKE 1 TABLET BY MOUTH EVERY DAY **(CRUSH AND FLOAT) **CTC**

Rx#: 176474803
Doctor: J. NEUBARTH-MD

Orig Fill Date: 2/17/2011
Expire Date: 3/19/2011

Fill Date: 2/17/2011
Days Supply: 30

**ENALAPRIL MALEATE 5 MG TABLET** (enalapril maleate 5 mg tablet uid)
TAKE 1 TABLET ORALLY EVERY DAY **CTC**

Rx#: 176474008
Doctor: J. NEUBARTH-MD

Orig Fill Date: 2/16/2011
Expire Date: 3/18/2011

Fill Date: 2/16/2011
Days Supply: 30

**HYDROCHLOROTHIAZIDE 25 MG TABLET** (hydrochlorothiazide 25 mg tab)
TAKE 1 TABLET BY MOUTH EVERY DAY **(CRUSH AND FLOAT) **CTC**

Rx#: 176474004
Doctor: J. NEUBARTH-MD

Orig Fill Date: 2/17/2011
Expire Date: 3/19/2011

Fill Date: 2/17/2011
Days Supply: 30

**IBUPROFEN 600 MG TABLET** (ibuprofen 600 mg tablet)
TAKE 1 TABLET BY MOUTH EVERY 8 HOURS AS NEEDED FOR PAIN

Rx#: 176466870
Doctor: J. NEUBARTH-MD

Orig Fill Date: 2/3/2011
Expire Date: 3/5/2011

Fill Date: 2/3/2011
Days Supply: 30

Housing: CTC 0-034

Building: SATF-CTC
CDCR #: E82064

Name: WHEELER, ERIC
DOB: 5/14/1958
Allergies: PENICILLIN

Additional Pages in Use    Yes    No

2/19/2011 12:36:37 PM

2/19/11 - 0830 - Seguefor boong 7 tab. c/o pain + ① leg pain - f leg - "Helped roofing at 2/10 -

2/19/11 - 2300 - Seguefor lon n 8 ; tab c/o pain ↓ less. and did helped

4/20 - 0810 - Matric 60 mg-8.0 gruel for exampled @eval - myon-hydra

2/25 - 1190 - Matric 60 mg. 8V - goin/Leg Pain - Gelfer 130-70

2/20/11 - 2000 - Isuprofen gua c/o pain and did helped at 2100 - Wall LV

2/21/11 - 0830 - Seguefor - c/o pain/leg pain - they helped -rofing @ 0200 -f

= 19474 - Isuprofen 600 mg 7 tab do Messagus - Wall It I/n d dut for Appt. @ 0700 -

2/22/11 - 1700 - Ibuprofen 600mg i tab c/o discomfort -

2/23/4 2000 I Ibuprofen lookin ii tab pain sure and did helped at 2/10 - Wall V

MEDICATION ADMINISTRATION RECORD

NAME OF RN/LVN/LPT ___ INITIAL ___ NAME OF RN/LVN/LPT ___ INITIAL ___ NAME OF RN/LVN/LPT M.D. Ommnsgav ___ INITIAL ___ NAME OF RN/LVN/LPT ___ INITIAL ___

**LACTOSE-FREE FOOD LIQUID** (boost energy drink)
DRINK 2 CONTAINERS ORALLY 3 TIMES A DAY **CTC** **FLOORSTOCK NON-FORMULARY APPROVED**

Rx#: 17646308
Orig Fill Date: 2/22/2011
Expire Date: 3/4/2011
Fill Date: 2/22/2011
Days Supply: 30
Doctor: J. NEUBARTH MD

| Admin Time | 2/1 | 2/2 | 2/3 | 2/4 | 2/5 | 2/6 | 2/7 | 2/8 | 2/9 | 2/10 | 2/11 | 2/12 | 2/13 | 2/14 | 2/15 | 2/16 | 2/17 | 2/18 | 2/19 | 2/20 | 2/21 | 2/22 | 2/23 | 2/24 | 2/25 | 2/26 | 2/27 | 2/28 | 3/1 | 3/2 | 3/3 | 3/4 | 3/5 | 3/6 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

**MAGNESIUM HYDROXIDE 400 MG/5 ML ORAL SUSP** (milk of magnesia suspension)
TAKE 2 TABLESPOONSFUL BY MOUTH 3 TIMES A DAY AS NEEDED FOR CONSTIPATION **CTC** FLOORSTOCK

Rx#: 17647406
Orig Fill Date: 2/17/2011
Expire Date: 3/19/2011
Fill Date: 2/17/2011
Days Supply: 5,256
Doctor: J. NEUBARTH MD

| Admin Time | 2/1 | 2/2 | 2/3 | 2/4 | 2/5 | 2/6 | 2/7 | 2/8 | 2/9 | 2/10 | 2/11 | 2/12 | 2/13 | 2/14 | 2/15 | 2/16 | 2/17 | 2/18 | 2/19 | 2/20 | 2/21 | 2/22 | 2/23 | 2/24 | 2/25 | 2/26 | 2/27 | 2/28 | 3/1 | 3/2 | 3/3 | 3/4 | 3/5 | 3/6 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

**SIMVASTATIN 20 MG TABLET** (simvastatin 20 mg tablet)
TAKE 1 TABLET BY MOUTH AT BEDTIME **(CRUSH AND FLOAT) CTC**

Rx#: 17647407
Orig Fill Date: 2/17/2011
Expire Date: 3/19/2011
Fill Date: 2/17/2011
Days Supply: 30
Doctor: J. NEUBARTH MD

| Admin Time | 2/1 | 2/2 | 2/3 | 2/4 | 2/5 | 2/6 | 2/7 | 2/8 | 2/9 | 2/10 | 2/11 | 2/12 | 2/13 | 2/14 | 2/15 | 2/16 | 2/17 | 2/18 | 2/19 | 2/20 | 2/21 | 2/22 | 2/23 | 2/24 | 2/25 | 2/26 | 2/27 | 2/28 | 3/1 | 3/2 | 3/3 | 3/4 | 3/5 | 3/6 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

**KOP CHLORHEXIDINE GLUCONATE 0.12 %**
**MOUTHWASH** (chlorhexidine 0.12% rinse)
RINSE 15 MLS TWICE A DAY FOR 30 SECONDS THEN SPIT **KOP** **NO REFILLS**

Building: SATF-CTC
CDCR #: E82064
Fill Date: 2/8/2011
Expire Date: 2/23/2011

| Admin Time | 2/1 | 2/2 | 2/3 | 2/4 | 2/5 | 2/6 | 2/7 | 2/8 | 2/9 | 2/10 | 2/11 | 2/12 | 2/13 | 2/14 | 2/15 | 2/16 | 2/17 | 2/18 | 2/19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |

Name: **WHEELER, ERIC**
DOB: 1/1/1958
Allergies: PENICILLIN

Housing
CTC 0-034

Additional Pages in Use
Yes    No

2/15/2011 12:36:36 PM

...RATION RECORD

| | INITIAL | NAME OF PHYSICIAN | INITIAL | NAME OF PHYSICIAN | INITIAL | NAME OF PHYSICIAN |
|---|---|---|---|---|---|---|

Orig Fill Date:   Expire Date:   Fill Date:   Days Supply:   Orig Fill Date:   Expire Date:   Doctor:   Rx#

Disp 3 one pint bottles

Order Rexidium 0.12% expectorate

Swish & spit for 30 seconds

Fill Date:   Days Supply:   Orig Fill Date:   Expire Date:   Doctor:   Rx#

Fill Date:   Days Supply:   Orig Fill Date:   Expire Date:   Doctor:   Rx#

CDCR:

Housing

Additional Pages in Use   Yes   No

Name   Wheeler, Eric
CDCR E82064
DOB: 5/14/58
Allergies: Penicillin
Dr. Neubarth

2/2/11 - 10:20 - motrin 600mg given for pain - Bubchall - LVN

1/3/11 - 13:30 - Motrin 600 mg given c/o pain

2/4/11 - 0580 - Mot/th 600mg given for c/o jaw pain

2/4/11 - 1310 - Motrin 600mg i tab. c/o jaw pain + of ug -7A neyo = helped resting

2/5/11 - 0805 - Motrin 600 mg i tab. c/o jaw pain (R) armpt leg areas - 09-Helped

2/5/11 - 1210 - Motrin 600 mg i tab - c/o jaw racist leg areas - Helped

2/6/11 - 1800 - Motrin 600 7 tab given for jaw pain at armpit cvn 1300 helped at 2nd

2/6/11 - 200 - Motrin 600 mg i tab - other - c/o jaw pain / 2/15 - Helped

2/7/11 - of 20 - motrin 600 2 tab - c/o of jaw pain - helped pm + 00-30 pm nasty c/o pain 2 helped

2/7/11 - 1330 - Motrin 600mg i tab. c/o jaw pain - helped = 1470 - restless

2/7/11 - 1700 Crushed 600mg i tab c/o jaw pain - as needed pm 1800 helped at rt pain

2/8/11 - 010 of for pain given after eval + 15 po - helped at XI r-s - helped badly

2/9/11 - 200 - crushed 600 mg i tab given pre c/o jaw pain @ 3/10 - as needed/cvn at - Helped at armpit

2/10/11 - 130 - asthma 600 i tab given for c/o jaw pain @ 3/10 - as needed

2/9/11 - 0800 motrin (crushed) i tab gn for di mandible for 850 helped

2/9/11 - 0800 motrin (crushed) i tab gn for di mandible for 850 helped

2/11/11 - 0800 motrin i tab given for di armpit pain 6/11 helped

2/12/11 - 2000 motrin 600mg i tab taken c/o gina c/o pain helped

2/12/11 - 2000 motrin 600 mg 7 tab po given for 20 pain - helped

2/13/11 - 0530

2/14/11 - 1250 Mohrin 600mg i tab po given c/o jaw - Helped

2/14/11 - 1200 Motrin 600mg i tab po c/o jaw - Helped

2/14/11 - 2010 - Motrin 600 mg i tab po c/o pain

2/15 - 0530 Motrin 600mg i tab po given

MEDICATION ADMINISTRATION RECORD

NAME OF RN/LVN/LPT

NAME OF RN/LVN/LPT

NAME OF RN/LVN/LPT

NAME OF RN/LVN/LPT

LACTOSE FREE FOOD LIQUID (boost energy drink)
DRINK 2 CONTAINERS ORALLY 3 TIMES A DAY ***CTC*** FLOORSTOCK NON-
FORMULARY APPROVED

Orig Fill Date: 2/2/2011
Expire Date: 3/4/2011

Fill Date: 2/2/2011
Days Supply: 30

Rx#: 176466308-1
Doctor: J. NEUBARTH-MD

| Admin Time | 2/1 | 2/2 | 2/3 | 2/4 | 2/5 | 2/6 | 2/7 | 2/8 | 2/9 | 2/10 | 2/11 | 2/12 | 2/13 | 2/14 | 2/15 | 2/16 | 2/17 | 2/18 | 2/19 | 2/20 | 2/21 | 2/22 | 2/23 | 2/24 | 2/25 | 2/26 | 2/27 | 2/28 | 3/1 | 3/2 | 3/3 | 3/4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | x | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | x | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | x | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

PENICILLIN

Building:  SATF-CTC          Housing

CDCR #  E82064               CTC 0-034

Additional Pages In Use
Yes          No

Name:  WHEELER, ERIC

DOB:  5/14/1958

2/2/2011 11 09 53 AM

# MEDICATION ADMINISTRATION RECORD

NAME OF RN/LVN/LPT

**ASPIRIN 81 MG TABLET DR** (aspirin 81 mg tablet ec)
TAKE 1 TABLET BY MOUTH EVERY DAY **(CRUSH AND FLOAT) **CTC**

Fill Date: 1/24/2011   Orig Fill Date: 1/21/2011
Days Supply: 30   Expire Date: 2/20/2011

Rx#: 176461720
Doctor: J. NEUBARTH-MD

| Admin Time | 2/1 | 2/2 | 2/3 | 2/4 | 2/5 | 2/6 | 2/7 | 2/8 | 2/9 | 2/10 | 2/11 | 2/12 | 2/13 | 2/14 | 2/15 | 2/16 | 2/17 | 2/18 | 2/19 | 2/20 | 2/21 | 2/22 | 2/23 | 2/24 | 2/25 | 2/26 | 2/27 | 2/28 | 3/1 | 3/2 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**HYDROCHLOROTHIAZIDE 25 MG TABLET** (hydrochlorothiazide 25 mg tab)
TAKE 1 TABLET BY MOUTH EVERY DAY **(CRUSH AND FLOAT) **CTC**

Fill Date: 1/24/2011   Orig Fill Date: 1/21/2011
Days Supply: 30   Expire Date: 2/20/2011

Rx#: 176461719
Doctor: J. NEUBARTH-MD

| Admin Time | 2/1 | 2/2 | 2/3 | 2/4 | 2/5 | 2/6 | 2/7 | 2/8 | 2/9 | 2/10 | 2/11 | 2/12 | 2/13 | 2/14 | 2/15 | 2/16 | 2/17 | 2/18 | 2/19 | 2/20 | 2/21 | 2/22 | 2/23 | 2/24 | 2/25 | 2/26 | 2/27 | 2/28 | 3/1 | 3/2 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**IBUPROFEN 600 MG TABLET** (ibuprofen 600 mg tablet)
TAKE 1 TABLET BY MOUTH 3 TIMES A DAY AS NEEDED FOR PAIN WITH FOOD
**CTC**

Fill Date: 1/31/2011   Orig Fill Date: 1/31/2011
Days Supply: 30   Expire Date: 3/2/2011

Rx#: 176465547
Doctor: J. NEUBARTH-MD

| Admin Time | 2/1 | 2/2 | 2/3 | 2/4 | 2/5 | 2/6 | 2/7 | 2/8 | 2/9 | 2/10 | 2/11 | 2/12 | 2/13 | 2/14 | 2/15 | 2/16 | 2/17 | 2/18 | 2/19 | 2/20 | 2/21 | 2/22 | 2/23 | 2/24 | 2/25 | 2/26 | 2/27 | 2/28 | 3/1 | 3/2 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Building:   SATF-CTC
CDCR #   E82064

Housing
CTC 0-034

Additional Pages in Use
No   Yes

Name:   **WHEELER, ERIC**
DOB:   5/14/1959
Allergies:   PENICILLIN
2/2/2011 2:57:59 AM

2/16/11 @ 0600 MOTRIN 600 mg GIVEN/PRN FOR PAIN/MED EFFECTIVE —M. BRACAMONTE LPN

2/17/11 2010 requested motrin for pain and it was given. C̄ relief at 2110 - RBLahll

2/18/11 2000 ibuprofen given per 1/4 request - Balall    2110± asleep - RBLahll

# MEDICATION ADMINISTRATION RECORD

NAME OF RN/LVN/LPT          INITIAL          NAME OF RN/LVN/LPT          INITIAL          NAME OF RN/LVN/LPT          INITIAL          NAME OF RN/LVN/LPT          INITIAL

LACTOSE FREE FOOD LIQUID (boost energy drink)
DRINK 1 CONTAINER 3 TIMES A DAY FLOORSTOCK **CTC** NON-FORMULARY
APPROVED

Re#: 17461837
Fill Date: 1/25/2011    Orig Fill Date: 1/25/2011    Doctor: O. ONYEJE-MD
Days Supply: 14          Expire Date: 2/7/2011

| Admin Time | 2/2 | 2/3 | 2/4 | 2/5 | 2/6 | 2/7 | 2/8 | 2/9 | 2/10 | 2/11 | 2/12 | 2/13 | 2/14 | 2/15 | 2/16 | 2/17 | 2/18 | 2/19 | 2/20 | 2/21 | 2/22 | 2/23 | 2/24 | X | X | X | X | X | X | X | X | X |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

MAGNESIUM HYDROXIDE 400 MG/5 ML ORAL SUSP (milk of magnesia suspension)
TAKE 2 TABLESPOONSFUL BY MOUTH 3 TIMES A DAY AS NEEDED FOR
CONSTIPATION **CTC** FLOORSTOCK

Re#: 17462836
Fill Date: 1/25/2011    Orig Fill Date: 1/25/2011    Doctor: O. BEREGOVSKAYA-MD
Days Supply: 5.555      Expire Date: 7/24/2011

| Admin Time | 2/2 | 2/3 | 2/4 | 2/5 | 2/6 | 2/7 | 2/8 | 2/9 | 2/10 | 2/11 | 2/12 | 2/13 | 2/14 | 2/15 | 2/16 | 2/17 | 2/18 | 2/19 | 2/20 | 2/21 | 2/22 | 2/23 | 2/24 | X | X | X | X | X | X | X | X | X |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

SIMVASTATIN 20 MG TABLET (simvastatin 20 mg tablet)
TAKE 1 TABLET BY MOUTH AT BEDTIME **(CRUSH AND FLOAT) **CTC**

Re#: 17461721
Fill Date: 1/21/2011    Orig Fill Date: 1/21/2011    Doctor: J. NEUBARTH-MD
Days Supply: 30         Expire Date: 2/20/2011

| Admin Time | 2/2 | 2/3 | 2/4 | 2/5 | 2/6 | 2/7 | 2/8 | 2/9 | 2/10 | 2/11 | 2/12 | 2/13 | 2/14 | 2/15 | 2/16 | 2/17 | 2/18 | 2/19 | 2/20 | 2/21 | 2/22 | 2/23 | 2/24 | X | X | X | X | X | X | X | X | X |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Building: SATF-CTC          Housing: CTC 0-034
CDCR #: E82064

Additional Pages In Use:   Yes   No

Name: WHEELER, ERIC
DOB: 5/14/1958
Allergies: PENICILLIN
7/1/2011 2:57:58 AM

MEDICATION ADMINISTRATION RECORD                For the Month of:   Feb. 2011

| NAME OF RN/MTA Initials | NAME OF RN/MTA Initial | NAME OF RN/MTA Initial | NAME OF RN/MTA Initial |
|---|---|---|---|
| | | | Jackson   C |

2/18/11

Fasting CHP on

Weds 2/23/11

09
13
17
21

2/23/11

Reg diet

09
13
17
21

Wheeler, Eric
CDCR E82064
DOB: 5/14/58
Allergies: Penicillin

CDC#:                          HOUSE:   3U



Correctional Treatment Center Policy and Procedure Manual – Food and Nutrition Services

Corcoran SATF

## Corcoran SATF Nutrition Care Plan – Mental Health page 3

| Date Initials | Problem / Need | Goal | Interventions | Dept | Date Reviewed | Date Reviewed | Date Reviewed | Date Reviewed | Date Resolved |
|---|---|---|---|---|---|---|---|---|---|
| | Skin Tenting at Sternum Dx of Dehydration | | Monitor skin | | | | | | |
| | Increased S. Osmo >300/ UTI | | Cranberry juice w/meals | | | | | | |
| | **Risk of Constipation** | | Additional ↑ fiber foods | | | | | | |
| | R/T: dx/hx consitpation; or impaction | Patient will have BM qd □ Qod □; Every 3rd day □ | Increase fluids At meals_____oz Type of Fluid | | | | | | |
| | Pain Rx/ Laxatives/Diuretics N/V/ abdominal distention | By_____ By_____ By_____ | Meds as Rx Nourishment as Rx | | | | | | |
| | **Other:** | | | | | | | | |
| | □ Has significant food allergies: | | Allow pt to refuse foods | | | | | | |
| | □ Has religious food preferences | | Chaplain consultation to assist: religious food pref | | | | | | |
| | □ Visual Deficits | | Request placement of food and drink in line of inmate-patient's gd vision | | | | | | |
| | □ Chronic pain DX | | Give pain Rx, prior ● | | | | | | |
| | □ Knowledge deficit regarding nutrition therapy for Dx: | | Prior discharge from CTC RD will counsel patient on making food choices. | | | | | | |

**DISCHARGE PLANNING**

LONG TERM GOAL: Finish one Mealntwo (illegible) without Maintain Wt. without

| Initials | SIGNATURE | DATE |
|---|---|---|
| we J | Me Smith | |
| | | |

PHYSICIAN

**DIAGNOSIS**

s/p mandible fx repair

☑ Dietary   Chaplain

Nurse

MD

Wheeler, Eric
CDCR E82064
DOB 5/14/58
Allergies: Penicillin
Dr. Neubarth

Version 3.1.2

Summary · Bed Inventory · ADA/EC History

Generate Reports / Get Help / Report a Problem / Log Ou

CDC # E82064 [Search]                          CDC Number: E82064, WHEELER, ERIC CLARK

## Summary

### Offender/Placement
| | |
|---|---|
| CDC # | E82064 |
| Name: | WHEELER, ERIC CLARK |
| Institution: | Substance Abuse Treatment Facility and State Prison |
| Bed Code: | CTC 0000000034S |
| Placement Score: | 19 |
| Custody Level: | Maximum |
| Placement Factor: | |
| Housing Restrictions: | |
| Physical Limitations: | |

### Disability/Assistance
| | |
|---|---|
| DPP Code: | NCF [History] |
| DPP Codes: | |
| 1845 Date: | |
| MHSDS Code: | EOP |
| SLI: | |
| Primary Method: | |
| Alternate Method: | |
| Learning Disability: | |
| TABE Score: | 9.9 |
| TABE Date: | 01/07/2002 |
| Healthcare Appliances: | |
| Dialysis: | No |
| Last Accomm: | |
| Spoken Languages: | |

### Important Dates
| | |
|---|---|
| Pending Revocation: | No |
| Revocation Date: | |
| Date Received in CDCR: | 01/18/1991 |
| Last Return Date: | |
| Extended Stay Date: | 03/19/1991 |
| Extended Stay Privileges? | |
| Release Date: | 11/23/2040 |
| 120 Day Date: | 07/26/2040 |
| Next IDST Date: | |

### Work/Vocation/PIA
| | |
|---|---|
| | 1 |
| Group Priv: | |
| Group Work: | |
| Start Date: | |
| Status: | |
| Job Position: | |
| Job Title: | |
| IWTIP Code: | |
| IWTIP Description: | |
| Regular Day Off: | |
| Work Hours: | |

## Accommodation History

No Accommodation Records Found.

NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|

**PHYSICIAN'S ORDERS**

ALLERGIES:

INSTITUTION

ROOM/WING

Confidential
client information
See W & I Code, Sections 4514 and
5328

CDC 7221 (2/00)
STATE OF CALIFORNIA        OSP 05 93459        DEPARTMENT OF CORRECTIONS

## CSATF/SP CLINICAL ENCOUNTER EFFECTIVE COMMUNICATION FORM

| INMATE NAME | CDC NUMBER | Date |
|---|---|---|
| Wheeler Eric | E8 20604 | 1/21/11 |

THE DISABILITY EFFECTIVE COMMUNICATION (DEC) SYSTEM, UNIT HEALTH RECORD or APPROPRIATE LISTS WERE REVIEWED FOR EFFECTIVE COMMUNICATION NEEDS

"Patient/Inmate" was identified with:
☐ TABE 4.0 or lower
☐ Hearing
☐ Vision
☒ Speech   c plus with cmut RIP lievel reduction C manual Fracture
☐ Learning Disability
☐ Developmental Disability *(ensure confidentiality)*

Assistance provided to ensure effective communication:
☒ Use of Text Magnifier
☐ Read Documents
☐ Lip Reading
☒ Foreign Language Interpreter
☐ Patient/Inmate stated he did not need any assistance for Effective Communication
☐ Other _____

☐ Sign Language Interpreter
☐ Written Notes (see attached notes)
☐ Simple English Spoken Slowly & Clearly
☐ Wearing his hearing aid(s)

☐ Name of Sign Language Interpreter *(if applicable)*: _____

Method used to determine communication was effective:
☒ Patient/Inmate reiterated in his own words, what was explained
☐ Patient/Inmate provided appropriate, substantive responses to questions asked
☐ Patient/Inmate asked appropriate questions regarding the information provided
☐ Other _____

Communication was ineffective
☐ Patient/Inmate did not appear to understand the communication, even though the primary method of communication was used

| | |
|---|---|
| Martha Kiv | 1/21/11 |
| Staff Signature | Date |

NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 22/11 | 2015 | | Boost 3 Can + id pc x 2 weeks |
| | | | 7. c Dr Ongeje 1 Kbit |
| | | | |
| | | | |
| | | | 2/ chart / pre |
| 12/29/11 | W | | 2N chart / done |
| | | | |

ALLERGIES: DCV

INSTITUTION C - SATF

ROOMAVING 3.4

CDC NUMBER, NAME (LAST, FIRST, MI)

Confidential
client information
See W & I Code. Sections 4514 and
5328

Wheeler Eric

E82064

DoB: 5/14/58

**PHYSICIAN'S ORDERS**

CDC 7221 (2/00)
STATE OF CALIFORNIA        OSP 05 93459        DEPARTMENT OF CORRECTIONS