# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

ERIC WHEELER,

      Plaintiff,

v.

KATHLEEN ALISON, et al,

      Defendants.

_____/

CASE NO. 1:12-cv-00861-GBC (PC)

ORDER DENYING PLAINTIFF'S MOTION
FOR ISSUANCE OF SUMMONS

Doc. 9

      Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On July 23, 2012, Plaintiff filed a motion for issuance of summons. Doc. 9.

      The complaint has yet to be screened; defendants have not been served; and there is no scheduling order in place. *See* First Informational Order, Doc. 4.

      Accordingly, Plaintiff's motion for issuance of summons is DENIED.

IT IS SO ORDERED.

Dated:   December 17, 2012

                          UNITED STATES MAGISTRATE JUDGE