# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC WHEELER,<br><br>             Plaintiff,<br><br>      vs.<br><br>KATHLEEN ALISON, et al.,<br><br>             Defendants. | 1:12cv00861 LJO DLB PC<br><br>ORDER DENYING PLAINTIFF'S<br>MOTION FOR MISCELLANIOUS RELIEF<br><br>(Document 27) |

Plaintiff Eric Wheeler ("Plaintiff"), is proceeding pro se and in forma pauperis in this civil rights action filed on May 25, 2012. Pursuant to Court orders dated March 27, 2013, and April 15, 2013, the United States Marshal has been directed to serve Defendants Duck, Murrieta, Lowder, Loftis, Ross, Mui, Neubarth, Ancheta and Alison.

On August 6, 2013, Plaintiff filed a motion for service of the summons and complaint. Plaintiff appears to request that the Court investigate the status of service.

Plaintiff's request is DENIED. The United States Marshal effectuates service under instructions and a timeframe from the Court, and the Court will not interfere with that process under the circumstances presented here. The Marshal will return service to the Court, either executed or unexecuted, as soon as it is received.

1

IT IS SO ORDERED.

Dated:   **August 12, 2013**                          /s/ *Dennis L. Beck*
                                         UNITED STATES MAGISTRATE JUDGE