UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC WHEELER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALLISON, et al.,<br><br>　　　　Defendants. | Case No.: 1:12cv00861 LJO DLB (PC)<br><br>ORDER EXTENDING APPLICATION OF DISCOVERY AND SCHEDULING ORDER TO DEFENDANTS ANCHETA AND ROSS<br><br>(Document 45) |

　　　　Plaintiff Eric Wheeler ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　Defendants Allison, Duck, Murrieta, Lowder, Loftis and Neubarth filed an answer on January 14, 2014. As a result, the Court issued a Discovery and Scheduling Order on January 17, 2014. At the time, all Defendants had not yet appeared.

　　　　Subsequently, on February 12, 2014, Defendant Ancheta filed an answer. Defendant Ross filed an answer on February 18, 2014.[1]

---

[1] A waiver of service filed on January 14, 2014, indicates that Defendant Mui has been served, though an answer has not yet been filed.

1

Accordingly, application of the Discovery and Scheduling Order filed on January 17, 2014, is HEREBY EXTENDED to Defendants Ancheta and Ross.

IT IS SO ORDERED.

Dated: **February 25, 2014**                    /s/ *Dennis L. Beck*
                                                UNITED STATES MAGISTRATE JUDGE