# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC WHEELER,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ALISON, et al.,<br><br>　　　　　Defendants. | 1:12cv00861 LJO DLB PC<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND DENYING REQUEST FOR REIMBURSEMENT<br><br>(Documents 54, 65) |

　　　　Plaintiff Eric Wheeler ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action filed on May 25, 2012.

　　　　On February 21, 2014, the Court provided Defendant Ancheta an opportunity to respond to the United States Marshal's request for reimbursement for personal service.

　　　　Defendant Ancheta provided a response on March 20, 2014. Having reviewed the response, the Court finds that Defendant Ancheta has demonstrated good cause for failing to return the waiver. At the time the waiver was mailed, Defendant Ancheta had retired and was no longer employed with CDCR. Although an attempt was made to locate Defendant Ancheta at that time, Ancheta could not be located until recently.

1

Accordingly, the Court DISHCARGES the order to show cause and DENIES the United States Marshal's request for reimbursement.

IT IS SO ORDERED.

Dated:   **March 26, 2014**                              /s/ *Dennis L. Beck*
                                                       UNITED STATES MAGISTRATE JUDGE