# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC WHEELER,<br><br>        Plaintiff,<br><br>    vs.<br><br>ALISON, et al.,<br><br>        Defendants. | 1:12cv00861 LJO DLB PC<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND DENYING REQUEST FOR REIMBURSEMENT<br><br>(Documents 53, 63) |

   Plaintiff Eric Wheeler ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action filed on May 25, 2012.

   On February 19, 2014, the Court provided Defendant Ross with an opportunity to respond to the United States Marshal's request for reimbursement for personal service.

   Defendant Ross provided a response on March 20, 2014. Having reviewed the response, the Court finds that Defendant Ross has demonstrated good cause for failing to return the waiver. At the time the waiver was mailed, Defendant Ross had changed employment and was no longer employed with CDCR. He did not receive the waiver.

1

Accordingly, the Court DISHCARGES the order to show cause and DENIES the United States Marshal's request for reimbursement.

IT IS SO ORDERED.

Dated:  **March 26, 2014**                    /s/ Dennis L. Beck
                                    UNITED STATES MAGISTRATE JUDGE