UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC WHEELER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALLISON, et al.,<br><br>　　　　Defendants. | Case No.: 1:12cv00861 LJO DLB (PC)<br><br>ORDER REQUIRING DEFENDANTS TO ADDRESS STATUS OF PLAINTIFF'S PROPERTY ACCESS WITHIN TWENTY-ONE DAYS |

　　　　Plaintiff Eric Wheeler ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The action is currently in the discovery phase.

　　　　On May 5, 2014, Plaintiff filed a motion requesting assistance from the Court in obtaining inmate-witness interviews. Plaintiff believes that he has been placed in Administrative Segregation in retaliation for his lawsuit(s) and, as a result, cannot access inmates for interviews. Plaintiff also states that his property, which contains information necessary to this action, is in R&R.

At this time, the Court ORDERS Defendants to address the status of Plaintiff's property access within twenty-one days of the date of service of this order. The Court will issue further orders as necessary.

IT IS SO ORDERED.

Dated: **May 8, 2014**          /s/ *Dennis L. Beck*
                                   UNITED STATES MAGISTRATE JUDGE