UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC WHEELER,<br><br>    Plaintiff,<br><br>  v.<br><br>ALLISON, et al.,<br><br>    Defendants. | Case No.: 1:12cv00861 LJO DLB (PC)<br><br>ORDER REQUIRING PLAINTIFF TO PROVIDE FURTHER INFORMATION RELATING TO HIS MOTION FOR TEMPORARY RESTRAINING ORDER<br><br>(Document 94) |

    Plaintiff Eric Wheeler ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The action is currently in the discovery phase.

    On May 5, 2014, Plaintiff filed a motion requesting assistance from the Court in obtaining inmate-witness interviews. Plaintiff believes that he has been placed in Administrative Segregation in retaliation for his lawsuit(s) and, as a result, cannot access inmates for interviews. Plaintiff also indicated that his property, which contained information necessary to this action, was in R&R.

    On May 16, 2014, in response to the Court's order, Defendants submitted a status report regarding Plaintiff's property. Defendants' counsel indicates that Jason Barba, the Litigation Coordinator at SATF, reported that Plaintiff's property was delivered to him on May 9, 2014. Mr. Barba is unaware of any current claim that Plaintiff's property is missing.

1

Now that it appears that Plaintiff has his property, Plaintiff should be able to identify the witnesses at issue. In his motion, Plaintiff specifically identifies Inmate Ron Mitchell and states that he has been prevented from obtaining the inmate's declaration. However, Plaintiff's request does not appear to be limited to Inmate Mitchell.[1]

Accordingly, Plaintiff is ORDERED to submit further briefing providing (1) the names of potential witnesses; and (2) explaining why the witness testimony is relevant. Plaintiff SHALL submit this information within thirty (30) days of the date of service of this order. Defendants SHALL be permitted to respond to Plaintiff's filing within fourteen (14) days of the date of service of Plaintiff's further briefing.

IT IS SO ORDERED.

Dated: **May 19, 2014**   /s/ Dennis L. Beck
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff also requests that he be provided with a tape recorder, as well as 30 minutes with each witness. While the Court can possibly assist Plaintiff in obtaining signatures for declarations, it cannot necessarily order the institution to provide Plaintiff with recording instruments or non-written communications with other inmates. The fact remains that Plaintiff is incarcerated, and although he is entitled to conduct discovery, the security needs of the institution cannot be ignored.