UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ERIC WHEELER, | ) | Case No.: 1:12cv00861 LJO DLB (PC) |
| | ) | |
| Plaintiff, | ) | ORDER DENYING PLAINTIFF'S MOTION FOR |
| v. | ) | COURT ASSISTANCE AS DUPLICATIVE |
| | ) | |
| ALLISON, et al., | ) | (Document 106) |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

    Plaintiff Eric Wheeler ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR").  Plaintiff is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  The action is currently in the discovery phase.

    On May 5, 2014, Plaintiff filed a motion requesting assistance from the Court in obtaining inmate-witness interviews.  On May 20, 2014, the Court ordered Plaintiff to submit further briefing providing additional information relating to the potential inmate witnesses.  Plaintiff filed his further briefing on June 4, 2014.  Defendants' response is due on or about June 18, 2014.

    On May 23, 2014, Plaintiff filed another motion for Court assistance relating to inmate witnesses.  The motion was signed prior to the Court's May 20, 2014, order requiring further briefing.

1

Accordingly, as the issues in Plaintiff's May 23, 2014, motion will be addressed by the Court in determining his motion for temporary restraining order, the motion is DENIED as duplicative.

IT IS SO ORDERED.

Dated:   **June 17, 2014**                                         /s/ Dennis L. Beck
                                                                        UNITED STATES MAGISTRATE JUDGE