# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC WHEELER,<br><br>        Plaintiff,<br><br>  vs.<br><br>KATHLEEN ALISON, et al.,<br><br>        Defendants. | 1:12cv00861 LJO DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING DEFENDANT MUI'S MOTION TO DISMISS<br><br>(Document 101) |

Plaintiff Eric Wheeler ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action. Plaintiff filed his complaint on May 25, 2012.

On March 14, 2014, Defendant Mui filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 20, 2014, the Court issued Findings and Recommendations that Defendant Mui's motion be denied. The Findings and Recommendations were served on the parties and contained notice that any objections were to be filed within twenty-one (21) days. Neither party has filed objections.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed on May 20, 2014, are adopted in full;
2. Defendant Mui's motion to dismiss (Document 75) is DENIED; and
3. Defendant Mui is ORDERED to file a responsive pleading within thirty (30) days of the date of service of this order.

**SO ORDERED**
**Dated: June 18, 2014**

                                      **/s/ Lawrence J. O'Neill**
                                      **United States District Judge**