IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **ERIC WHEELER,**<br><br>                                  Plaintiff,<br><br>v.<br><br>**KATHLEEN ALISON, et al.,**<br><br>                                  Defendants. | 1:12-cv-00861-LJO-DLB<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO FILE RECORDS UNDER SEAL**<br><br>Judge:         The Honorable Dennis L. Beck<br>Trial Date:    Not Set<br>Action Filed:  May 25, 2012 |

The Court has reviewed Defendants' request to file the Confidential Memorandum Re: Information Received Regarding Staff/Inmate Safety, dated April 30, 2014, under seal.  Good cause appearing, the Confidential Memorandum Re: Information Received Regarding Staff/Inmate Safety, dated April 30, 2014, will be filed under seal. The Court will review the information *in camera* and the documents will be destroyed or returned to Defendants' counsel at the close of this case.

IT IS SO ORDERED.

Dated:   **June 20, 2014**                           /s/ *Dennis L. Beck*
                                                                UNITED STATES MAGISTRATE JUDGE