# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC WHEELER,<br><br>            Plaintiff,<br><br>       vs.<br><br>ALISON, et al.,<br><br>            Defendants. | 1:12cv00861 LJO DLB PC<br><br>ORDER GRANTING PLAINTIFF'S REQUEST AND DIRECTING CLERK OF COURT TO SEND PLAINTIFF A COPY OF THE DOCKET IN THIS ACTION<br><br>(Document 152) |

  Plaintiff Eric Wheeler ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR").  Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on Plaintiff's complaint, filed on May 25, 2012.

  On July 10, 2014, the Court imposed a meet and confer requirement on the parties, and denied Plaintiff's motions to compel (Documents 107, 108, 112, 118) without prejudice.

  On July 18, 2014, the Court imposed a meet and confer requirement, and denied Defendant Mui's motions to compel (Documents 145 and 146) without prejudice.

  On July 24, 2014, Plaintiff filed a motion requesting a copy of the docket in this action because he did not know to what documents the Court was referring in the July 10, 2014, order.

     Plaintiff's motion is GRANTED.  The Clerk of Court is ORDERED to send Plaintiff a copy of the docket report for this action.

IT IS SO ORDERED.

   Dated:   **July 28, 2014**                        /s/ *Dennis L. Beck*
                                                      UNITED STATES MAGISTRATE JUDGE