# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC WHEELER,<br><br>        Plaintiff,<br><br>   vs.<br><br>KATHLEEN ALISON, et al.,<br><br>        Defendants. | 1:12cv00861 LJO DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF<br><br>(Document 149) |

      Plaintiff Eric Wheeler ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action. Plaintiff filed his complaint on May 25, 2012.

      On July 14, 2014, Plaintiff filed a request for the Court to issue an order to the SATF Warden to expedite Plaintiff's legal mail. The Court construed this as a motion for injunctive relief and the matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 21, 2014, the Court issued Findings and Recommendations that Plaintiff's motion be denied.  The Findings and Recommendations were served on the parties and contained notice that any objections were to be filed within thirty (30) days.  Neither party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed on July 21, 2014, are adopted in full; and

2. Plaintiff's motion to for injunctive relief (Document 142) is DENIED.

IT IS SO ORDERED.

Dated:   **September 13, 2014**                    /s/ Lawrence J. O'Neill
                                                                        UNITED STATES DISTRICT JUDGE