# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC WHEELER,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ALISON, et al.,<br><br>　　　　　Defendants. | 1:12cv00861 LJO DLB PC<br><br>ORDER SETTING DISCOVERY AND<br>DISPOSITIVE MOTION DEADLINES<br><br>Discovery Deadline: November 19, 2014<br>Dispositive Motions: January 19, 2015 |

　　　　Plaintiff Eric Wheeler ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's complaint, filed on May 25, 2012, on the following claims: (1) excessive force in violation of the Eighth Amendment against Defendants Duck, Murrieta and Lowder; (2) failure to protect in violation of the Eighth Amendment against Defendants Duck, Murrietta, Lowder, Loftis and Alison; and (3) deliberate indifference to a serious medical in violation of the Eighth Amendment against Defendants Ross, Mui, Neubarth and Ancheta.

1

On July 10 and 18, 2014, the Court ordered the parties to meet and confer on the numerous discovery disputes that had arisen. The Court also vacated the dates in the January 17, 2014, Discovery and Scheduling Order and indicated that it would reset dates when appropriate.

The time for meeting and conferring has expired and no parties have filed motions to compel. The Court will therefore reset the discovery and dispositive motion deadlines as follows:

    Discovery Deadline:   November 19, 2014

    Dispositive Motions:   January 19, 2015.

IT IS SO ORDERED.

   Dated:   **September 19, 2014**          /s/ *Dennis L. Beck*
                                                 UNITED STATES MAGISTRATE JUDGE