UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC WHEELER, | ) Case No.: 1:12cv00861 LJO DLB (PC) |
| | ) |
| Plaintiff, | ) ORDER REGARDING PLAINTIFF'S MOTION |
| v. | ) FOR ISSUANCE OF LEGAL PROPERTY |
| | ) (Document 166) |
| ALLISON, et al., | ) |
| | ) ORDER REQUIRING DEFENDANTS TO |
| Defendants. | ) ADDRESS STATUS OF PLAINTIFF'S |
| | ) PROPERTY WITHIN TWENTY-ONE |
| | ) DAYS |

Plaintiff Eric Wheeler ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The action is currently in the discovery phase.

On November 3, 2014, Plaintiff filed a motion requesting an order directing Defendants to issue his legal property. He states that he was transferred to Mule Creek State Prison on October 23, 2014, and has not received responses to his inquiries as to the status of his legal property.

Given the upcoming discovery deadlines, the Court ORDERS Defendants to file a status report address the issuance of his legal property within twenty-one days of the date of service of this order.

///

///

///

1

1 | The Court will issue further orders as necessary.

IT IS SO ORDERED.

Dated:  **November 6, 2014**              /s/ *Dennis L. Beck*
                                        UNITED STATES MAGISTRATE JUDGE