KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Supervising Deputy Attorney General
R. LAWRENCE BRAGG, State Bar No. 119194
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-2595
 Fax: (916) 324-5205
 E-mail: Lawrence.Bragg@doj.ca.gov
*Attorneys for Defendants*
*Murrieta, Lowder, Loftis, Duck, Ancheta, Neubarth,*
*Ross and Allison*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **ERIC WHEELER,**<br><br>Plaintiff,<br><br>v.<br><br>**KATHLEEN ALISON, et al.,**<br><br>Defendants. | 1:12-cv-00861-LJO-DLB<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO FILE RECORDS UNDER SEAL**<br><br>(Document 187) |

   The Court has reviewed Defendants' request to file the Confidential Inquiry concerning the Staff Complaint filed by Plaintiff Wheeler, Log Number Z-11-00704, and the Confidential Supplementary Report, prepared by CDCR Lt. J. Rivero, dated January 26, 2011, under seal. Good cause appearing, the Confidential Inquiry concerning the Staff Complaint filed by Plaintiff Wheeler, Log Number Z-11-00704, and the Confidential Supplementary Report, prepared by CDCR Lt. J. Rivero, dated January 26, 2011, WILL BE FILED UNDER SEAL

///

///

///

1

The Court will review the information *in camera* and the documents will be destroyed or returned to Defendants' counsel at the close of this case.

IT IS SO ORDERED.

Dated: **December 18, 2014**                    /s/ Dennis L. Beck
                                                                 UNITED STATES MAGISTRATE JUDGE