# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC WHEELER,<br><br>      Plaintiff,<br><br>  vs.<br><br>ALISON, et al.,<br><br>      Defendants. | 1:12cv00861 LJO DLB PC<br><br>ORDER DISCHARGING<br>ORDER TO SHOW CAUSE<br><br>(Document 212) |

Plaintiff Eric Wheeler ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's complaint, filed on May 25, 2012.

On January 21, 2015, the Court issued an order to show cause to Defendants why sanctions should not be imposed for failing to provide documents identified by the September 11, 2014, meet and confer letter.

1

On February 4, 2015, Defendants filed their response. Defendants state that they provided the supplemental discovery responses on January 14, 2015. The responses were therefore timely.[1]

The Court has compared the discovery requests identified in the September 11, 2014, letter with the supplemental responses provided to Plaintiff on January 14, 2015, and it appears that Defendants have provided all supplemental responses. Defendants' supplemental responses include hundreds of pages of discovery.

Accordingly, the Court's order to show cause is DISCHARGED.

<u>If Plaintiff has not yet submitted Trust Withdrawal Slips for the copies provided, as promised during the September 10, 2014, meeting, he SHALL do so within twenty-one (21) days of the date of service of this order.</u>

IT IS SO ORDERED.

Dated:   **February 11, 2015**                          /s/ *Dennis L. Beck*
                                                                        UNITED STATES MAGISTRATE JUDGE

---

[1] The Court acknowledged in the order to show cause that Plaintiff signed the filing to the Court a day prior to deadline for the production of documents, and that institutional mail can be delayed. However, the Court went ahead with the order to show cause given the nature of the discovery disputes in this action and the length of time it has taken to resolve the disputes.