# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC WHEELER,<br><br>           Plaintiff,<br><br>      vs.<br><br>ALISON, et al.,<br><br>           Defendants. | 1:12cv00861 LJO DLB PC<br><br>ORDER DENYING PLAINTIFF'S<br>REQUEST FOR ORDER FOR COPIES<br><br>(Document 216) |

Plaintiff Eric Wheeler ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's complaint, filed on May 25, 2012, on the following claims: (1) excessive force in violation of the Eighth Amendment against Defendants Duck, Murrieta and Lowder; (2) failure to protect in violation of the Eighth Amendment against Defendants Duck, Murrietta, Lowder, Loftis and Alison; and (3) deliberate indifference to a serious medical in violation of the Eighth Amendment against Defendants Ross, Mui, Neubarth and Ancheta.

Defendant Murrieta, Lowder, Loftis, Duck, Ancheta, Neubarth, Ross and Allison's January 20, 2015, motion for summary judgment is pending.

1

On January 29, 2015, Plaintiff filed a motion requesting that this Court issue an order to Mule Creek State Prison Facility B Law Librarian to allow Plaintiff to make up to 40 copies of 28-lined paper per week.  In a request for additional time to oppose the motion for summary judgment, filed with the instant motion, Plaintiff suggests that he needs the copies for his opposition.

This Court does not, however, have authority over individuals who are not parties to this action, and it cannot order such individuals to take any action.  Plaintiff states that he has filed an inmate appeal about the issue, and the Court will not intervene in the process.

While the Court prefers pleadings on 28-lined paper, Plaintiff may submit his filings on regular paper if necessary.

IT IS SO ORDERED.

Dated:   **February 11, 2015**               /s/ Dennis L. Beck
                                        UNITED STATES MAGISTRATE JUDGE