# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC WHEELER,<br><br>        Plaintiff,<br><br>   vs.<br><br>ALISON, et al.,<br><br>        Defendants. | ) 1:12cv00861 LJO DLB PC<br>)<br>)<br>) ORDER DISREGARDING PLAINTIFF'S<br>) REPLY TO DEFENDANTS' REPONSE TO<br>) ORDER TO SHOW CAUSE<br>)<br>) (Document 223)<br>)<br>) |

     Plaintiff Eric Wheeler ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's complaint, filed on May 25, 2012.

     On January 21, 2015, the Court issued an order to show cause to Defendants why sanctions should not be imposed for failing to comply with the discovery order. The order permitted a response from Defendants within fourteen days.

     On February 4, 2015, Defendants provided their response. The Court discharged the order to show cause on February 11, 2015.

1

On February 17, 2015, the Court received a sixty-four page "reply" from Plaintiff to Defendants' response to the order to show cause. The order to show cause did not permit the filing of a reply, however, and the filing is therefore DISREGARDED.

IT IS SO ORDERED.

Dated: **February 22, 2015**          /s/ *Dennis L. Beck*
                                    UNITED STATES MAGISTRATE JUDGE