## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JUDGMENT IN A CIVIL CASE

**ERIC WHEELER,**

CASE NO: **1:12–CV–00861–LJO–DLB**

v.

**BYRON MUI, ET AL.,**

_____

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 10/26/2015**

**Marianne Matherly**
Clerk of Court

ENTERED: **October 27, 2015**

by: /s/ T. Lundstrom
Deputy Clerk