UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC WHEELER,<br><br>        Plaintiff,<br><br>    v.<br><br>BYRON MUI,<br><br>        Defendant. | No. 1:12-cv-00861-DAD-DLB<br><br>ORDER REGARDING PLAINTIFF'S REQUEST TO APPEAR AT TRIAL IN CIVILIAN CLOTHING<br><br>(Doc. No. 255) |

    Plaintiff Eric Wheeler is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 28 U.S.C. § 1983. Trial is set for March 29, 2016.

    On January 7, 2016, plaintiff filed a motion in limine requesting that he be permitted to: (1) wear civilian clothing at trial, and (2) appear without restraints while in the presence of the jury. This order only addresses plaintiff's request to appear in civilian clothing.[1] The court will defer ruling on plaintiff's request related to his restraints until the day of trial.

    The court grants plaintiff's request to appear in civilian clothing during his jury trial due to the likelihood of prejudice that would result should he be required to appear in his prison clothing. *See Estelle v. Williams*, 425 U.S. 501, 504–07 (1976).

---

[1] Plaintiff also requests that he be transported with his legal material. The transportation writ, issued separately, requires that legal material relevant to this action accompany plaintiff to court.

1

CDCR SHALL allow plaintiff to change into civilian clothes upon his arrival to court, and prior to his appearance in court.

IT IS SO ORDERED.

Dated:   **February 10, 2016**

_____
UNITED STATES DISTRICT JUDGE