UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC WHEELER, | No. 1:12-cv-00861-DAD-DLB |
| Plaintiff, | |
| v. | ORDER DENYING PLAINTIFF'S MOTION FOR ATTENDANCE OF INCARCERATED PLAINTIFF AS MOOT |
| BYRON MUI, | |
| Defendant. | (Doc. No. 260) |

Plaintiff Eric Wheeler is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 28 U.S.C. § 1983. Trial is set for March 29, 2016.

On January 7, 2016, plaintiff filed a motion requesting that the Warden of Mule Creek State Prison be ordered to produce him for trial. Plaintiff does not need to request a transportation writ to secure his own presence at trial, as the court will issue the writ at the appropriate time. Accordingly, plaintiff's motion is denied as moot.

IT IS SO ORDERED.

Dated: __February 10, 2016__   _____
UNITED STATES DISTRICT JUDGE

1