UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC WHEELER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BYRON MUI,<br><br>　　　　　Defendant. | No.  1:12-cv-00861-DAD-DLB<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT ERIC WHEELER, CDCR#E-82064, PLAINTIFF<br><br>DATE:  March 29, 2016<br>TIME:  8:00 a.m. |

**ERIC WHEELER**, inmate, **CDCR # E-82064**, a necessary and material witness on his own behalf in proceedings in this case on March 29, 2016, is confined at Mule Creek State Prison, 4001 Highway 104, Ione, CA 95640, in the custody of the Warden.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before United States District Court Judge Dale A. Drozd at the United States Courthouse, 2500 Tulare Street, Fresno, California 93721, in Courtroom #5, Seventh Floor, on March 29, 2016, at 8:00 a.m.

　　ACCORDINGLY, IT IS ORDERED that:

　　1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

　　2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

To:　**The Warden**, Mule Creek State Prison, 4001 Highway 104, Ione, CA 95640:

　　**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.  **The inmate's legal property relevant to this case shall accompany the inmate to court.**

　　**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:　　**February 10, 2016**　　　　　　　　／s／ Dale A. Drozd
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE