UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC WHEELER,<br><br>              Plaintiff,<br><br>      v.<br><br>BYRON MUI,<br><br>              Defendant. | No. 1:12-cv-00861 DAD DLB (PC)<br><br>ORDER APPOINTING COUNSEL |

Plaintiff Eric Wheeler ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). He is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

At the Telephonic Trial Confirmation Hearing held on February 8, 2016, the court found that the appointment of counsel is warranted in this case and inquired whether or not plaintiff would accept appointed counsel. Plaintiff indicated he would be interested. (ECF No. 263.)

Mordecai D. Boone and Daniel H. Solomon have been selected from the court's pro bono attorney panel to represent plaintiff and have agreed to be appointed.[1]

///

///

---

[1] Pertinent dates are set forth in the February 11, 2016, Pretrial Order, including a motion in limine filing date of March 1, 2016.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Mordecai D. Boone and Daniel H. Solomon are appointed as counsel in the above entitled matter;

2. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if they have any questions related to the appointment;

3. The Clerk of the Court is directed to serve a copy of this order upon Mordecai D. Boone and Daniel H. Solomon, Dentons US LLP, 1 Market Plaza, 2400 Spear Tower, San Francisco, California 94105.

IT IS SO ORDERED.

Dated: **February 23, 2016**         /s/ *Dennis L. Beck*
UNITED STATES MAGISTRATE JUDGE