1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  ERIC WHEELER,                          No.  1:12-cv-00861 DAD DLB (PC)

12              Plaintiff,                  ORDER AND NOTICE AUTHORIZING
                                           ISSUANCE OF SUBPOENA DUCES TECUM
13      v.                                 TO R. LAWRENCE BRAGG DIRECTING
                                           PRODUCTION OF VIDEO INTERVIEW
14  BYRON MUI,                             (Document 270)

15              Defendant.                 ORDER DIRECTING CLERK'S OFFICE TO
                                           SERVE COPY OF SUBPOENA WITH
16                                         ORDER

17

18          Plaintiff Eric Wheeler ("Plaintiff") is a prisoner in the custody of the California

19  Department of Corrections and Rehabilitation ("CDCR").  He is proceeding with counsel and in

20  forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

21          Trial is set for March 29, 2016.

22          On February 18, 2016, prior to the appointment of counsel, Plaintiff filed a request for a

23  subpoena duces tecum directed to R. Lawrence Bragg.

24          Subject to certain requirements, Plaintiff may be entitled to the issuance of a subpoena

25  commanding the production of documents from a non-party.  Fed. R. Civ. P. 45.  To obtain such

26  relief, Plaintiff must file a motion requesting the issuance of a subpoena duces tecum that

27  identifies with specificity the documents sought and from whom.

28

1

1   Here, Plaintiff seeks a copy of his video interview, conducted on January 24, 2011,

2   because he believes that the video is relevant to his knee injury.[1]  He states that R. Lawrence

3   Bragg, counsel for Defendants who are no longer in this action, disclosed the video during initial

4   disclosures.

5   The Court finds that a subpoena in this instance is warranted and therefore GRANTS

6   Plaintiff's motion.

7   Pursuant to Federal Rule of Civil Procedure 45(a)(4), this order serves as notice to the

8   parties that the United States Marshal will be directed to initiate service of the subpoena

9   following the passage of ten days from the date of service of this order, and a copy of the

10  subpoena shall be provided with this order.

11  Accordingly, based on the foregoing, it is HEREBY ORDERED that:

12  1.      The Court authorizes the issuance of a subpoena duces tecum directing R.

13  Lawrence Bragg, Deputy Attorney General, 1300 I Street, Suite 125, Sacramento, CA 94244, to

14  produce a digital copy of Plaintiff's video interview from January 24, 2011;

15  2.      Pursuant to Rule 45(a)(4), the parties are placed on notice that the subpoena duces

16  tecum will be issued after the passage of ten (10) days from the date of service of this order; and

17  3.      The Clerk's Office shall serve a copy of the subpoena with this order.

18

19  IT IS SO ORDERED.

20  Dated:   **February 23, 2016**                          /s/ *Dennis L. Beck*

21                                                          UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27  [1] During the February 8, 2016, Telephonic Trial Confirmation Hearing, Plaintiff raised the issue of obtaining a copy
    of the interview so that the Court could make relevancy determinations at trial.

28