UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC WHEELER,<br><br>           Plaintiff,<br><br>    v.<br><br>BYRON MUI,<br><br>           Defendant. | No. 1:12-cv-00861-DAD-DLB<br><br>ORDER RETURNING DOCUMENTS LODGED WITH THE CLERK OF THE COURT |

Plaintiff Eric Wheeler, a state prisoner, commenced this civil rights action pursuant to 28 U.S.C. § 1983, proceeding pro se and in forma pauperis. On February 8, 2016, at the telephonic trial confirmation hearing, the court found that the appointment of counsel was warranted in this case and inquired whether plaintiff would accept appointed counsel. (Doc. No. 263.) Plaintiff indicated he would. (*Id.*) Accordingly, on February 23, 2016, the court appointed attorneys Mordecai D. Boone and Daniel H. Solomon of Dentons US, LLP to represent plaintiff pro bono. (Doc. No. 272.)

Thereafter, on March 10, 2016, plaintiff Wheeler attempted to lodge with the court a table of trial exhibits.[1] Plaintiff is advised that he is no longer proceeding pro se in this action but

---

[1] Plaintiff has also filed other documents with the court following the appointment of pro bono counsel on his behalf. (*See* Doc. Nos. 276, 277, 281, 283 and 284.) The court will disregard and further filing by plaintiff on his own behalf.

1

1 | rather is now represented by counsel.  Consequently, any filings with the court must now be done
2 | so electronically by and through his attorneys.  *See* Local Rule 133(a) ("Unless excused by the
3 | Court or by the electronic filing procedures set forth in these Rules, *attorneys* shall file all
4 | documents electronically pursuant to those Rules.") (emphasis added).

   Accordingly, the court DIRECTS the Clerk of the Court to return plaintiff's a table of trial exhibits and further advises that plaintiff consult with his attorneys regarding any future documents he wishes them to file with the court.

IT IS SO ORDERED.

Dated:  **March 10, 2016**                    _____
                                              UNITED STATES DISTRICT JUDGE