UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC WHEELER,<br><br>            Plaintiff,<br><br>      v.<br><br>BRYON MUI,<br><br>            Defendant. | Case No.: 1:12-cv-00861-DAD-DLB (PC)<br><br>ORDER **VACATING** WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT ERIC WHEELER, CDCR#E-82064 |

   Plaintiff Eric Wheeler is a state prisoner proceeding *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

   On March 15, 2016, the trial date previously set for March 29, 2016, was vacated and the matter was continued for a telephonic status conference on March 30, 2016, at 2:00 p.m. before the undersigned.  Accordingly, the writ of habeas corpus ad testificandum to transport plaintiff, Eric Wheeler, on March 29, 2016, is HEREBY VACATED.  The Clerk of Court is directed to email a copy of this order to the litigation coordinator at Mule Creed State Prison where Plaintiff is presently incarcerated.

IT IS SO ORDERED.

Dated:   **March 25, 2016**

                                                      UNITED STATES DISTRICT JUDGE

1