

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC WHEELER

        Plaintiff(s)

vs.

KATHLEEN ALISON, et al.

        Defendants.

No. 1:12-cv-00861-DAD-DLB

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Daniel Solomon, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on February 23, 2016, by the Honorable Dennis L. Beck, United States District Judge/Magistrate Judge. I believe that the following course of action is reasonably necessary to the prosecution of this action:

In order to rebut Defendant's experts and establish Plaintiff's deliberate indifference claim, we need an expert to review Plaintiff's medical records from the relevant time period, complete a declaration, and testify at trial. To that end, we request funds for Arnold S. Leff, M.D. (Attached is Dr. Leff's CV and fee schedule). Specifically, we request $3,000 for the initial retainer, which includes the first five hours of service. Plaintiff's medical records are not voluminous (less than 100 pages), so Dr. Leff anticipates being able to review the records and complete a declaration within five hours. Dr. Leff's attendance at trial will require a day of service, which will cost $5,000. We believe this is the minimum amount necessary for now.

Counsel seeking reimbursement must support all claimed expenses by submitting invoices, receipts or similar documentation. Without such documentation, counsel will not be reimbursed.

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 8,000.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 1:12-cv-00861-DAD-DLB

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 21st day of March, 20 16, at San Francisco, California.

[signature]

Attorney for Plaintiff(s)

The above expenditure is __X__ Approved as modified. Plaintiff's counsel will be ~~Denied~~ DAD
Or, authorized to expend not more than $4,000.00 for the stated purpose. Any additional expenditures must be approved in advance by the court.
_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number_____.

Dated: March 28, 2016

[signature] Dale A. Drozd

United States District Judge/~~Magistrate Judge~~ DAD