Thomas P. Feher  (SBN: 149944)
LeBeau -Thelen, LLP
5001 E. Commercenter Drive, Suite 300
Mailing: P.O. Box 12092
Bakersfield, California 93389-2092
Tele: (661) 325-8962; Fax: (661) 325-1127
tfeher@lebeauthelen.com

Attorneys for Defendant BYRON MUI, M.D.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC WHEELER;<br><br>          Plaintiff,<br><br>vs.<br><br>BYRON MUI, et al,<br><br>          Defendants. | CASE NO. 1:12-CV-00861-DAD-DLB<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL**<br><br>Case Filed:   May 25, 2012<br>Trial Date:    June 28, 2016 |

1

TO THE HONORABLE COURT:

IT IS HEREBY STIPULATED AND AGREED BY ALL PARTIES HERETO, through their respective attorneys of record, that there is good cause justifying a trial continuance in this action.

The parties hereby stipulate and agree that the jury trial set for June 28, 2016 before United States District Court Judge Dale A. Drozd should be continued to August 23, 2016, at 8:30 a.m. The parties also stipulate and agree that the telephonic trial confirmation hearing of June 6, 2016 be continued until June 27, 2016, at 1:30 p.m.

Dated: May 1, 2016                         LeBeau-Thelen, LLP

                                           By: */s/ Thomas P. Feher*            .
                                               THOMAS P. FEHER
                                               Attorneys for Defendant, BYRON MUI, M.D.

Dated: May 1, 2016                         Dentons US LLP

                                           By: */s/ Daniel H. Solomon*          .
                                               Mordecai D. Boone
                                               Daniel H. Solomon
                                               Attorneys for Plaintiff, ERIC WHEELER

**ORDER**

The jury trial in the above-entitled matter is continued to August 23, 2016, at 8:30 a.m., and a new telephonic trial confirmation hearing is set for June 27, 2016, at 1:30 p.m.

IT IS SO ORDERED.

Dated:   **May 1, 2016**

_____
UNITED STATES DISTRICT JUDGE