1
2
3
4
5
6
7

8  UNITED STATES DISTRICT COURT

9  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  ERIC WHEELER,                            No. 1:12-cv-00861-DAD-GSA

12                 Plaintiff,

13        v.                                 ORDER GRANTING PARTIES'
                                             STIPULATION TO A LIMITED REOPENING
14  BYRON MUI,                               OF DISCOVERY AND FOR LEAVE TO FILE
                                             MOTIONS FOR SUMMARY JUDGMENT
15                 Defendant.
                                             (Doc. No. 327)
16

17

18    On December 13, 2016, the parties filed a joint stipulation seeking a limited reopening of

19 discovery in this matter and a further opportunity to file a motion for summary judgment relating

20 to the issue of whether defendant Byron Mui acted under color of law. (Doc. No. 327.) Having

21 carefully reviewed the entire file and the parties' stipulation, the court finds good cause to adopt

22 the parties' stipulation. Accordingly,

23    1. The parties' stipulation (Doc. No. 327) is adopted;

24    2. Discovery is reopened for a period ending on December 23, 2016, for the limited

25       purpose of conducting the depositions of (i) Michael Ross, P.A., and (ii) the corporate

26       witness for Centennial Medical Group, Inc. Such depositions shall be limited in scope

27       in accordance with the parties' stipulation.

28  /////

1

3. The parties are granted leave file motions for judgment concerning the limited issue of whether defendant Mui acted under color of law.  Any such motions must be filed no later than January 10, 2017, and noticed for hearing before this court no later than February 7, 2017.

IT IS SO ORDERED.

Dated:  **December 20, 2016**

UNITED STATES DISTRICT JUDGE