UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC WHEELER,<br><br>    Plaintiff,<br><br>    v.<br><br>BYRON MUI,<br><br>    Defendant. | No. 1:12-cv-00861-DAD-GSA<br><br>ORDER GRANTING PARTIES' STIPULATION TO A LIMITED REOPENING OF DISCOVERY<br><br>(Doc. No. 329) |

On December 22, 2016, the parties filed a joint stipulation seeking a limited reopening of discovery in this matter. Having carefully reviewed the entire file and the parties' stipulation, the court finds good cause to adopt the parties' stipulation. Accordingly,

1. The parties' stipulation (Doc. No. 329) is adopted;
2. Discovery is reopened for a period ending on December 30, 2016, for the limited purpose of conducting the deposition of Michael Ross, P.A. The deposition shall be limited in scope in accordance with the court's prior order. (Doc. No. 317.)

IT IS SO ORDERED.

Dated: **December 22, 2016**

                                         UNITED STATES DISTRICT JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28