UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC WHEELER,<br><br>          Plaintiff,<br><br>   v.<br><br>BYRON MUI,<br><br>          Defendant. | Case No.: 1:12-cv-00861-DAD-GSA<br><br>**ORDER REQUIRING PRODUCTION OF PLAINTIFF FOR TRIAL ON MARCH 8, 2017, AT 8:30 A.M.** |

Plaintiff Eric Wheeler #E-82064, shall be produced to testify before the United States District Court, at 2500 Tulare Street in Fresno, California, Courtroom 5 on the 7th floor, at 8:30 a.m. on Wednesday, March 8, 2017, and from day to day until completion of the proceedings or as ordered by the Court.

IT IS SO ORDERED.

Dated: __March 7, 2017__                         /s/ Dale A. Drozd
                                                                        UNITED STATES DISTRICT JUDGE

1