UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC WHEELER,<br><br>            Plaintiff,<br><br>      v.<br><br>BYRON MUI,<br><br>            Defendant. | Case No.: 1:12-cv-00861-DAD-GSA<br><br>**ORDER PLAINTIFF NO LONGER REQUIRED FOR TRIAL** |

Jury Trial as to Eric Wheeler #E-82064, has concluded and he can be returned to his permanent housing unit.

IT IS SO ORDERED.

Dated:   **March 10, 2017**                              _____
                                                                                UNITED STATES DISTRICT JUDGE

1