

FILED
MAR 10 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC WHEELER,<br><br>    Plaintiff,<br><br>v.<br><br>BYRON MUI,<br><br>    Defendant. | No. 1:12-cv-00861-DAD-GSA<br><br>SPECIAL VERDICT FORM |

WE, THE JURY, in the above action, unanimously find the following Special Verdict:

1. Did plaintiff face a serious medical need while being treated at Mercy Hospital arising from the condition described in the x-ray findings of a non-displaced fracture of plaintiff's left distal femur?

    Yes: _____      No: __X__

(If your answer to Question 1 is "No," then have the foreperson sign and date this Special Verdict and do not answer any further questions. If your answer to Question 1 is "Yes," then proceed to answer Question 2.)

/////
/////
/////

1

2. Did defendant know that plaintiff faced a serious medical need arising from the condition described in the x-ray findings of a non-displaced fracture of plaintiff's left distal femur?

   Yes: _____   No: _____

   (If your answer to Question 2 is "No," then have the foreperson sign and date this Special Verdict and do not answer any further questions. If your answer to Question 2 is "Yes," then proceed to answer Question 3.)

3. Did defendant consciously disregard plaintiff's serious medical need by failing to take reasonable measures to address it?

   Yes: _____   No: _____

   (If your answer to Question 3 is "No," then have the foreperson sign and date this Special Verdict and do not answer any further questions. If your answer to Question 3 is "Yes," then proceed to answer Question 4.)

4. Did defendant's deliberate indifference cause plaintiff to suffer harm?

   Yes: _____   No: _____

   (If your answer to Question 4 is "No," then have the foreperson sign and date this Special Verdict and do not answer any further questions. If your answer to Question 4 is "Yes," then proceed to answer Question 5.)

5. Did defendant act, or purport to act, in the performance of his official duties when he treated plaintiff at Mercy Hospital during the period from January 19 through 21, 2011?

   Yes: _____   No: _____

   (If your answer to Question 5 is "No," then have the foreperson sign and date this Special Verdict and do not answer any further questions. If your answer to Question 5 is "Yes," then proceed to answer Question 6.)

6. Did defendant's conduct during the time that plaintiff was treated at Mercy Hospital cause plaintiff to suffer damages (other than nominal damages)?

   Yes: _____   No: _____

   (If your answer to Question 6 is "Yes," then proceed to answer Question 7. If your answer to Question 6 is "No," then skip Question 7 and proceed to answer Question 8.)

7. What is the amount of damages (other than nominal damages) that you award plaintiff?

   $ _____

   (Skip Question 8 and proceed to answer Question 9.)

8. What is the amount of nominal damages (no more than one dollar) that you award plaintiff?

   $ _____

   (Proceed to answer Question 9.)

9. Did defendant act maliciously, oppressively, or in conscious disregard of plaintiff's rights with respect to the care and treatment that he provided to plaintiff at Mercy Hospital?

   Yes: _____    No: _____

   _____
   Jury Foreperson's Signature

   3/10/17
   _____
   Date