UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC WHEELER,<br><br>        Plaintiff,<br><br>   v.<br><br>BYRON MUI,<br><br>        Defendant. | No. 1:12-cv-00861-DAD-GSA<br><br>JUDGMENT IN A CIVIL ACTION |

Judgment is entered in this action in favor of defendant Byron Mui, and against plaintiff Eric Wheeler on all plaintiff's claims, according to the special verdict of the trial jury returned in open court on March 10, 2017.

DATED: March 10, 2017                                          MARIANNE MATHERLY, Clerk

                                                                                  /s/ Reneé Gaumnitz
                                                                                  By: Renee Gaumnitz
                                                                                   Deputy Clerk