**FILED**
AUG 31 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

EDCA Bill of Costs (Rev. 01/11)

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | |
|---|---|
| ERIC WHEELER ) | |
| ) | |
| v. ) | Case No.: 1:12-CV-00861-DAD-GSA |
| BYRON MUI, et al ) | |
| ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __03/10/2017__ against __ERIC WHEELER__,
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk .................................................. | $ _____ |
| Fees for service of summons and subpoena ................................. | _____ |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . (See Ex. A) | ~~$5,049.22~~ 4962.17 |
| Fees and disbursements for printing .................................... | _____ |
| Fees for witnesses (itemize on page two) ........................... (See Ex. B) | $2,068.18 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. ................... (See Ex. C) | ~~$321.75~~ |
| Docket fees under 28 U.S.C. 1923 ..................................... | ~~$20.00~~ |
| Costs as shown on Mandate of Court of Appeals ............................ | _____ |
| Compensation of court-appointed experts ................................. | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | _____ |
| Other costs (please itemize) ............................................ | _____ |
| **TOTAL** | $ ~~7,459.15~~ 7030.35 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Affidavit

I declare under penalty of perjury that the foregoing costs are allowable by law, are correctly stated, were necessarily incurred and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

[✓] Electronic service    [X] First class mail, postage prepaid (Eric Wheeler only)
[ ] Other:

s/ Attorney: _____

Name of Attorney: Thomas P. Feher, Esq.

For: __Byron Mui__     Date: 3-24-17
     *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of $ 7030.35     and included in the judgment.

**Marianne Matherly**, Clerk of Court     By: W Kusamura, Deputy Clerk     8 31 17