UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 26 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ERIC CLARK WHEELER, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> KATHLEEN ALISON, Warden at CSATF; et al., <br><br> Defendants-Appellees. | No. 17-15514 <br><br> D.C. No. 1:12-cv-00861-DAD-GSA <br> Eastern District of California, Fresno <br><br> ORDER |

Before: CANBY and RAWLINSON, Circuit Judges.

The motion for production of transcripts at government expense is granted (Docket Entry No. 27). *See* 28 U.S.C. § 753(f). The court authorizes the production of the reporter's transcripts for the following dates: February 8, 2016; March 15, 2016; March 30, 2016; June 27, 2016; August 15, 2016; August 24, 2016; October 31, 2016; March 7, 2017; March 8, 2017; March 9, 2017; and March 10, 2017.

This order constitutes authorization for production of the reporter's transcripts at government expense.

The transcript is due August 13, 2018. The opening brief and excerpts of record are due October 12, 2018; the answering brief is due November 13, 2018;

FG/Moatt

2

and the optional reply brief is due within 21 days after service of the answering brief.

The Clerk shall serve this order on court reporter Karen Hooven and court reporter supervisor Ana Rivas.

The court reporter shall produce the transcripts to appellant at the following address: Mario Valenzuela, Esq., The Advocates' Law Firm, PC, 1430 Truxtun Avenue, Bakersfield, CA 93301.

FG/moatt 2